# Exhibit B

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

───────────────

No. 18-90024-F

───────────────

MARRIOTT INTERNATIONAL, INC,

                                              Petitioner,

versus

ALINA VAZQUEZ,

                                              Respondent.

───────────────

Middle District of Florida

───────────────

Before: CHIEF JUDGE ED CARNES, MARTIN and HULL, Circuit Judges.

BY THE COURT:

The Petition for Permission to Appeal pursuant to Fed.R.Civ.P. 23(f) is DENIED.