**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON**

**SUSAN BACS and
JESSICA ROUBERT,**

    **Plaintiffs,**

**v.**                                     **CASE NO.: 8:21-cv-2852-TPB-TGW**

**CAPITAL ONE FINANCIAL
CORPORATION,**

    **Defendant.**
_____/

SWORN DECLARATION OF JESSICA ROUBERT

1. My name is Jessica Roubert. I am over eighteen years old.

2. I am willing and able to serve as the Class Representative in this case.

3. As indicated in the COBRA class action that I, as a proposed Class Representative, filed against the Defendant, I believe that my COBRA coverage election notice and the COBRA coverage election notice receive by other employees during the statutory four years preceding the filing of my complaint, violated my rights under the Consolidated Omnibus budget Reconciliation Act of 1985 ("COBRA"), as well as the rights of the other Class Members.

4. Because the circumstances of my COBRA coverage election notice are similar to those of the other Class Members, I believe the factual and legal issues bearing on my COBRA claim and the COBRA claims of the Class Members are basically the same.

5. I am eager and willing to prosecute this action on behalf of the Class Members. I have actively assisted my lawyers throughout this litigation, including by providing my input with respect to the allegations in the Complaint and First Amended Complaint, being deposed by Defendant, and also by responding to requests for documents and information. I will continue to actively assist my counsel in the prosecution of this action.

6. I have no conflict of interest with any Class Members.

7. The law firms of Wenzel Fenton Cabassa, P.A.—including attorneys Luis A. Cabassa and Brandon J. Hill—have vigorously prosecuted the COBRA claims in this action. I believe the firm is well-qualified to serve as class counsel.

8. I have personal first-hand knowledge of the following facts. I am also familiar with the facts set forth herein and, if called upon to do so, I could and would testify competently to them.

9. I worked for Capital One Financial Corporation, ("Defendant" or "Capital One"), for almost eleven (11) years from November 2007 through October 2018, in Florida.

10. During my employment with Capital One, I was a participant in Defendant's health and dental plan. At the time of my resignation, my son, who has a disability, was also a participant in Defendant's dental plan.

11. I resigned on October 14, 2018, and, was told I would receive a "packet" regarding COBRA to continue the health and dental benefits through

Defendant's health and dental plans.

12. Ultimately, I was given a COBRA coverage election notice in November 2018. However, I was confused by the information as it was lengthy, used terms that did not apply to me, such as my employment being a "termination," and did not tell me how long I would have COBRA coverage or when it would end for me and my son.

13. To the best of my recollection, the COBRA coverage election notice, attached as Exhibit A, was the "packet" of COBRA information I was told I would receive from Defendant.

14. Exhibit A was, and is, confusing and lengthy. The only personalized information relating to me and my employment or health benefits with Capital One is contained within the first four pages. The remaining twelve pages appear to be generic information about COBRA - but not specific as it applied to me or my loss of health insurance.

15. When I resigned, I would have liked to continue the health benefits. In fact, my son, who is a minor child with special needs, requires quarterly cleanings at a specialized dentist. Due to the loss of his dental insurance, he went without those cleanings until they were offered through his school and he became Medicaid eligible.

16. I also lost access to my established psychiatrist. When I later enrolled in my husband's insurance through his employer, my established psychiatrist was

no longer in network. The only other psychiatrist in network was two counties away. I stopped seeing a psychiatrist and later ran out of my prescribed medicines to the detriment of my mental health. Only later, during this lawsuit, did I learn that for approximately an extra fifty dollars ($50) per month more than what I paid for insurance through my husband's employer, I could have elected COBRA and continued with my established psychiatrist and continued my medications through April 30, 2020.

17. In view of the foregoing, I request that my Motion for Class Certification and Appointment of Class Counsel be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 3rd day of August, 2022.          _____
                                                               JESSICA ROUBERT