UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

SUSAN BACS and
JESSICA ROUBERT,

    **Plaintiffs,**

v.                          CASE NO.: 8:21-cv-2852-TPB-TGW

CAPITAL ONE FINANCIAL
CORPORATION,

    **Defendant.**
_____/

## **DECLARATION OF AMANDA E. HEYSTEK**

I, Amanda E. Heystek, declare under penalty of perjury as follows:

1.    Unless otherwise indicated, the facts set forth below are based on my personal knowledge and the opinions set forth herein are my own. I understand that this declaration under oath may be filed in the above captioned action.

2.    I am an attorney at Wenzel Fenton & Cabassa, P.A., and counsel in the above-styled case.

3.    I have been a member of the Florida Bar since June of 2000. I have a J.D. from Southern Illinois University School of Law, and two Bachelor's degrees from Southern Illinois University.

4.    I've practiced law as an Assistant Public Defender at the Sixth Circuit Public Defenders Office and as a solo practitioner from my own firm specializing in family law in Jacksonville, Florida. I later joined the non-profit Disability Rights

Doc ID: c426020e03d92b70187c640a7900e6b3f4eed48d

Florida, Inc., where I practiced exclusively in the field of civil rights for people with disabilities for the next decade, focusing on securing injunctive relief for clients on an individual and systemic basis. The systemic work I provided at Disability Rights Florida, Inc., involved multi-plaintiff litigation specifically seeking injunctive relief.

5. In September 2019, I joined the law firm of Wenzel Fenton Cabassa, P.A., and have provided legal support to Brandon J. Hill and Luis A. Cabassa in their class action work.

6. I am admitted in the United States District Courts for the Northern, Middle, and Southern District Courts of Florida, and the United States Court of Appeals for the Eleventh Circuit.

7. I have represented employees in all stages of litigation in federal and state courts throughout Florida. In the federal districts of Florida alone I have served as co-counsel or lead counsel in 100+ federal cases.

8. I possess the requisite experience necessary to serve as class counsel in this case.

9. I have been retained by Plaintiffs as counsel in the instant case along with lead counsel, Brandon J. Hill, and attorney Luis A. Cabassa.

10. I am confident that the proposed Class Representatives, Susan Bacs and Jessica Roubert, will adequately represent the putative class members in this case.

Doc ID: c426020e03d92b70187c640a7900e6b3f4eed48d

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

Dated this 3rd day of August, 2022.

_____
AMANDA E. HEYSTEK

Doc ID: c426020e03d92b70187c640a7900e6b3f4eed48d