UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

SUSAN BACS,
and ARON BACS,

                              CASE NO.: 8:21-CV-2852-TPB-TGW

        Plaintiffs,

vs.

CAPITAL ONE FINANCIAL CORPORATION,

        Defendant.

_____/


VIDEOCONFERENCE DEPOSITION OF


CORPORATE REPRESENTATIVE FOR CAPITAL ONE
JULIE MILLER


(Pages 1 - 107)


Wednesday, July 27, 2022


9:30 a.m. - 11:55 a.m.


Reported By:

Jeanice Freyre Schaffer
Notary Public, State of Florida
My Commission Expires: January 27, 2024
Commission Number:  GG947453
Appearing Remotely From Hillsborough County

Page 2

1                    REMOTE APPEARANCES

2

3    ON BEHALF OF PLAINTIFFS:

4              AMANDA E. HEYSTEK, ESQUIRE
               Wenzel Fenton Cabassa, P.A.
5              1110 N Florida Ave Ste 300
               Tampa, FL 33602-3343
6              Office: 813-579-2483
               aheystek@wfclaw.com
7

8

9    ON BEHALF OF DEFENDANT:

10             JEREMY P. BLUMENFELD, ESQUIRE
               CHRISTOPHER M. DIFFEE, ESQUIRE
11             Morgan, Lewis & Brockius, LLP
               1701 Market Street
12             Philadelphia, PA 19103
               Jeremy.Blumenfeld@MorganLewis.com
13             Christopher.Diffee@morganlewis.com
               Office: 215-963-5258
14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                    I N D E X

2                                              PAGE

3  Exhibits                                      4

4  Proceedings                                   5

5  Direct Examination by Ms. Heystek            5

6  Errata Sheet                                 103

7  Certificate of Reporter                      105

8  Certificate of Oath                          106

9  Notification of Reading Transcript           107

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                    E X H I B I T S

2     NO.                    DESCRIPTION                    PAGE

3
       A        Amended Notice of Corporate
4                Rep Deposition                             13

5     B         Bacs COBRA Coverage Election Notice         32

6     C         Bacs COBRA Election Form                    33

7     D         Bacs Important Info COBRA                   33

8     E         Roubert COBRA Coverage Election Notice      46

9     F         Roubert COBRA Elction Form                  49

10    G         Roubert Important Info COBRA                50

11    H         Cap On Emp Welfare Benefits Plan            11

12    I         Defendant's Responses to Roggs              53

13    J         Defendant's Initial Disclosure              26

14    K         Defendant's Answers and Defenses            98

15    L         Order on MTD Valdivieso                     61

16    M         Master Services Agreement between
                Capital One and Anthem 2014                 18
17
       N        Amendment 022 to
18               Master Services Agreement                  18

19    O         Defendant's Responses to RFAs               56

20    P         Confidential - H&W Plan
                Process and Controls                        72
21
       Q        SPD Docs                               (attached)
22
       R        Defendant's Responses and Objections
23               to CR Depo                                 14

24    S         DOL Model Notice                            72

25

Page 5

1                       PROCEEDINGS

2              (Videoconference deposition taken remotely

3    before Jeanice Freyre Schaffer, Court Stenographer

4    and Notary Public in and for the State of Florida at

5    Large, in the above cause.)

6                   THE COURT REPORTER:  Can you raise your

7    right hand, please.

8                   THE WITNESS:  (Witness complies.)

9                   THE COURT REPORTER:  Do you swear that the

10   testimony you are about to give will be the truth, the

11   whole truth, and nothing but the truth, subject to penalty

12   of perjury?

13                  THE WITNESS:  I do.

14                  THE COURT REPORTER:  Counselor, you may

15   proceed.

16   THEREUPON,

17                       JULIE MILLER,

18   having been first duly sworn was examined and testified as

19   follows:

20                  DIRECT EXAMINATION

21   BY MS. HEYSTEK:

22       Q.   Ma'am, could you state your full name for

23   the record, again, and spell your last name.

24       A.   Sure.  Julie Miller, M-I-L-L-E-R.

25       Q.   All right. Ms. Miller, my name is Amanda

Page 6

1   Heystek and I'm on behalf the Plaintiffs, Susan Bacs

2   and Jessica Roubert, in regards to this case

3   involving COBRA notice.  Are you familiar with the

4   complaint?

5          A.   Yes.

6          Q.   Okay.  And you understand you're here as a

7   corporate representative, right?

8          A.   Yes.

9          Q.   All right.  I'm not going to ask you

10  anything your attorneys told you, or anything like

11  that.  So if my question sounds like that, stop me

12  because I'm not here to find out what your attorneys

13  told you.

14              But I just want to make sure that you

15  understand you're here to give answers on behalf of

16  Capital One.  In your position with Capital One --

17  what is your position there?

18         A.   Human Resources Director.

19         Q.   And how long have you been in that

20  position?

21         A.   Since 2014.

22         Q.   What was your role before then, if you did

23  work for Capital One?

24         A.   Senior Manager, Human Resources.

25         Q.   And how long have you worked with Capital

1   One in total?

2       A.   Twenty-six years.

3       Q.   And as the HR director can you tell me a

4   little bit just about your job duties.

5       A.   Sure.  I oversee the benefits operation

6   and global mobility team, and that includes helping

7   to administer all of our health and welfare and

8   financial benefits and supporting global mobility

9   assignments at Capital One.

10      Q.   Have you ever given a deposition before?

11      A.   No.

12      Q.   Okay.  So I'll just go over the ground

13  rules.  If there's anything that you don't

14  understand, let me know.  But basically I'm just

15  here to ask you questions.  I'm not here to argue

16  with you.  I just want to know what you know and

17  what the position is for Capital One on certain

18  topics.  And we've given those topics to your

19  counsel and hopefully you've seen them before.

20  We're going to go over them in a little bit.

21           If I ask you a question that you don't

22  understand, just let me know and I will gladly

23  rephrase it.  But if you do answer, we can all

24  assume that you understood the question as asked.

25  Is that fair?

Page 8

```
 1                    MR. BLUMENFELD:  Objection.
 2        A.   Yes -- oh, sorry.
 3                    MR. BLUMENFELD:  That's okay.
 4   BY MS. HEYSTEK:
 5        Q.   That's an excellent ground rule to go over
 6   right now.  From time to time your counsel will
 7   object.  So if you want to pause before you answer a
 8   question, let him place his objection on the record.
 9   Unless he instructs you not to answer, you would
10   otherwise answer the question.
11              If there is an objection, or what have
12   you -- like the point is that we don't want to talk
13   over each other, because the court reporter is
14   taking down everything that we say.
15              I'm from Chicago, so I talk fast
16   sometimes.  If I do, just let me know and I'll slow
17   down.
18              If you need a break, there's no problem
19   taking a break.  The only thing I ask is that you
20   answer the question on the table before we take the
21   break.  Is that fair?
22        A.   Yes.
23        Q.   All right.  And you're already great on
24   the yes and nos, instead of the uh-huhs and the
25   huh-uhs, which is the important part of the
```

Page 9

1    transcript.  We want to make sure that it is all

2    legible and we can all use it later.  Is that fair?

3         A.   Yes.

4         Q.   All right.  In your role as the HR

5    director since 2014 does any of that involve

6    experience dealing with COBRA notices?

7         A.   Yes.

8         Q.   Okay.  And what is your role there in

9    dealing with the COBRA notices?

10        A.   My team works with a third-party

11   administrator who helps to facilitate the COBRA

12   process, they administer that.  And my team helps to

13   manage and check in on the work in the performance

14   there.

15        Q.   I understand you're the HR director, but

16   can you ballpark the number of people on, "My team,"

17   when you say that?

18        A.   Oh, my full team is approximately 20

19   people.

20        Q.   And who is the third-party administrator?

21        A.   It's Anthem, and they have a

22   subcontractor, Health -- Wage Works Health Equity

23   that performs the COBRA administration.

24        Q.   So Anthem subcontracts with

25   Wage Works/Health Equity, right?

1              MR. BLUMENFELD:   Objection.

2         A.   Right.

3    BY MS. HEYSTEK:

4         Q.   You can answer.

5         A.   Yes.

6         Q.   For purposes of this depo, Wage Works and

7    Health Equity are the same entity; correct?

8         A.   Yes.

9         Q.   All right.  For purposes of this depo if I

10   use, "Wage Works," you understand I'm talking about

11   that consolidated entity, right?

12        A.   Yes.

13             MS. HEYSTEK:  All right.  Here's the fun

14   part.  I'm going to share my screen.  And some of these

15   documents have been marked confidential.  So once I

16   identify them I want to go off the record and just have a

17   quick discussion with Jeremy and Chris about that.

18             But the first one is what I've

19   premarked as Exhibit H, which is, "The Capital One

20   Financial Corporation Employee Welfare Benefits

21   Plan."  Do you see that?

22        A.   Yes.

23        Q.   All right.  And this was amended and

24   restated effective January 1st, 2018; correct?

25        A.   Yes.

Page 11

1        Q.    Is this the most recent the statement of

2    the Welfare Benefits Plan?

3        A.    Yes, I understand it to be the most recent

4    version.

5               MS. HEYSTEK:  Okay.  I'd like to enter

6    Exhibit H into the record.

7               (Exhibit H was marked for identification.)

8               MS. HEYSTEK:  And if we can go off the

9    record for just a brief minute.

10              (A brief discussion was held off the

11   record.)

12              MS. HEYSTEK:  We can go back on the record.

13   BY MS. HEYSTEK:

14       Q.    All right.  So the next thing would be --

15   I actually stopped that share screen way too early.

16              All right.  Ms. Miller, the next thing I'm

17   showing you is the Amended Notice of Taking

18   Corporate Representative Deposition.

19              Are you familiar with this document?

20       A.    Could you scroll up so I can see the top

21   of the page?

22       Q.    Absolutely.

23       A.    And scroll down a little bit further.

24       Q.    Uh-huh.

25       A.    Yes.

Page 12

1    Q.   All right.  So when you prepared for this

2    deposition, can you tell us what documents you

3    reviewed in preparing for it, if any?

4    A.   There were multiple documents that I had

5    reviewed in preparation for this.  Is there a

6    specific document you are looking for?

7         I understand that most of these were -- or

8    all of them would have been entered as a part of the

9    Response to the Plaintiff's Request.

10   Q.   Most of them are.  So you've gone over the

11   documents that were produced by Defendant

12   Capital One, right?

13   A.   Yes.

14   Q.   Okay.  Did you go through any other

15   documents that haven't been produced yet, such as

16   like Wage Works documents, contracts?

17              MR. BLUMENFELD:  Objection.

18   A.   Our contract is with Anthem for the COBRA

19   services and those would have been submitted as part

20   of this request.

21   BY MS. HEYSTEK:

22   Q.   Okay.  So is it Capital One's position

23   that it doesn't have any contracts directly with

24   Wage Works?

25              MR. BLUMENFELD:  Objection.

1      A.   I'm not aware of any contracts that

2  Capital One has with Wage Works or the COBRA

3  administration services.

4            MS. HEYSTEK:  Okay.  Let's mark Exhibit A

5  into the record.

6          (Exhibit A was marked for identification.)

7  BY MS. HEYSTEK:

8      Q.   What I'm going to do is probably go

9  through each one of these topics.  Do you have a

10  copy of this document in front of you?

11     A.   I do not.

12     Q.   Does it help if I leave it up on the

13  screen?

14     A.   Yes, please.

15            MR. BLUMENFELD:  And, Amanda, before you

16  dive into this, you know we served those objections to the

17  30(b)(6) Notice, and it might be helpful if you either

18  have that handy or refer to it.  Because, obviously, there

19  are some topics on which Ms. Miller is not a designated

20  witness because we've objected to the topic in whole or in

21  part.

22            MS. HEYSTEK:  That's an excellent point,

23  Mr. Blumenfeld.

24  BY MS. HEYSTEK:

25     Q.   So, Ms. Miller, I'm showing you what's

1    been premarked as Exhibit R, which is Defendant's

2    Responses and Objections to Plaintiff's Amended

3    Notice of Taking Corporate Representative

4    Deposition.

5            Have you seen this document before?

6        A.   Yes.

7        Q.   Okay.  All right.  While we're going

8    through these topics, from time to time what your

9    counsel is saying is that they've made certain

10   objections.  But subject to those objections, they

11   have agreed to produce you to testify on certain

12   portions or fractions of those topics, so to speak.

13   Do you understand that?

14       A.   Yes.

15            MS. HEYSTEK:  All right.  So let's mark and

16   enter Exhibit R into the record.

17            (Exhibit R was marked for identification.)

18   BY MS. HEYSTEK:

19       Q.   So starting with the first topic, which is

20   Defendant's business relationship with Wage Works

21   Inc. as it relates to COBRA notices and COBRA

22   compliance.

23            My understanding is that the Defendant has

24   agreed to provide you to be reasonably prepared to

25   provide non-privileged testimony regarding the

Page 15

1   COBRA-related services provided by Wage Works to the

2   plan during the relevant period.

3          My understanding is that your counsel has

4   defined the -- well, the Defendant has defined the

5   relevant period as December 2017 to December of

6   2021.  Am I right?

7      A.   Sorry.  Can you say those dates again.

8      Q.   Sure.  December 7th, 2017 to

9   December 7th, 2021.  And if you look at Exhibit R

10  right here, I'm highlighting, No. 3 on Page 2.

11     A.   That is correct.

12     Q.   So first can you just tell me what

13  Wage Works's role is for Capital One's

14  administration of you COBRA notices and benefits?

15     A.    So as I stated, Wage Works is a

16  subcontractor to Anthem and they are providing

17  services to help administer COBRA on behalf of

18  Capital One that includes providing various notices

19  to participants who are terminating from the

20  benefits plan.

21          They also support the enrollment into the

22  COBRA.  They have a contact center to answer

23  questions about COBRA.  And they answer they handled

24  matters related to billing and collecting the

25  premiums for COBRA services.

1        Q.    Does your team ever communicate directly

2    with Wage Works?

3        A.    We do.

4        Q.    How so?

5        A.    That might take the form through regular

6    ongoing calls, or emails.  And as a general

7    practice, we include our Anthem account reps as a

8    part of that conversation.

9        Q.    Do you know who developed the COBRA notice

10    that was sent to Ms. Bacs and Ms. Roubert?

11        A.    That would be -- no, I don't.

12        Q.    Did anyone on your team have any

13    involvement in developing the COBRA notice?

14        A.    As a general practice we are relying on

15    Anthem, Health Equity, to provide these templates on

16    our behalf.

17        Q.    Well, who's responsible for the content of

18    the notice?

19              MR. BLUMENFELD:  Objection.

20        A.    So in our contract with Anthem and Health

21    Equity we have asked them to produce these notices

22    and request them to do so in a timely manner.  And I

23    know that there are other provisions in the

24    agreement that describe what their responsibilities

25    are.

1   BY MS. HEYSTEK:

2        Q.   And, obviously, I'm not here for you to

3   have a memory contest about what any contract says,

4   because I'm sure they're pretty lengthy.

5             Is there a document that dictates who is

6   responsible for what?

7        A.   My understanding is their services are

8   described in the agreement with Anthem, and that was

9   part of some of the documentation that was produced.

10       Q.   I'm now showing you what has been

11   premarked as Exhibit M.

12            This is the Master Services Agreement

13   between Capital One Services, LLC, and Anthem Health

14   Plans of Virginia, Inc., dated November 1st, 2014

15   and then it has a contract number below it for

16   identification.

17            Are you familiar with this document?

18       A.   Yes.

19       Q.   All right.  And is this the contract that

20   dictates the scope of work between Capital One and

21   Anthem?  I can scroll through, if would you like.

22       A.    It is part, I believe there are multiple

23   documents and -- that are outlined to support the

24   entirety of the services.

25                 MS. HEYSTEK:  Okay.  Let's enter Exhibit M.

Page 18

1    And for the record, this was also marked confidential.

2           (Exhibit M was marked for identification.)

3    BY MS. HEYSTEK:

4        Q.   Ms. Miller, I'm also showing you an

5    amendment to the Master Services Agreement that was

6    produced to us that was effective January 1st, 2022

7    between Capital One and Anthem.

8           Are you familiar with this document?

9        A.   Could you scroll through a little bit?

10       Q.   Uh-huh.

11       A.   Generally, yes.

12       Q.   Okay.  Is this the only amendment to that

13   contract between Capital One and Anthem that's

14   effective?

15       A.   I don't know.

16           MS. HEYSTEK:  Okay.  Let's Enter Exhibit N.

17           (Exhibit N was marked for

18   identification.)

19   BY MS. HEYSTEK:

20       Q.   So to your knowledge is there an

21   indemnification between Wage Works and Anthem?

22           MR. BLUMENFELD:  Objection.

23       A.   I don't know what the terms are or the

24   provisions are between Anthem and their

25   subcontractor.

Page 19

1   BY MS. HEYSTEK:

2        Q.   Have there been any discussions that

3   you're aware of between Anthem and Capital One that

4   its notice was not compliant with the COBRA act?

5              MR. BLUMENFELD:  I'm sorry.  I had trouble

6   hearing you at the end.

7   BY MS. HEYSTEK:

8        Q.   Let me rephrase that.

9              To your knowledge are there any

10  communications from Anthem to Capital One that its

11  notice is noncompliant?

12       A.   I'm not aware of any communication to that

13  effect.

14       Q.   Has Wage Works ever communicated to

15  Capital One that its form was noncompliant?

16       A.   I'm not aware of --

17       Q.   I was just going to clarify.  By, "Form,"

18  I meant COBRA notice.

19       A.   I'm not aware of any communications to

20  that effect either.

21       Q.   How often does Capital One communicate

22  directly with Wage Works in regards to the notices

23  that it's sending out?

24       A.   We have a lot of different ongoing

25  conversations with Wage Works Health Equity.  I

Page 20

1    wouldn't be able to tell you exactly how many

2    conversations are specific to those notifications

3    versus other services that we are administering and

4    working through integrations and other questions and

5    member services.

6         Q.   Let's go to the second topic, "The

7    identity of Defendant's COBRA Administrator over the

8    last five years, and what role the COBRA

9    administrator plays in terms of COBRA notice."

10             My understanding is that the Defendant has

11   agreed to produce you and be reasonably prepared to

12   provide non-privileged testimony regarding the

13   identity of and services provided by the plan's

14   COBRA administrator during the relevant period that

15   we've already established.

16             So first, tell me, the COBRA

17   administrator, that's Wage Works Health Equity,

18   right?

19        A.   Correct.

20        Q.   And has it been so for the last five

21   years?

22        A.   Yes, since January 1st, 2017.

23        Q.   Has there been any changes?

24             MR. BLUMENFELD:  Objection.

25        A.   Can you say more about what you mean by,

Page 21

1    "changes"?

2    BY MS. HEYSTEK:

3         Q.   Have you changed COBRA administrators

4    since 2017?

5         A.   No.

6         Q.   Has the scope of work or the contract

7    between you and Anthem changed in regards to COBRA

8    notices in the past five years?

9                   MR. BLUMENFELD:   Objection.

10        A.   Not to my knowledge.

11   BY MS. HEYSTEK:

12        Q.   So what services does Wage Works or Health

13   Equity provide?

14        A.   Is there a specific question?  Because I

15   think I answered earlier a high-level of what they

16   provide, and I know we've also provided the service

17   agreement that described their services as well.

18        Q.   Let's dive down a little bit, low-level,

19   into the COBRA notice and tell me how they process

20   the COBRA notice.

21                   MR. BLUMENFELD:   Objection.

22        A.   Can you -- I'm not sure I understand what

23   you are asking when you -- or what you're looking

24   for when you say, "How do they process a COBRA

25   notice?"

Page 22

1    BY MS. HEYSTEK:

2        Q.   Sure.  Let me rephrase that.

3             What's the workflow that you know of as

4    the HR director and the corporate representative for

5    Capital One in regards to that workflow for COBRA

6    notices?  Somebody gets terminated.  How does the

7    thing work?  Do you send information?

8             My understanding is there's a batch that

9    goes over to Wage Works.  Can you dive down into

10   that process and walk us through it?

11       A.   Yes.  I can give you an overview of how

12   that works.  So Capital One terminations would be

13   entered into our HR system of record, which is

14   Work Day.  Those would then be processed.  And up

15   until April 3rd of 2022 we would provide that

16   information to our benefits administrator who

17   handled all of our enrollment and election data,

18   that was Life Works.  They would then provide that

19   information on the HR data, including terminations,

20   to be processed by Health Equity.  And then Health

21   Equity would use that information that they received

22   about terminations to the plan to generate the COBRA

23   notices.

24            As of April 3rd we in-sourced that

25   benefits administration.  And so as of April 3rd --

Page 23

1   or starting that week, rather, since it's a weekly

2   batch process, we are now providing that HR data

3   file to Health Equity to produced the notices.

4        Q.   What was the reason for the change?

5        A.   It was really just a wanting to have more

6   oversight into those processes, and there was a

7   little bit of cost at play.

8        Q.   But it was unrelated to the actual COBRA,

9   because we have a lot of files that actually come

10  from Work Day to other downstream vendors.

11               THE COURT REPORTER:  I'm sorry -- that come

12  from where?

13               THE WITNESS:  There are a lot of files

14  that, that go to downstream vendors.

15               THE COURT REPORTER:  Downstream.  Okay.

16  Thank you.

17               THE WITNESS:  Uh-huh.

18               MS. HEYSTEK:  I appreciate that.

19  BY MS. HEYSTEK:

20       Q.   And let's move onto Topic 3, "The

21  identities of the individuals responsible for the

22  notification and administration of the continuation

23  of health coverage after a qualifying event."

24               So prior to April 3rd, Life Works would

25  send that data to Wage Works; is that right?

1       A.    That's correct.

2       Q.    Okay.  And then after April 3rd of 2022

3    Capital One is sending that batch directly?

4       A.    Correct.

5       Q.    Okay.  And maybe I missed it, but who

6    sends it -- before April 3, 2022, is it Capital One

7    that sends the information directly to Life Works or

8    does it go through Work Day first?

9       A.    So Work Day is our HR human capital

10   management system.  So when I say, "Capital One,"

11   or, "Work Day," I'm kind of using them

12   interchangeably because that's our system of record

13   and the file comes out of Work Day that we send.

14      Q.    I'm going to share my screen again.

15            Ms. Miller, I'm showing you what's been

16   premarked as Exhibit J, this is Defendant's Initial

17   Disclosures.

18            Are you familiar with this document?

19      A.    Yes.

20      Q.    Okay.  In terms of individuals that would

21   likely have discoverable information, the only

22   people listed were the Plaintiffs, Susan Bacs and at

23   the time Aron Bacs.  Do you know of other

24   individuals that would have information regarding

25   the COBRA notices?

Page 25

1              MR. BLUMENFELD:  Objection?

2        A.   When you say, "Other information," can you

3   share a little bit more about what you're looking

4   for?

5   BY MS. HEYSTEK:

6        Q.   Sure.  The allegation in this complaint is

7   that the COBRA notice was noncompliant, that

8   Capital One was sending out for roughly four years

9   from December 2017 to December of 2021.  And so

10  we're looking to find out who was actually

11  responsible for developing those notices and had a

12  hand in any changes that may or may not have been

13  done.

14              So we're kind of looking to see who else

15  is responsible, that goes to No. 3, "The identities

16  of individuals responsible for the notification and

17  administration of the continuation of health

18  coverage after a qualifying event."

19              And based on the Defendant's initial

20  disclosures, the only people they listed were the

21  Plaintiffs at the time.  So I'm wondering if anybody

22  on your team had a hand in developing the notice?

23              MR. BLUMENFELD:  Objection.

24       A.   So there have been a lot of different

25  individuals who may have been involved since 2017,

Page 26

1    so I can't -- I don't know who would have been

2    involved.

3                    MS. HEYSTEK:  Let's enter Exhibit J.

4              (Exhibit J was marked for identification.)

5    BY MS. HEYSTEK:

6         Q.   In terms of your team, is anybody on your

7    team responsible for compliance of the COBRA notice

8    with the law?

9                    MR. BLUMENFELD:  Objection.

10        A.   I wouldn't say that that falls on one

11   responsible party.

12   BY MS. HEYSTEK:

13        Q.   Two, three, specific team?

14        A.   From my perspective I think it's

15   Capital One's obligation to be compliant with the

16   applicable laws and regulations.

17        Q.   And how would they do that?

18             Let me break that down for you.  So if

19   it's Capital One's obligation to ensure the COBRA

20   notice is compliant with the law, is there a review

21   schedule, so to speak, to review the COBRA notice

22   every one year, two years, whatever the case might

23   be?

24                    MR. BLUMENFELD:  Objection.

25        A.   As a general practice we have

1    conversations internally amongst ourselves.  And we

2    are also talking with Anthem and Health Equity, Wage

3    Works about industry changes we made from time to

4    time.  Also, you know, talk with our internal

5    counsel about potential changes.  And that's

6    typically how we would stay abreast of changes as

7    they relate to notices and regulations.

8    BY MS. HEYSTEK:

9        Q.   And I'm certainly not asking for anything

10   you've discussed with your attorneys.

11            In terms of your conversations with Anthem

12   and Wage Works would there be emails discussing any

13   changes to the COBRA notice?

14       A.   I don't know.

15       Q.   Has anyone looked to see if there were

16   emails discussing changes to the COBRA notice?

17       A.   I don't know.

18       Q.   Sometimes companies designate a

19   point-person to interact with vendors or

20   contractors.  Is there a point-person for the

21   contract with Anthem?

22       A.    We do have, what I would say, is a process

23   lead, if you will, within my team who is most

24   familiar with the COBRA administration and deals

25   most with -- with Health Equity.

Page 28

1      Q.   And who is that?

2      A.   Probably Alisa Lane.

3              THE COURT REPORTER:  I'm sorry.  Can you

4   say that again.

5              THE WITNESS:  Yes, it's Alisa, A-L-I-S-A,

6   Lane.

7   BY MS. HEYSTEK:

8      Q.   And how long has she been the process lead

9   for Wage Works, Health Equity?

10     A.   She had been on our team for eight years.

11  And I would say it's probably been the last several

12  years that she's been a process lead, but I couldn't

13  give you specifics.

14     Q.   Do you know who the process lead was

15  before Alisa Lane?

16     A.   I don't know.

17     Q.   Is Capital One aware of any changes it

18  made to its COBRA notice from December 2017 to

19  December of 2021?

20             MR. BLUMENFELD:  Objection.

21     A.   So I know that there could have been

22  various types of changes that may have happened over

23  that time period.  Is there something more specific

24  that you're looking for in the way of changes?

25  BY MS. HEYSTEK:

1      Q.    I'm trying to determine how often Capital

2   One makes changes to the COBRA notice or if it's

3   made any substantive changes between December of

4   2017 to 2021.

5              MR. BLUMENFELD:   Objection.

6   BY MS. HEYSTEK:

7      Q.    And maybe you don't know, and that's fine,

8   you can say, "I don't know."  It's not a memory

9   contest.

10      A.    Yeah, I know that there had been a number

11   of changes and some of those maybe, you know,

12   formatting or context or text.  And then there had

13   been some additional -- some other changes that have

14   happened over the last few years, some of which were

15   in response to ARPA, right, and COVID and adding

16   additional language there.  And then I do know that

17   we also had added the end date for COBRA coverage at

18   some point as well.  I think that was in early 2020.

19      Q.    Tell me about that, the end day for COBRA

20   coverage that was added in 2020.

21      A.    Well, the letter has always indicated the

22   time period in which COBRA -- the duration of COBRA

23   coverage, which is generally the 18 months, could be

24   shorter, could be longer, depending on various

25   circumstances, right, for an individual.  But the

Page 30

1    actual date, 18 months from the printed effective

2    date, was added in February of 2020, I think it was.

3        Q.   And why was that added?

4        A.   I don't know.

5        Q.   Do you know if it was because of the

6    lawsuits that had happened in previous years

7    regarding Wage Works?

8        A.   I don't know.

9             MR. BLUMENFELD:  Objection.

10   BY MS. HEYSTEK:

11       Q.   When that change was made in February of

12   2021, would there be records about why that change

13   was made?

14       A.   I don't know.

15       Q.   Would there be communications about that

16   change?

17       A.   I don't know.

18       Q.   How did the change take place?  Does

19   Capital One direct Wage Works to make the change?

20            MR. BLUMENFELD:  Objection.

21       A.   So I think I heard two questions in there.

22   Can you restate your question just to make sure I'm

23   answering...

24   BY MS. HEYSTEK:

25       Q.   Sure.

Page 31

1              Does Capital One direct Wage Works to make

2       the change?

3          A.   Not that I'm aware of.

4          Q.   And I think I said it wrong, actually.

5       Let me say it again more specifically.

6              Did Capital One direct Wage Works to make

7       the change to include the end date for COBRA

8       coverage in February of 2020?

9          A.   Not that I'm aware of.

10         Q.   Do you know who did make that change?

11         A.   I do not.

12         Q.   Do you know who directed that change?

13         A.   I do not.

14         Q.   All right.  I'm going to move onto

15      Topic 4, "The dates that plan administrator issued a

16      COBRA notice to Plaintiffs."

17             And I'm going to first show you what's

18      been premarked as Exhibit B.  And I'll represent to

19      you that this is a notice that was sent to Susan

20      Bacs and her covered dependents.

21             Are you familiar with this document?

22                 MR. BLUMENFELD:  Just, Amanda, before you

23      continue with this, it looks to me like this Exhibit B

24      says it's Page 1 of 3.

25                 MS. HEYSTEK:  Yes.

Page 32

```
 1                    MR. BLUMENFELD:  Is this the copy --

 2                    MS. HEYSTEK:  So I'll represent to you that

 3      I have broken these pieces out.  And if you want, I'll go

 4      through the whole thing and let her put it on the record.

 5                    But there's this portion that's three

 6      pages, then there's the election form, and then

 7      there's a third piece of information.

 8      BY MS. HEYSTEK:

 9           Q.   Is that how Wage Works normally send out

10      notices on behalf of Capital One during the relevant

11      period, Ms. Miller?

12           A.   I'm sorry.  Can you scroll through the

13      document?

14           Q.   Absolutely.  So I'm going to show you

15      first what is premarked as Exhibit B.  Right?  This

16      is three pages, it has Susan Bacs name on it.  It

17      has her address.  It has some personalized

18      information up at the top.  And then we go through

19      three pages.

20                    (Exhibit B was marked for identification.)

21      BY MS. HEYSTEK:

22           Q.   And if you want I can -- let's go ahead

23      and I'll show you Exhibit C, what I premarked as

24      Exhibit C, which the COBRA election form with Susan

25      Bacs name on it.  And that's two pages.
```

Page 33

1              (Exhibit C was marked for identification.)

2     BY MS. HEYSTEK:

3         Q.   And then there's Exhibit D, which was sent

4     to Ms. Bacs.  It says, "Important Information:

5     COBRA Coverage Rights and other Health Coverage

6     Alternatives," and that is 11 pages.

7              (Exhibit D was marked for identification.)

8     BY MS. HEYSTEK:

9         Q.   Let me just ask you sort of generally, are

10    you familiar with these three pieces?

11        A.   Yes.

12        Q.   Okay.  And is it your understanding

13    that -- well, you would agree with me that these are

14    the three pieces of information that were sent to

15    Ms. Bacs from Wage Works; correct?

16              MR. BLUMENFELD:  Objection.

17        A.   Can you restate the question.

18    BY MS. HEYSTEK:

19        Q.   You would agree with me that these are the

20    three pieces that were sent to Ms. Bacs after she

21    had a qualify event?

22              MR. BLUMENFELD:  Objection.

23        A.   I know that Susan Bacs was sent a COBRA

24    election notice.  I would not summarize that as

25    three pieces of information.

Page 34

1    BY MS. HEYSTEK:

2        Q.    Okay.  For Capital One's purposes, this is

3    all one piece of information; is that what you're

4    trying to say?

5                    MR. BLUMENFELD:   Objection.

6    BY MS. HEYSTEK:

7        Q.    I don't want to put words in your mouth.

8    But I mean, I want to talk about them separately for

9    my own reasons because they have different groups of

10   information.  But if you're trying to say that

11   Capital One sends all of these things together to

12   Ms. Bacs, I think we're on the same page.

13           So is that what you're trying to say?

14       A.    Yeah, that's one election notice that

15   includes that content.

16       Q.    Okay.  Fair enough.

17           So the reason I separated it out is

18   because I want to talk to them a little separately.

19   But for the purposes of Topic 4 on the amended

20   notice, we ask about the dates Plan Administrator

21   sent these notices.

22           Am I right that the date it was sent was

23   on or about December 4th, 2018, which is up here on

24   the top right corner of Exhibit B?

25       A.    Yes, on or about that date is my

Page 35

1    understanding.

2         Q.    Okay.  And Capital One sent all three of

3    these B, C and D that we already looked at, right?

4              MR. BLUMENFELD:  Objection.

5         A.    Capital One didn't mail these out.

6    BY MS. HEYSTEK:

7         Q.    Wage Works sent them on behalf of

8    Capital One, right?

9              MR. BLUMENFELD:  Objection.

10        A.    That's my understanding.

11   BY MS. HEYSTEK:

12        Q.    Okay.  During that relevant period before

13   February of 2020 is B, C and D the same notice that

14   was sent to all the plan participants that had a

15   qualifying event and were eligible for COBRA?

16             MR. BLUMENFELD:  Objection.

17        A.    Well, the notices are actually tailored to

18   even specific participant because there are personal

19   pieces of information that are relevant based on the

20   facts and circumstances regarding their particular

21   termination including their dates and duration

22   et cetera, and costs as well.

23             There are some pieces that's would be the

24   same including, you know, many of the notices and

25   disclosures.  So I wouldn't be able to say that

1    everybody received the exact same notice.

2    BY MS. HEYSTEK:

3        Q.   Okay.  I'm glad you pointed that out.  So

4    on Exhibit B, we see that it has her name on it,

5    Susan Bacs, her address, it has the date

6    December 4th, 2019 when they sent it, there's an

7    account number, correct?  There's a date of the

8    notice, a date of coverage loss, coverage start date

9    of electing.  Right?  Do you see those things?

10       A.   Yes.

11       Q.   Okay.  And all of those things are

12   personalized to Ms. Bacs, right?

13       A.   Yes.

14       Q.   And in fact the election deadline for

15   February 5th, 2019, that's also personalized for

16   her, right?

17       A.   Yes.

18       Q.   And in fact, at the bottom of -- on the

19   third page of Exhibit B, it repeat the deadline here

20   this these paragraph of February 5th, 2019.  Do you

21   see that where my cursor is?

22       A.   Yes.

23       Q.   Okay.  So would it be fair to say you

24   would agree with me that Exhibit B includes

25   personalized information for each plan participant;

1   is that right?

2        A.   It does include some personalized

3   information, but it also includes some other -- just

4   general information as well that wouldn't write

5   those paragraphs.  Some of these paragraphs here

6   would be the same --

7        Q.   Right, right.

8        A.   -- the dates may vary, yeah, and other

9   personal information, yeah.

10       Q.   So just as a for instance, for the record,

11  this bold paragraph up at the top, the first one,

12  that's probably included on everybody's COBRA

13  election notice, right?

14       A.   Right.

15       Q.   Okay.  So aside from the personalized

16  information about her address and the dates that

17  were computed by I assume Wage Works, the other rest

18  of the information is the same as all of other

19  information that's included on every other plan

20  participants COBRA election coverage notice during

21  the relevant period; correct?

22            MR. BLUMENFELD:  Objection.

23       A.   I mean, her addresses were very -- I mean,

24  so it's kind of hard for me to say, because there

25  would have been a number of these notices sent,

Page 38

1   so...

2   BY MS. HEYSTEK:

3       Q.   Sure, I get that.   I'm saying you take out

4   the personalized information to Ms. Bacs, her

5   address, the date of her notice, the date of her

6   coverage loss, the date of her election deadline --

7   all the other information is the same for the plan

8   participants during the relevant period, right?

9                    MR. BLUMENFELD:   Objection.

10      A.   It's hard for me to say because, again,

11  there could have been other formatting grammatical

12  changes and I don't know if it would be word for

13  word or, you know, paragraph by paragraph

14  grammatically exactly the same.   Because there may

15  have been some changes over the given time frame

16  we're talking about.

17  BY MS. HEYSTEK:

18      Q.   Aside from grammatical changes, would

19  there be any substantive changes?

20                   MR. BLUMENFELD:   Objection.

21      A.   I don't know.

22  BY MS. HEYSTEK:

23      Q.   Does Capital One keep track of any

24  substantive changes that it makes to its COBRA

25  election notice?   Like for instance, you were able

Page 39

1    to tell me about how they included the coverage end

2    date starting February of 2022.  So clearly

3    Capital One keeps track of some changes.  What is

4    the criteria to determine which changes Capital One

5    is going to keep track of?

6                    MR. BLUMENFELD:  Objection.  And I think,

7    Amanda, you said, "February of 2022," which I don't think

8    was the Witness's testimony.

9    BY MS. HEYSTEK:

10        Q.    What was it, 2021, Ms. Miller?

11        A.    It was February 2020.

12        Q.    February 2020.  Okay.  My apologies.  I

13    meant February of 2020.

14           Do you want me repeat the question?

15        A.    Yes, please.

16        Q.    Okay.  So what criteria does Capital One

17    use to determine what changes it's going to keep

18    track of to its COBRA election notice?

19                    MR. BLUMENFELD:  Objection.

20        A.    I don't -- I don't know that there is a

21    defined criteria.

22    BY MS. HEYSTEK:

23        Q.    Okay.  Well, were there any changes that

24    you were aware of that actually changed the

25    substance of this form during the relevant period?

Page 40

1              MR. BLUMENFELD:   Objection.

2        A.   I don't know.

3   BY MS. HEYSTEK:

4        Q.   Let's look at Exhibit C while we're here.

5   This is the COBRA Coverage Election Form.   And this

6   is part of the one piece of information that Capital

7   One sent out through Wage Works.   But this has

8   personalized information to Ms. Bacs.   Would you

9   agree with me?

10       A.   Yes.

11       Q.   Okay.   And then just for comparison sake,

12  let's look at Exhibit D which starts with,

13  "Important Information COBRA Coverage Rights and

14  Other Health Coverage Alternatives."   This is 12

15  pages that came in her notice.

16              Are you familiar with this?

17              MR. BLUMENFELD:   Objection.

18       A.   I know that there are standard parts of

19  the COBRA election notice that include these

20  disclosures and other disclosure and subsequent

21  pages.

22  BY MS. HEYSTEK:

23       Q.   Okay.   This is -- for the record, this is

24  what's been produced to us from Defendant and it's

25  Bates No. 33 through 43.

Page 41

1              Ms. Miller, do you have any reason to

2    believe that this is not the notice that was sent

3    to -- part of the notice that was sent to Ms. Bacs?

4        A.    I have no idea if Ms. Bacs produced this,

5    whether or not this is in whole or in part the

6    notice that would have been provided to her.

7        Q.    Capital One produced this.

8        A.    Okay.  Sorry.  My misunderstanding.

9              If this is what we had provided then, yes,

10   I would suggest that that would be what was sent to

11   her.

12       Q.    Okay.  Thank you.  The only thing I want

13   to point out on this, for what I've marked as

14   Exhibit D, which is Bates Nos. 33 to 43, there is no

15   personalized information in this part of the notice

16   that was sent to Ms. Bacs.  Right?  There's no

17   calculation of any specific date that has to do with

18   her employment.  Would you agree with me?

19              MR. BLUMENFELD:  Objection.

20       A.    I mean, I view this again, like I stated

21   earlier, is one comprehensive document that is

22   provided and was provided to Ms. Bacs.

23   BY MS. HEYSTEK:

24       Q.    And I appreciate that information.  I'm

25   just saying from Page -- Bates No. 33 to

Page 42

1    Bates No. 43, there is no personalized information

2    that Wage Works inserts into this form for Ms. Bacs.

3    Is that right?

4                    MR. BLUMENFELD:  Objection.

5         A.   Not that I'm aware of.

6    BY MS. HEYSTEK:

7         Q.   All right.  And would it be true that for

8    this part of the form that Wage Works sends out on

9    behalf of Capital One, there is no personalized

10   information for any other plan participant during

11   the relevant period?

12                   MR. BLUMENFELD:  Objection.

13        A.   Again, I know that there would have been a

14   number of notices sent.  I can't tell you whether or

15   not there was any personal information in other

16   notices or not.

17   BY MS. HEYSTEK:

18        Q.   I certainly appreciate that.  Again, I'm

19   not trying to do a memory contest here.  But you

20   were able to tell me about certain changes, and

21   specifically one change that happened in February of

22   2020.  So are you saying that there are changes to

23   this part of the notice during the relative period

24   that you're just not aware of?

25        A.   I don't know if there were changes or not.

```
 1        Q.   If there were changes, though, Capital One
 2   would know about it, right?
 3                    MR. BLUMENFELD:   Objection.
 4        A.   I don't know.
 5   BY MS. HEYSTEK:
 6        Q.   So Wage Works could change it's form
 7   without notifying Capital One?
 8        A.   I think it's as I previously shared, there
 9   could be some changes that they could make, you
10   know, grammatical formatting, et cetera.  And so I'm
11   not able to say whether or not there were changes
12   made to this section of the notice or not.
13        Q.   If there were grammatical or formatting
14   changes that don't change the content of the notice,
15   would Wage Works have to tell Capital One?
16                    MR. BLUMENFELD:   Objection.
17        A.   I don't know.
18   BY MS. HEYSTEK:
19        Q.   As the director of HR, if Wage Works was
20   changing a notice that was being sent out on behalf
21   of Capital one to plan participants, would you
22   expect to be notified if the change -- if the change
23   effects the substance of the notice?
24                    MR. BLUMENFELD:   Objection.
25        A.   Can you restate the question.  I'm sorry.
```

Page 44

1                     MS. HEYSTEK:  Madam Court Reporter, could

2      you read that back to her?

3                     (Last question was read back.)

4      BY MS. HEYSTEK:

5          Q.   That's okay.  I'll rephrase it.  I believe

6      it was as the director of HR, if Wage Works changed

7      the COBRA notice in a substantive way, more than

8      just grammatical or formatting, you would expect to

9      be notified of that, right?

10                    MR. BLUMENFELD:  Objection.

11         A.   I don't know that what I expect would be

12     particularly relevant in this case in what may have

13     transpired over that time period.

14     BY MS. HEYSTEK:

15         Q.   Have you been notified in the past when

16     Wage Works has made substantive changes to its COBRA

17     notice?

18         A.   I don't know.

19         Q.   Why don't you know?

20                    MR. BLUMENFELD:  Objection.

21     BY MS. HEYSTEK:

22         Q.   Are you reading something, Ms. Miller?

23         A.   No.  I'm looking at the notice that's up

24     on the screen here.  It says, "Additional notice

25     procedures for a notice for a second qualifying

Page 45

1   event," on the screen.

2          What I'm thinking through is, you're

3   asking me why don't I know.  And there are a number

4   of changes that could have occurred to these

5   notices, and so that's what I'm kind of

6   contemplating in my mind.  Like, you know, keeping

7   up with all of those, I don't know that we would

8   have been made aware of all of the changes

9   throughout the years.

10     Q.   But you as a HR director, you have emails,

11   right?  You have an email with Capital One?

12     A.   Yes.

13     Q.   And you could probably search your emails

14   for search terms, like, "Wage Works, change, COBRA

15   notice," for instance, right?

16     A.   Yes.

17     Q.   So as you're sitting here today, while you

18   say you don't know, you could easily ascertain that

19   information if Capital One has ever been notified by

20   a change by Wage Works to its COBRA notice, right?

21          MR. BLUMENFELD:  Objection.

22     A.   I don't think, I -- sorry, Jeremy.

23          MR. BLUMENFELD:  That's okay.  You can

24   answer.

25     A.   I don't think I could necessary ascertain

Page 46

1   that, because I may or may not have been included in

2   a change notice.

3   BY MS. HEYSTEK:

4        Q.   No, I'm asking you could easily ascertain

5   your emails, from Julie Miller's emails by searching

6   for those terms to find out if you were ever

7   notified of any change; correct?

8                  MR. BLUMENFELD:   Objection.

9        A.   I think, Amanda, what I'm struggling with

10  is, if I was notified I could search my emails.   I

11  don't know that I was notified, so that's what I'm

12  not clear on what your question is asking.

13  BY MS. HEYSTEK:

14       Q.   You wouldn't know if you were notified

15  until you did the search, though.   So you said you

16  could do the search, that's what I was looking for.

17  You can easily search your emails; correct?

18       A.   I can search my emails on key terms, yes.

19       Q.   Okay.   Now I'm going show you what's been

20  premarked as Exhibit E.   This is the first three

21  pages of the notice that was sent to Jessica Roubert

22  by Wage Works on behalf of Capital One.

23                  (Exhibit E was marked for identification.)

24  BY MS. HEYSTEK:

25       Q.   And we were talking about Topic 4 and the

Page 47

1   dates.  This date up at the top, November 7th, 2018.

2   Is that when this notice was sent to Ms. Roubert?

3         A.   On or about, yeah.

4         Q.   No reason to think it was sent a month

5   later or anything like that, right?

6         A.   No, not to my knowledge.

7         Q.   Okay.  And then same thing for Exhibit E,

8   which is Bates No. Defendant 73 through 75.  This

9   also contains personalized information from

10  Ms. Roubert; correct?

11        A.   Yes.

12        Q.   Okay.  It has her name and it has the date

13  of termination and the election deadline of

14  January 9th, 2019; right?

15        A.   Yes.

16        Q.   And that January 9th, 2019 election

17  deadline is repeated down here on Page --

18  Bates No. 75 in these two paragraphs -- or in this

19  last paragraph here.  Do you see that?

20        A.   Yes.  In the last two paragraphs, yes.

21        Q.   So Wage Works -- am I correct that Wage

22  Works computes the election deadline and then

23  inserts that into this paragraph?

24        A.   That my understanding, yes.

25        Q.   So it's always capable of calculating

Page 48

1    dates based on the date of notice or the date of

2    termination, whatever the case might be, right?

3                    MR. BLUMENFELD:   Objection.

4         A.   I don't know whether or not they're always

5    able to do so.  It appears that they did that in

6    this case, yes.

7    BY MS. HEYSTEK:

8         Q.   All right.  And I'm going to put Exhibit E

9    up side-by-side with Exhibit D, which is Ms. Bacs'

10   first three pages of her notice.  It might be a

11   little bit difficult to see, so you tell me if you

12   have any problems with that.

13                   But it looks like these two first three

14   pages for their notices are exactly the same with

15   the exception of their personalized information for

16   address, dates of employment, account numbers.

17   Would you agree with me?

18                   MR. BLUMENFELD:   Objection.

19        A.   It is very hard to see.  It is small and

20   so, you know, I have not compared, I can't read line

21   by line and compare them exactly.

22   BY MS. HEYSTEK:

23        Q.   Okay.  Would you agree with me that first

24   paragraph, that's bold, is exactly the same?

25        A.   Can you make them both a little bit

1    bigger?  I'm sorry, I can't really read them on my

2    screen.

3         Q.   Sure.  There's the first paragraph from

4    Ms. Roubert.  Can you read that?

5         A.   Yes.

6         Q.   Okay.  Is it exactly the same as this

7    first bold paragraph on Ms. Bacs?

8                   MR. BLUMENFELD:  Amanda, is there a way for

9    you to put one above the other so that she can see them at

10   the same time?

11                  MS. HEYSTEK:  Yeah.

12   BY MS. HEYSTEK:

13        Q.   How is that?

14        A.   Good.  Thank you.

15        Q.   You've read them before today, right?

16        A.   Yes, but I'm just comparing the two to

17   answer your question.

18        Q.   Uh-huh, take your time.

19        A.   Yes, they appear to be the same.

20                  MS. HEYSTEK:  And then Exhibit F is

21   premarked, I'll enter that.

22             (Exhibit F was marked for identification.)

23   BY MS. HEYSTEK:

24        Q.   I'll represent to you this is the COBRA

25   coverage election form that was given to us by

Page 50

1    Capital One for Jessica Roubert and this has her

2    personalized information on it; correct?

3         A.    Right.

4         Q.    All right.  And I'm showing you Exhibit G,

5    which is the 12 pages that end the COBRA notice that

6    was sent to Jessica Roubert.  And this is the

7    "Important Information:  COBRA Coverage Rights and

8    Other Health Coverage Alternatives," and it goes

9    from Bates No. Defendant 78 through 88.

10              (Exhibit G was marked for identification.)

11   BY MS. HEYSTEK:

12        Q.    And would you agree with me, Ms. Miller,

13   that it's exactly the same as the exhibit that I

14   showed you that was not personalized to Ms. Bacs?

15              MR. BLUMENFELD:  Objection.

16        A.    Again, without comparing them I can't say

17   whether or not they're exactly the same.

18   BY MS. HEYSTEK:

19        Q.    And you would agree with me that there is

20   no personalized information of Jessica Roubert on

21   Exhibit G, those 12 pages?

22              MR. BLUMENFELD:  Objection.

23        A.    Again, this is part of the notice that is

24   personalized for her and mailed to her as a part of

25   her COBRA election, so...

Page 51

1   BY MS. HEYSTEK:

2       Q.   I understand that.  I'm just asking on

3   these pages, these 12 pages, there is no

4   personalized information directly to Ms. Roubert, is

5   there?

6       A.   I'm not aware of any.

7       Q.   And now let's go to Topic 5, which is,

8   "The number of participants and beneficiaries in

9   Defendant's health plan who experienced a qualifying

10  event and were sent continuing coverage election

11  notice during the applicable statute of limitations

12  period, but did not elect COBRA continuation

13  coverage."

14           Again, your counsel has stated the

15  relevant period that they're responding to as

16  December 7th, 2017 to December 7th, 2021.

17           Do you know the number of those

18  participants that received a COBRA election notice

19  and did not elect COBRA continuation coverage during

20  that time?

21               MR. BLUMENFELD:  Objection.

22      A.   I understand that number is around 53,000.

23  BY MS. HEYSTEK:

24      Q.   That's 53,000 people that received a COBRA

25  election notice from December 2017 to December 2021;

Page 52

1    I'm hearing you right?

2         A.   Yes.

3         Q.   Of those do you know how many did not

4    elect COBRA coverage?

5         A.   I'm sorry.  Can you restate the question.

6    I think I maybe misunderstood.

7         Q.   How many plan participants got a COBRA

8    election notice from December 2017 to December of

9    2021?

10        A.   I'm sorry.  It's about 65,000.

11        Q.   65,000?

12        A.   Yes.

13        Q.   All right.  When you gave me the 53,000,

14   what number was that?

15        A.   That's the number that did not elect.

16        Q.   Okay.  So total notice is 65,000, those

17   that did not elect is 53,000; right?

18        A.   Yes.

19        Q.   Okay.  And where did you get those numbers

20   from?  Is it Capital One's data?

21        A.   No.

22        Q.   Whose data is that?

23        A.   That information was provided by Health

24   Equity.

25        Q.   Does that include both the employee plus

Page 53

1    their dependents?

2        A.   Yes.

3        Q.   Do you know the number for just the

4    employees -- or former employees, I guess I should

5    say.

6        A.   I don't know the number exactly.  I think

7    it's in the high 20,000s, give or take, but I don't

8    know the exact number.

9        Q.   So I'm going show you what's been

10   premarked as Exhibit I which is Capital One's

11   responses to our interrogatories.

12            Are you familiar with this document?

13       A.   Yes.

14                MS. HEYSTEK:  All right.  Let's enter that.

15                (Exhibit I was marked for identification.)

16   BY MS. HEYSTEK:

17       Q.   And I'm going to show you -- just one

18   specific question.  Here we go.  I want to try to

19   get it all on one page, but there's an objection.

20            So for Interrogatory No. 1 we asked for

21   the number of participants and beneficiaries in the

22   Defendant's health plan who were sent a COBRA notice

23   during the class period as a result of the

24   qualifying event who did not elect continuation

25   coverage.

1          And the answer is right here at the bottom

2    we were told, "28,763 COBRA notices to plan

3    participants who did not elect COBRA went out

4    between December of 2017 to December of 2021.

5          Is that the high 20-number that you were

6    talking about?

7     A.    Yes, I believe it is.  Again, I don't know

8    that exact number off the top of my head.  So if

9    that's what we had provided...

10    Q.    Okay.  So am I right that Capital One can

11   identify who was given a notice, first of all,

12   during any date range; is that right?

13    A.    We would need the help of Health Equity to

14   produce that number.

15    Q.    Okay.  Capital One, together with its

16   resources of Health Equity, could determine how many

17   people received a COBRA election notice between any

18   date range, right?

19    A.    Yes.

20    Q.    And then Capital One with its resources

21   through Health Equity/Wage Works could determine out

22   of those individuals who elected COBRA and who did

23   not, right?

24    A.    Yes.

25    Q.    And Capital One together with its

Page 55

1    resources through Wage Works/Health Equity could

2    determine the last mailing address for those

3    individuals, right?

4         A.   Yes.

5         Q.   And I'm going show you what's been

6    premarked as Exhibit O, which is Defendant's

7    responses to our request for admission.

8              Are you familiar with this document?

9         A.   Yes.

10             MR. BLUMENFELD:  Hey, Amanda, when we get

11   to a good place, can we take a break?

12             MS. HEYSTEK:  Yeah, let me just ask one

13   question on this one.  I don't have a lot of questions on

14   this.

15   BY MS. HEYSTEK:

16        Q.   So for a No. 4 we asked the Defendant to

17   admit that the attached document, Exhibit A, which

18   was Susan Bacs's COBRA notice, all three pieces that

19   I've pointed out to you, B, C, and D, that we've

20   looked at already, that it was utilized by

21   Defendant -- that it was the form COBRA notice that

22   was utilized by Defendant during the relevant time

23   period.  And that was denied.

24             Can you tell me why that was denied?

25             MR. BLUMENFELD:  Objection.

Page 56

1      A.   I'm sorry.  Can you scroll up so I can the

2  request again?

3                 MS. HEYSTEK:  Absolutely.

4                 MR. BLUMENFELD:  Amanda, I'm not

5  instructing you not to -- I'm not instructing the witness

6  not to answer.  But I don't think this is one of the

7  topics.  And I know you've done that before, but I just

8  want to flag that.

9                 MS. HEYSTEK:  I'm just looking to know if

10  she knows why it wasn't the form notice.

11     A.   It seems to me that, that's probably

12  something like legal terms that I don't think I'm in

13  the best position to address.

14                 MS. HEYSTEK:  All right.  Let's enter

15  Exhibit O.  And if you want, let's take a five-minute

16  break, you said?

17                 MR. BLUMENFELD:  Sure.

18                 (Exhibit O was marked for identification.)

19                 (A brief recess was held.)

20  BY MS. HEYSTEK:

21     Q.   Ms. Miller, thank you for coming back.  I

22  have a couple questions before we move onto the next

23  topic.

24                 Just one, was Capital One ever notified of

25  any other changes to the COBRA notice regarding the

Page 57

1    personalized information that goes into it, such as

2    the coverage end date?

3                    MR. BLUMENFELD:   Objection.

4        A.   I don't know.

5    BY MS. HEYSTEK:

6        Q.   And of the 28,763 people that we looked at

7    a minute ago, can you tell me how many of those

8    received the COBRA election notice after that change

9    in February of 2020?

10       A.   No.

11       Q.   Can Capital One determine that number with

12   the help of Wage Works?

13       A.   Yes.

14       Q.   All right.   Moving onto Topic 6.   "The

15   content of the COBRA notices provided to

16   participants and beneficiaries in the health plan

17   during the applicable statute of limitations

18   period."

19                   That's -- we've already decided that the

20   four year relevant period is that December of 2017

21   to December of 2021.

22                   So during that period, aside from the

23   personalized change for the coverage end date in

24   February of 2022, would it be true that everyone got

25   the same form when it comes to that generic

Page 58

1    information in twelve pages that's not personalized?

2                    MR. BLUMENFELD:  Objection to form.  And,

3    Amanda, you said, "February of '22."

4                    MS. HEYSTEK:  I keep saying that, I don't

5    know why.  You know what, just when I say, "February," I

6    mean, "2020," that change in February.

7    BY MS. HEYSTEK:

8        Q.   So can you tell us, like for that relevant

9    period, December of 2017 to December of 2021,

10   everyone got that same generic piece of information,

11   that twelve pages that we looked at with Ms. Bacs

12   and Ms. Roubert; right?

13                   MR. BLUMENFELD:  Objection.

14       A.   Again, without comparing it's really hard

15   for me to say that they got the exact same piece of

16   information.

17   BY MS. HEYSTEK:

18       Q.   Okay.  Substantially similar?

19       A.   I don't know.

20       Q.   Were there any personalized pieces that

21   were placed into those twelve pages during that time

22   frame?

23       A.   I don't know.

24       Q.   So the only change that you're aware of as

25   we sit here today to the COBRA election notice form,

1    to the personalized information, is that change in

2    February of 2020 for the coverage end date; right?

3                    MR. BLUMENFELD:  Objection.

4         A.   When you say, "Personalized change," like

5    what --

6    BY MS. HEYSTEK:

7         Q.   The personalized information that we

8    looked at before.  I'm not trying to be funny with

9    the word.  The personalized information is her name,

10   her address, the date of the employment, the date of

11   the notice, the calculations for the election date.

12   That's the personalized information that gets

13   inserted into the template form by Wage Works;

14   correct?

15                   MR. BLUMENFELD:  Objection.

16        A.   Yeah, I don't know that there were any

17   changes or additions of personalized information

18   during that time frame or not.

19   BY MS. HEYSTEK:

20        Q.   Okay.  Well, you do know of one change,

21   you told me about it, February 2020; right?

22        A.   Right.

23        Q.   Okay.  Did you know of any other changes

24   to the personalized information that gets inserted

25   into the COBRA election notice during that time

Page 60

1    period?

2         A.   No, I'm not aware of any.

3         Q.   Okay.  All right.  Let me share my screen

4    again.  And I'm going to show you what's been

5    premarked as Exhibit L.  And this is an order from a

6    previous case of ours, Valdivieso v.

7    Cushman&Wakefield.

8              Have you ever seen this document before?

9         A.   I don't think so.

10        Q.   I am going to scroll down to Page 3 of

11   this order where it states that, "Although the

12   18-month language satisfies the requirement that an

13   employer include an explanation of the maximum

14   period for which continuation coverage will be

15   available, the regulation's inclusion of the phrase

16   termination date suggest that the employer must

17   identify the day on which coverage ends."

18             Do you see that sentence there?

19                  MR. BLUMENFELD:  Objection.

20        A.   Yes.

21   BY MS. HEYSTEK:

22        Q.   All right.  And you've never been made

23   aware of this order prior to today?

24                  MR. BLUMENFELD:  Objection.

25        A.   I'm not familiar with this.

Page 61

1   BY MS. HEYSTEK:

2       Q.   Has Capital One known that there were

3   lawsuits regarding COBRA notices that did not

4   include the coverage end date?

5              MR. BLUMENFELD:  Objection.

6       A.   I don't know.

7              MS. HEYSTEK:  Let's Enter Exhibit L.

8              (Exhibit L was marked for identification.)

9   BY MS. HEYSTEK:

10      Q.   And now I'm going to show you what's been

11  premarked as Exhibit S.  And this is the DOL Model,

12  Department of Labor's Model COBRA Continuing

13  Coverage Election Notice.

14             Do you see that?

15             MR. BLUMENFELD:  Amanda, before you go into

16  that.  The first page of that document, I think, said that

17  it was "Exhibit A."

18             MS. HEYSTEK:  That was Exhibit A to the

19  original complaint before it was amended.

20             MR. BLUMENFELD:  Okay.  This is Exhibit S

21  for the deposition, but the first page of it is

22  "Exhibit A" that was attached to the original complaint in

23  this case?

24             MS. HEYSTEK:  Yes, you can see right here

25  at the top of Page 2, it has a case number and the

Page 62

1    Document 1-1 Filed December 7th of December 2021.

2              MR. BLUMENFELD:  Got it.

3    BY MS. HEYSTEK:

4         Q.   Do you see that, Ms. Miller?

5         A.   Yes.

6         Q.   Okay.  So this "Model COBRA Continuation

7    Coverage Election Notice," have you seen this

8    document before today?

9         A.   You're -- this document or the model

10   election notice?

11        Q.   Have you seen the model election notice

12   before today?

13        A.   Yes.

14        Q.   Okay.  And have you seen this document

15   before today?

16        A.   This document?  This page up in front of

17   me or --

18        Q.   Yes.

19        A.   This exhibit?

20        Q.   Yes.

21             MR. BLUMENFELD:  I think she was asking an

22   either/or question.

23        A.   Yes.

24   BY MS. HEYSTEK:

25        Q.   This document that I have on my screen,

Page 63

1  have you seen it before today?

2              MR. BLUMENFELD:  Meaning, Julie, have you

3  seen what was attached to the complaint in this case as

4  Exhibit A when the complaint was filed.

5              MS. HEYSTEK:  I'll rephrase if I need to,

6  but thanks.

7  BY MS. HEYSTEK:

8      Q.   Have you seen this document before today,

9  Ms. Miller?

10     A.   I have not.  I haven't seen the exhibit

11  submitted.

12     Q.   Okay.  You did read the amended complaint,

13  though, right?

14     A.   I have read the interrogatories and our

15  responses and our objections.  I don't think I had

16  seen the amended complaint.

17     Q.   Okay.  All right.  But you're familiar

18  with Department of Labor's Model Notice for COBRA

19  Election, right?

20              MR. BLUMENFELD:  Objection.

21  BY MS. HEYSTEK:

22     Q.   You're the HR director, are you not?

23     A.   Yes.

24     Q.   And part of your job involves being

25  familiar with COBRA; correct?

Page 64

1       A.    Yes.

2       Q.    And being familiar with COBRA requires you

3   to be familiar with Department of Labor's Model

4   Notice for COBRA Election; correct?

5                 MR. BLUMENFELD:   Objection.

6       A.    Can you rephrase the question or restate

7   the question.

8   BY MS. HEYSTEK:

9       Q.    Part of your job of being familiar with

10  COBRA requires you to be familiar with the

11  Department of Labor's Model Notice for COBRA

12  Election?

13                MR. BLUMENFELD:   Objection.

14      A.    I think part of my job is to be familiar

15  with the applicable, you know, environment and some

16  of that would include some of what is required and

17  that would include the model notice.

18  BY MS. HEYSTEK:

19      Q.    Excellent.   Okay.

20            So here on Page 2 of this model notice, do

21  you see this part where it says, "If elected COBRA

22  continuation coverage will begin on," and then it

23  has brackets and says, "Enter date," in italics.

24  And then it says, "And can last until," and then it

25  has brackets and then italics that says, "Enter

Page 65

1   date."

2            Do you see that?

3       A.   I do.

4       Q.   Okay.  So would you agree with me that the

5   DOL model notice for COBRA election includes the

6   actual calculated date for when COBRA coverage would

7   end?

8                 MR. BLUMENFELD:  Objection.

9       A.   I see the sentence on the screen.  But my

10  understanding is that the model notice is more of a

11  suggested notice, it's not something that you would

12  take necessarily word for word as long as you have

13  the relevant points represented in the notice that's

14  provided.

15  BY MS. HEYSTEK:

16      Q.   Okay.  And you would agree with me that

17  that order that we just looked at in

18  Exhibit L directly contradicts what you just said,

19  because it says you should --

20                MR. BLUMENFELD:  Objection, calls for a

21  legal conclusion.  Outside the scope of the 30(b)(6)

22  notice and inappropriate for a lot of other ways as well.

23  BY MS. HEYSTEK:

24      Q.   Do you want to read the order again,

25  Ms. Miller?

Page 66

1                    MR. BLUMENFELD:  Amanda, it is

2    inappropriate to ask a witness about a ruling on a

3    Rule 12(b)(6) motion and what the implications are.  This

4    is a fact deposition of a fact witness.  It is completely

5    inappropriate to show a court order and then make

6    suggestions about what that means and how it is contrary

7    to what the witness has testified.

8                    If you want to ask the witness

9    questions, go ahead.  But I would not ask the

10   witness to interpret what court opinions say or mean

11   or the implications.

12                   MS. HEYSTEK:  Thanks for your speaking

13   objection.  You can refrain from that.

14   BY MS. HEYSTEK:

15       Q.   Ms. Miller, would you agree with me that

16   the COBRA election notice that Capital One sent to

17   Ms. Bacs and Ms. Roubert did not include the

18   coverage end date?

19                   MR. BLUMENFELD:  Objection.

20       A.   The notice that was provided to both of

21   them instructed them that the coverage could --

22   would generally last 18 months, but there would be

23   circumstances where it could be shorter or longer.

24   And we also included the effective date of the

25   coverage, so that they were able to understand what

Page 67

1    that end date would be.  And, again, if there were

2    extenuating circumstances it could be shorter or

3    longer.

4        Q.   And this part right here, in the DOL model

5    notice, where it says, "And can last until," and

6    then it has the brackets and then it says, "Enter

7    date."  That is not written on the notice for

8    Ms. Bacs; correct?

9        A.   My understanding is, is it's not required

10   to have been written.  This is part of the model

11   notice which are suggestions, so we did disclose the

12   18 months.

13            But to answer your question, there is not

14   a specific end date that I have seen on the notices

15   that were provided to them.

16       Q.   To Ms. Bacs or Ms. Roubert; correct?

17            I just want to be clear when, you said,

18   "Them," you meant Ms. Bacs and Ms. Roubert; correct?

19       A.   Correct.

20       Q.   Okay.  Do you know if that was provided to

21   any other plan participant of the 28,763 people that

22   received the COBRA election notice during the

23   relevant period?

24            MR. BLUMENFELD:  Objection -- sorry, what

25   was provided to any of the other 28,000-some-participants?

Page 68

1              MS. HEYSTEK:  The very thing that we just

2      talked about.  Madam court reporter, could you repeat the

3      question to them.

4              (A brief discussion was held off the

5      record.)

6              MS. HEYSTEK:  I'll restate the question.

7      BY MS. HEYSTEK:

8         Q.   Out of the 28,763 people that received a

9      COBRA election notice during the relevant period as

10     defined by your counsel for today, how many of them

11     had the date calculated for their coverage end date

12     included in their notice?

13             MR. BLUMENFELD:  Objection, asked and

14     answered.

15        A.   Yeah, I thought we had covered that a

16     little while ago where I said that I didn't know.

17     BY MS. HEYSTEK:

18        Q.   How about this, prior to February of 2020,

19     the COBRA election notices that were sent by

20     Wage Works on behalf of Capital One also omitted the

21     COBRA coverage end date, just as it did in

22     Ms. Bacs's and Ms. Roubert's notice, right?

23             MR. BLUMENFELD:  Objection.

24        A.   Again, it included the 18-month duration

25     of the coverage.  And, again, it could be shorter or

Page 69

1    longer, but the specific date, no, was likely not

2    there.  I hadn't read all of those, so I haven't

3    seen those specific notices.

4    BY MS. HEYSTEK:

5        Q.   Would you agree with me that you probably

6    wouldn't need to change it if it was in there?

7                 MR. BLUMENFELD:  Objection.

8        A.   I'm sorry.  I don't understand.  Can you

9    restate that?

10   BY MS. HEYSTEK:

11       Q.   Sure.  The change speaks for itself.  The

12   change was made to include it because it wasn't

13   included before; correct?

14                 MR. BLUMENFELD:  Objection.

15       A.   I don't know why the change was made.

16   BY MS. HEYSTEK:

17       Q.   Topic 7 is, "The process Defendant

18   utilized to send COBRA notices out to participants

19   and beneficiaries in Defendant's Health Plan during

20   the applicable statute of limitations."

21                 Your counsel has defined the relevant

22   period as that December 2017 to December of 2021.

23   We already kind of talked about Wage Works and

24   Health Equity and their process.  Tell me a little

25   bit, if at all, what role does Anthem play in that?

```
 1                    MR. BLUMENFELD:  Objection.
 2        A.   When you say, "The process of getting the
 3   notices out," are you referring back to the
 4   conversation we had earlier that about how the data
 5   feeds and then --
 6                    MS. HEYSTEK:  Yes.
 7        A.   So, again, in that process the data is
 8   going direct to Health Equity, but the Health Equity
 9   is a subcontractor of Anthem.
10   BY MS. HEYSTEK:
11        Q.   Okay.  Does Anthem or any of its people
12   touch the data or does the data go from Capital One
13   to Health Equity?
14        A.   So once it gets to Health Equity, I don't
15   know if Anthem's resources are accessing or looking
16   at that, I don't know.
17        Q.   Do you know if Anthem plays any role in
18   developing or making changes to the COBRA election
19   notice?
20        A.   I don't know.
21        Q.   Have you ever been involved in any
22   meetings where Anthem's been there and you were
23   discussing changes to the COBRA notice?
24        A.   I have not.
25        Q.   Have you been involved in any emails, that
```

Page 71

1    you can recall, where a discussion was being had

2    between Anthem and Wage Works about changes to the

3    COBRA notices?

4         A.    I don't know off the top of my head.

5         Q.    And during the period that we talked

6    about, December 2017 to December of 2021, I think

7    you told me earlier that the processes stayed the

8    same, nothing has changed, right, other than that

9    period where April 2022, but that's outside our

10   relevant period, right?

11        A.    Right.

12        Q.    Okay.  Is there any formalized process

13   that Capital One has taken to review the COBRA

14   election notices?

15             MR. BLUMENFELD:  Objection.

16        A.    I don't know.

17   BY MS. HEYSTEK:

18        Q.    Aside from just random emails and

19   discussion about it, there's no formal -- let me

20   give you an example.  Maintenance for a vehicle, it

21   has a maintenance schedule, right?  You change your

22   oil every three months, every so many miles or what

23   have you.  Is there any formal process that Capital

24   One uses to review its COBRA election notices for

25   compliance?

Page 72

1                     MR. BLUMENFELD:  Objection.

2        A.   I don't know.

3   BY MS. HEYSTEK:

4        Q.   Is it all pretty much ad hoc?

5                     MR. BLUMENFELD:  Objection.

6        A.   I don't know.

7                     MS. HEYSTEK:  If I didn't enter S, let's

8   enter Exhibit S, mark that.

9             (Exhibit S was marked for identification.)

10  BY MS. HEYSTEK:

11       Q.   Let me start with next -- I am showing you

12  now what's been premarked as Exhibit P.  This is the

13  "Confidential:  Health and Welfare Plan Process and

14  Controls Overview Narrative Document."

15            (Exhibit P was marked for identification.)

16  BY MS. HEYSTEK:

17       Q.   Are you familiar with this?

18       A.   Yes.

19       Q.   Okay.  And what does this document do?

20       A.   It's a high-level overview of the health

21  and welfare processes and services.

22       Q.   Okay.  Topic 8, was, "The COBRA notice

23  forms utilized by the Defendant during the

24  applicable statute of limitations period."

25            Your counsel has defined it as the

Page 73

1    relevant period that we've discussed before.  And

2    counsel says that this is duplicative of Topic 6, I

3    don't think it is, but --

4                    MR. BLUMENFELD:  Amanda, in Subject 8,

5    that's the one you were just reading from; correct?

6                    MS. HEYSTEK:  Yeah.

7                    MR. BLUMENFELD:  Yeah, it -- you guys are

8    the ones who said, "During the applicable statute of

9    limitations period (four years preceding the filing of the

10   complaint through the present.)"

11                   MS. HEYSTEK:  Yeah, we're not arguing with

12   you about the days.  We said it that way, you said

13   December 2017 to December of 2021, which is four years,

14   so...

15                   MR. BLUMENFELD:  Okay.

16                   MS. HEYSTEK:  We're in agreement on that.

17                   MR. BLUMENFELD:  Okay.  I was responding,

18   because you keep saying to the witness that we're the ones

19   who defined it that way.  And I think you guys defined it

20   the same way in response to that one and some of the

21   others.

22                   MS. HEYSTEK:  Yeah, I was just referencing

23   in Exhibit R, which is your response and objections to the

24   notice, you just defined it by dates.  We just define it

25   as four years prior to the date that the complaint was

Page 74

1  filed.  You specified the dates.  We're in agreement on

2  what that is.

3                    MR. BLUMENFELD:  Okay.

4  BY MS. HEYSTEK:

5      Q.   So for Topic No. 8, your counsel also says

6  that it's duplicative of Topic No. 6.  I kind of

7  don't think it is, but -- I want to know if Capital

8  One was aware of any prior litigation involving

9  COBRA notices used by Wage Works?

10     A.   Not that I'm aware of.

11                   MR. BLUMENFELD:  Objection.

12 BY MS. HEYSTEK:

13     Q.   And so we've kind of gone around this

14 several different ways.  You've told me that you

15 don't know all the changes that were made to the

16 COBRA notice.  But outside of the personalized

17 information, the only change you can tell me today

18 as we sit here is the change about that coverage end

19 date being added to it in February of 2020, right?

20                   MR. BLUMENFELD:  Objection.

21     A.   I know that, as I stated earlier, there

22 are some changes that were a result of ARPA.  And

23 I'm also aware that there had been over the years

24 other changes, you know, grammatical things like

25 that.

Page 75

1   BY MS. HEYSTEK:

2       Q.   When you say, "Things like that," what do

3   you mean, like sort of non-substantive changes, just

4   formatting?

5              MR. BLUMENFELD:   Objection.

6       A.   You know, again, I don't know all of the

7   changes that were made.   I know a handful of --

8   those examples that I just provided, are the ones

9   that I'm aware of.

10  BY MS. HEYSTEK:

11      Q.   Ms. Miller, would you agree with me that

12  the COBRA notices we've looked at for Ms. Bacs and

13  Ms. Roubert contain, what I would call sort of two

14  sets of information, one is personalized information

15  to them, including their dates of employment, date

16  of termination, election deadline date, those types

17  of personalized computations.

18              And then the other piece of information

19  spread across those notices is the legal notice, so

20  to speak, of what COBRA is and the generic

21  information that's not personalized to them, right?

22      A.    I mean, I view this all as one -- you

23  know, as one election notice that is mailed to them.

24  And so there is a lot of information that's

25  available to them in these -- into the participant

Page 76

1    in the notices.

2         Q.   I'm not -- I agree with you.  There's a

3    lot there.

4              What I'm saying is, there's pieces that

5    are inserted -- say you have a template.  And the

6    template's going to be used for 28,000 people.  But

7    in that template you have to address it to those

8    people, so you're going to include personalized

9    information, such as their address, their specific

10   date of termination, their election date.  That's

11   the personalized information, right?  Do you

12   understand what I'm saying there?

13        A.   Yes.

14              MR. BLUMENFELD:  Objection.

15   BY MS. HEYSTEK:

16        Q.   Okay.  And then the other information is

17   the information that's not personalized to them, the

18   statement of what COBRA is, the generally 18-months

19   long information, right?  Do you understand what I'm

20   saying there?

21        A.   I do.  I guess I -- I understand what

22   you're saying around -- you know, I guess, again, I

23   just view this all as one notice, that all of the

24   information is relevant to the recipient and should

25   be taken as such.

1      Q.   Sure.  No argument there.  All relevant.

2   I just want to be able to talk about this with you

3   in a way that you and I can have the same lingo and

4   understanding about what information I'm speaking to

5   when I ask you questions.

6           So do you understand me when I say,

7   "Personalized information," has to do with the

8   individual participant, their date of employment,

9   their election deadline, that information that gets

10  computed, be specifically on that.  Do you

11  understand that?

12     A.   Yes.

13     Q.   Okay.  And if say, "The non-personalized

14  information," do you understand that I'm referring

15  all the information that is not personal to them,

16  their address, their date of termination, et cetera,

17  that goes to everyone who receives that notice in

18  that batch.  Do you understand that?

19     A.   Yes.

20     Q.   Okay.  And I think we talked -- I just

21  want to make sure I'm crystal clear on this.

22          The changes to the personalized

23  information, the only change you can tell me about

24  is the one, February of 2020, when the coverage end

25  date was added, right?

Page 78

1        A.    Yes.

2        Q.    And then for the non-personalized

3    information you're telling me there might have been

4    some changes regarding ARPA or some grammatical

5    changes, right?

6                    MR. BLUMENFELD:   Objection.

7        A.    That's what I had stated earlier.

8    BY MS. HEYSTEK:

9        Q.    Okay.   I just wanted to make sure I was

10   very clear in my head of what you were saying.

11                (A brief discussion was held off the

12   record.)

13   BY MS. HEYSTEK:

14       Q.    Okay.   Let's move onto Topic 9.   "All

15   written correspondence sent by Defendant, or on

16   Defendant's behalf, to Plaintiffs regarding

17   continuation of health insurance coverage following

18   Plaintiff's experienced a qualifying event."

19                In regards to that, we've already looked

20   at what I marked as three pieces, Exhibit B, C and

21   D, that was all one notice you said, sent to

22   Ms. Bacs.   Was there any other communication that

23   Defendant sent to her regarding her COBRA?

24       A.    To Ms. Bacs?

25       Q.    Yes.

1     A.   Yes.   In addition to the COBRA election

2  notice that she had received, Ms. Bacs also received

3  a final -- an email to her personal email address

4  with final pay and benefits information that

5  included the contact number to Anthem for COBRA, and

6  also informed her -- we'd have to look at it again,

7  but it should have also informed her when her

8  benefits would cease.   And that was sent to her on

9  the day of her termination.

10     Q.   Okay --

11     A.   And she also -- I'm sorry?

12     Q.   No.   I didn't mean to cut you off.   Go

13  ahead.

14     A.   She also received a letter that, I

15  believe -- again, I don't know the date off the top

16  of my head.   But I believe it was mailed early

17  December from Life Works that would have informed

18  her upon her termination providing some information

19  about what to do with various benefits and that she

20  should be expecting her COBRA election notice in the

21  mail in, I think, about one to two weeks following

22  her termination.

23     Q.   Okay.   Just to be clear, though, the

24  information that you got from Life Works was not

25  meant to be the actual COBRA notice though, right?

Page 80

1      A.   It was not meant to be the actual COBRA

2    notice, no.

3      Q.   Okay.  And the personal email that was

4    sent to her on her day of the termination, that was

5    also not supposed to be the COBRA notice, right?

6      A.   No.  That was just information upon her

7    involuntary termination that was provided so that

8    she had resources, contact numbers and information

9    available to her.

10      Q.   Okay.  One other thing, I think I forgot

11   to ask at the beginning.  Is there any argument by

12   Capital One that Ms. Bacs was not eligible for COBRA

13   because of gross misconduct?

14                MR. BLUMENFELD:  Objection.

15                MS. HEYSTEK:  And I'll rephrase it.

16   BY MS. HEYSTEK:

17      Q.   Do you have any facts to believe that

18   Ms. Bacs was ineligible for COBRA based on gross

19   misconduct?

20                MR. BLUMENFELD:  Objection.

21      A.   So our general practice is that we're not

22   actually looking at the reason for termination in

23   making a determination of whether somebody is

24   eligible for COBRA.  We're offering it to everyone.

25   BY MS. HEYSTEK:

Page 81

1      Q.    As you sit here today, do you have any

2   facts to say that she was ineligible due to gross

3   misconduct?

4                  MR. BLUMENFELD:  Objection.

5      A.    I don't know that I'm the best person to

6   interpret gross misconduct.  But what I can tell you

7   is that Ms. Bacs was terminated involuntarily as a

8   result of a violation of company policy.

9   BY MS. HEYSTEK:

10     Q.    Maybe you're not the best person.  Who is?

11     A.    I don't know.

12     Q.    But nonetheless, Capital One sent her

13  COBRA information allowing her to elect COBRA,

14  right?

15     A.    Correct.

16     Q.    How about Ms. Roubert?  I think she

17  resigned, but just for sake of consistency, is there

18  any fact that you know of that would say she was

19  ineligible for COBRA based on gross misconduct?

20                  MR. BLUMENFELD:  Objection.

21     A.    I understand that she voluntarily

22  resigned.

23  BY MS. HEYSTEK:

24     Q.    So is that a "no"?

25     A.    So, again, I don't think I'm the best

Page 82

1    person to interpret what constitutes gross

2    misconduct and we're offering --

3         Q.    When are you --

4         A.    -- offering COBRA to anybody who was a

5    plan participant in our benefits plan and who is

6    terminating as a general practice.

7         Q.    Okay.  When I say, "Gross misconduct," I

8    meant as defined by COBRA.

9                   MR. BLUMENFELD:  Objection, calls for a

10   legal conclusion.

11   BY MS. HEYSTEK:

12        Q.    Is that what you meant by, "Gross

13   misconduct"?

14                  MR. BLUMENFELD:  Objection.

15        A.    So I'm responding to, "Gross misconduct,"

16   in the way that you did.  And, again, I'm not the

17   best person to interpret that.

18   BY MS. HEYSTEK:

19        Q.    When does Capital One make a determination

20   if gross misconduct makes somebody ineligible for

21   COBRA?

22                  MR. BLUMENFELD:  Objection.

23        A.    Can you -- can you restate the question

24   I'm not sure I'm really following.

25   BY MS. HEYSTEK:

Page 83

1      Q.   Sure.  When in the process does

2 Capital One make a determination that somebody was

3 ineligible for COBRA based on gross misconduct?

4           MR. BLUMENFELD:  Objection.

5      A.   So our general practices, we're offering

6 COBRA to everybody who is terminating.

7      Q.   Okay.  Topic 10.  "Any and all facts

8 supporting any good-faith defense raised by

9 Defendant as it relates to COBRA notice compliance."

10          Do you have any facts to tell us about for

11 any good-faith reason that COBRA thinks it's notice

12 was compliant?

13          MR. BLUMENFELD:  Objection.

14     A.   I mean, what -- so like I shared earlier,

15 we are in conversation with Anthem and Health Equity

16 about general practices and administering COBRA.

17 And we also have some internal processes where we

18 are auditing actually that the COBRA notices are

19 mailed and that they are sent within the required

20 period of time.

21          You know, we certainly view Anthem and

22 Health Equity as industry experts in their field.

23 They are big players.  And we have master services

24 agreements with Anthem, of course, to cover the

25 services in question and, you know, my understanding

1   is that also details, you know, their obligations to

2   apply with applicable laws send the notices out

3   within the required time frame, et cetera.

4   BY MS. HEYSTEK:

5        Q.   Okay.  Let me dive down to just one thing

6   here.  You said you have internal processes where

7   you're auditing the COBRA notices to make sure that

8   they're mailed and timely; is that what you said?

9        A.   Yes.

10       Q.   Okay.  Do you have any internal processes

11  where you're auditing the COBRA notices to ensure

12  compliance with the content?

13            MR. BLUMENFELD:   Objection.

14       A.   Yeah, I think we covered this earlier.  I

15  don't know.

16  BY MS. HEYSTEK:

17       Q.   Well, what are your internal processes for

18  auditing to make sure that they're mailed and

19  timely?

20       A.   On a monthly basis we do get a sample

21  of -- we're looking at a sample of the notifications

22  that are mailed to make sure that they were sent

23  out -- and not only just that they were sent out,

24  that they were sent within the required time frames.

25       Q.   Do you have -- well, out of that monthly

1   sample that you look at, do you look at the content

2   to see if the content is compliant with COBRA?

3        A.   I don't know.

4        Q.   Do you have any other internal processes

5   where you audit, specifically for the content in its

6   compliance with COBRA?

7        A.   I don't know.

8        Q.   And when you're having these regular

9   conversation with Wage Works and Health Equity, have

10  they brought up any of the prior lawsuits?

11                  MR. BLUMENFELD:   Objection.

12       A.   I don't know.

13  BY MS. HEYSTEK:

14       Q.   Do you attend conferences just to keep up

15  with your job, the industry, that kind of thing?

16       A.   I have not.  And we are still on travel

17  restriction at Capital One because of COVID.

18       Q.   Sorry for that.  Good idea, though.

19            Do you attend any of these by Zoom,

20  remote?

21       A.   From time to time potentially, it would

22  depend on the topic and my schedule.

23       Q.   Prior to COVID would you attend

24  conferences to keep up with changes in the industry?

25       A.   From time to time, potentially, yes.

Page 86

1        Q.    And prior to COVID at any of those

2   conferences were there discussions about COBRA

3   notice lawsuits?

4        A.    So, personally, I have not gone to any

5   conferences for benefits.  I actually -- although

6   I've been a human resources director since 2014, I

7   came into my benefits role in 2019 and -- actually,

8   February or March of 2019, I guess it was.

9        Q.    Any conferences that ever discussed

10  lawsuits about COBRA notices?

11       A.    As I shared, I have not attended any

12  benefits conferences that talked about COBRA in my

13  tenure.

14       Q.    Have you received any training regarding

15  COBRA election notices and -- that discussed

16  lawsuits?

17            MR. BLUMENFELD:  Objection.

18       A.    I'm not aware of any lawsuits related to

19  COBRA.  I did not receive any training that included

20  anything about lawsuits with regard to COBRA.

21  BY MS. HEYSTEK:

22       Q.    So is it your testimony today that the

23  first you ever heard about a lawsuit involving COBRA

24  election notices was when Capital One was sued by us

25  on behalf of Ms. Bacs and Ms. Roubert?

Page 87

1           MR. BLUMENFELD:  Objection.

2      A.   That is when I became aware, yes.

3  BY MS. HEYSTEK:

4      Q.   Okay.  Topic 11, "Any communications,

5  including emails exchanged between Plaintiffs and

6  Defendant in relation to Plaintiffs' insurance

7  coverage before and after Plaintiffs' qualifying

8  event."

9           I think you've already given me this

10  information.  Aside from that testimony provided to

11  me about the emails that went to Ms. Bacs, was there

12  any other communication?

13      A.   Communication with -- I'm sorry?  Can you

14  restate?  I'm having trouble, I didn't hear the last

15  part.

16      Q.   Yeah, let's just take each Plaintiff

17  individually.  I think you already told me that

18  there were some communication with Ms. Bacs about

19  the emails and the Life Works, right?  Was there

20  anything else that we didn't cover?

21           MR. BLUMENFELD:  Objection.

22      A.   I don't know.

23  BY MS. HEYSTEK:

24      Q.   Okay.  How about with regard those

25  Ms. Roubert?  Was there any communications with

Page 88

1   Ms. Roubert in relation to her insurance coverage

2   before or after she was terminated?

3          A.   Actually -- I apologize.  Can we go back,

4   because there is another communication that I'm

5   aware of with Ms. Bacs.  I just recalled it as you

6   were having that conversation.

7               I am aware of a phone call that Ms. Bacs

8   made into -- I think it must have started with

9   Anthem.  And she was ultimately transferred over to

10  the benefits center, which were outsourcing, or Life

11  Works as I shared, at the time in which she was

12  actually asking some questions about COBRA

13  continuation.  And I believe that you had been

14  provided a copy of that phone call and that was in

15  early December.

16         Q.   Okay.  How about Ms. Roubert?

17         A.   No.  There isn't anything that I'm aware

18  of.

19         Q.   And you would agree with me that neither

20  Ms. Bacs nor Ms. Roubert elected COBRA coverage,

21  right?

22         A.   That is my understanding, that's correct.

23         Q.   Topic 12 is, "Defendant's procedures for

24  issuing a COBRA notice after a qualifying event,"

25  during the period that we've already described.  I

Page 89

1   think you've already explained that process.

2              When you were -- you became the benefits

3   person in 2019 right?  Is that a yes?

4        A.   Yes.  Sorry.

5        Q.   That's all right.  We're two hours into

6   it.  I understand.

7              When you became the benefit person was

8   there already a COBRA election notice that was being

9   used by Wage Works?

10       A.   Yes.

11       Q.   Okay.  You didn't have to develop one from

12  scratch in 2019, right?

13       A.   No.

14       Q.   Who was in your role prior to you taking

15  that position?

16       A.   There were actually -- there wasn't really

17  anybody in my role.  I think there was some just

18  organizational changes and my leader had had a

19  director over this operations team created to help

20  oversee.

21       Q.   So before you, who was responsible for

22  COBRA election notices?

23              MR. BLUMENFELD:  Objection.

24       A.   It would have been the benefits operations

25  team.  I wouldn't be able to tell you specifically

Page 90

1   who necessarily.

2   BY MS. HEYSTEK:

3       Q.   All right.  I think you told me earlier

4   that you rely on Wage Works because I think you said

5   they were big in this industry, right?

6                MR. BLUMENFELD:  Objection.

7   BY MS. HEYSTEK:

8       Q.   Something to that effect?

9       A.   I don't remember my exact words.  But I

10  think it was something along, you know, "Anthem and

11  Health Equity are our industry leaders in this

12  space."

13      Q.   So in talking about the relationship

14  between Capital One, Anthem, and Wage Works -- I

15  just want to make sure, that I'm clear, I'm not

16  testing your memory here.  I want to make sure I'm

17  clear on what documents define who's responsible for

18  what, and that would be that master services

19  agreement, right, and the controls, I think it

20  was -- am I right on those two things?

21      A.   I mean, the roles and responsibilities

22  between Capital One and Anthem and their

23  subcontractors would be defined in the master

24  services agreement and the associated amendments

25  with them for statements at work.

Page 91

1      Q.   All right.   Are there any other types of

2  documents that dictate that relationship?

3                  MR. BLUMENFELD:   Objection.

4      A.   Not that I'm aware of.

5  BY MS. HEYSTEK:

6      Q.   Topic 13, "The training and qualifications

7  of Defendant's employees with respect to COBRA and

8  continuation of health coverage rights."

9           In terms of your team that you told me

10 about earlier, what is the training that you all

11 undertake to in respect to COBRA?

12     A.   So, generally -- and I think we had talked

13 about Alisa on my team, she's a tenured member of

14 the team, has been on the team for about eight

15 years.   So she has a lot of on-the-job training,

16 just familiarity in that process as a process lead.

17 From time-to-time we may have conversations with,

18 again, Health Equity and Anthem about what might be

19 going on with the services, the process, any best

20 practices there.

21           And then also we may from time to time

22 work with our legal team to ask questions or have

23 resources.   And then we have some internal

24 documentation, the process narrative that you had --

25 I think that's what it was called -- that you had

Page 92

1    shared is a resource certainly that the team has

2    available as are some of our standard operating

3    procedure, or SOPs as we call them internally, that

4    document various practices and audits, like the one

5    I described, around auditing the fact that the

6    letters were sent and then the timeliness of those.

7              And so, you know, part of Alisa's role

8    would be to continue to look at that process and

9    make recommendations for improvement and

10   enhancements.

11        Q.   Again, you mention best practices in your

12   discussions with Wage Works.  Did Wage Works ever

13   tell Capital One that best practices is to include

14   the coverage end date for COBRA?

15              MR. BLUMENFELD:   Objection.

16        A.   I don't know.

17   BY MS. HEYSTEK:

18        Q.   Okay, No. 14 is, "All lawsuits, charges,

19   or complaints brought against Defendant within the

20   past five years for violations of the COBRA

21   statute."  And I think your counsel narrowed that to

22   you had responded to whether or not it had to do

23   with Defendant not including the coverage

24   termination date.

25              Are there any lawsuits that you're aware

Page 93

1   of?

2       A.   No, there aren't any.

3       Q.   No. 15, "Any factual contention by

4   Defendant that Plaintiffs are not a proper class

5   representative."

6            Let's take Ms. Bacs first, is there any

7   reason that you know of factually to say that she is

8   not a proper class representative?

9            MR. BLUMENFELD:  Objection.  And, Amanda,

10  as you noted with the prior questions, we objected and

11  indicated that we're not offering any witness as a

12  30(b)(6) deponents with respect to subject of whether

13  Plaintiffs are appropriate class representatives.

14           I'm happy to get into further

15  discussion with you about that.  And if you want to

16  ask Ms. Miller questions about it, you can.  But

17  understand she's not a 30(b)(6) deponent on these

18  topics.

19           MS. HEYSTEK:  That's fine.  I understand

20  your objection.  We'd like to leave the deposition open

21  then so that we can come back to this topic.

22  BY MS. HEYSTEK:

23      Q.   As we sit here today, Ms. Miller, prior to

24  your counsel deposing the Plaintiffs, are there any

25  facts that you know of as you sit here today that

Page 94

1    would make them not proper class plaintiffs -- or --

2                    MR. BLUMENFELD:  Objection.

3                    THE COURT REPORTER:  I'm sorry.  I didn't

4    hear the end of the question.

5                    MS. HEYSTEK:  Yeah.

6    BY MS. HEYSTEK:

7        Q.   Are there any facts as you sit here today

8    prior to your counsel's deposition of the Plaintiffs

9    to state that either of them are not a proper class

10   representative?

11                   MR. BLUMENFELD:  Objection.

12       A.   I really don't understand the terminology

13   of "class representative," so I can't really speak

14   on that matter.

15   BY MS. HEYSTEK:

16       Q.   All right.  Let me just ask you some

17   specific questions.  Both Ms. Bacs and Ms. Roubert

18   received the same COBRA election notice that omitted

19   termination date of their COBRA coverage; agree with

20   me on that?

21                   MR. BLUMENFELD:  Objection.

22       A.   As we discussed earlier, the notices that

23   they both received describe the duration of their

24   COBRA coverage, which could be shorter or longer

25   based on their specific circumstances.  It did not

Page 95

1   include a specific date, but it did describe the

2   duration.

3   BY MS. HEYSTEK:

4       Q.   But neither of them included the specific

5   date of the COBRA end period, right?

6       A.   The --

7       Q.   The coverage end was omitted from both of

8   them, right?

9               MR. BLUMENFELD:  Objection.

10      A.   I wouldn't say that it was omitted.  I

11  would say that it wasn't part of the letter, because

12  we included the duration of the coverage.

13  BY MS. HEYSTEK:

14      Q.   Okay.  No. 16, "Any factual contention by

15  Defendant that Plaintiffs cannot satisfy Rule 23's

16  requirements for class certification."

17              Your counsel has the same objection, that

18  you're not going to be here to provide this

19  information until it deposes Plaintiff.

20              So, again, we'd like to leave the

21  deposition open to come back to this topic.

22              MR. BLUMENFELD:  Amanda, without getting

23  into a debate about whether it's appropriate to leave it

24  open or not, I want to be clear that our objection was not

25  that we were not offering a witness until we depose the

Page 96

1    Plaintiffs.  We're not offering a witness on this subject.

2    And we're making clear to you, we are going to depose the

3    Plaintiffs and then depending on those depositions we'll

4    make whatever arguments we think appropriate.

5              MS. HEYSTEK:  Okay.  And we would like to

6    leave this deposition open to ask the corporate

7    representative about those arguments and about the facts

8    that support those arguments.

9    BY MS. HEYSTEK:

10        Q.   So just as we sit here today, I think -- I

11   think you've already actually answered most of my

12   questions on this.

13             Everybody from December of 2017 to

14   February of 2020 received a COBRA notice that did

15   not include the COBRA coverage end date similar to

16   what was received by Ms. Bacs and Ms. Roubert;

17   correct?

18             MR. BLUMENFELD:  Objection.

19        A.   As discussed, the notices included the

20   duration of the coverage but did not have a date

21   specific to the individual.

22   BY MS. HEYSTEK:

23        Q.   And No. 17, "What efforts, if any,

24   Defendant undertook to ensure its notice of

25   continuation coverage written in a manner calculated

Page 97

```
 1    to be understood by the average plan participant."

 2             I think your counsel told us that you

 3    would be prepared to answer questions about

 4    Capital One's COBRA compliance processes and

 5    procedures during the relevant period.

 6             I think we've kind of already gone over

 7    this, but I just want to give you an opportunity to

 8    tell me, are there any other things that we haven't

 9    discussed that Capital One takes to make sure that

10    the COBRA notice it sends out is compliant with the

11    law in regards to what we're dealing with, this

12    coverage end date.  I'm not concerned about ARPA.

13                  MR. BLUMENFELD:  Objection.

14        A.   I don't think that there's anything

15    additional that we haven't already discussed.

16    BY MS. HEYSTEK:

17        Q.   Okay.  I think I had only one more exhibit

18    that I wanted to mark and enter.  And, Ms. Miller,

19    this is the Defendant's Answers and affirmative

20    Defenses to the Amended Complaint.

21             Have you seen this document before?

22        A.   I believe so.

23        Q.   Okay.  And I've premarked this as

24    Exhibit K and I just want to enter it into the

25    record.
```

1          (Exhibit K was marked for identification.)

2    BY MS. HEYSTEK:

3          Q.    We didn't really talk about all of the

4    affirmative defenses, but we did talk about the

5    good-faith defense.  So I just wanted to make sure

6    that I gave you an opportunity, besides the things

7    that we've talked about here -- I think you

8    mentioned you relied on the model notice as a guide.

9    Are there any other facts that you'd like to tell us

10   about, about Capital One's good-faith efforts to

11   ensure that the COBRA notice it sent out to its plan

12   participants was compliant with the law?

13               MR. BLUMENFELD:   Objection.

14         A.    I mean, I think the only thing that I

15   would offer, maybe that I didn't share earlier, is

16   around -- you know, in addition to some of the other

17   practices that we've discussed, is that we also make

18   the contact number to both the benefit center,

19   Anthem and the Capital One website available -- or

20   the benefits website, rather -- available, so that

21   if there are questions that participants are able to

22   call and ask those questions and have a discussion

23   in the event that they need additional information.

24               And I know that, that -- you know, for

25   example, in the case of Bacs, she did call and ask

1   questions about COBRA.  And so I know that that's a

2   channel that's heavily utilized for individuals who

3   may have questions about, you know, the benefit

4   services or contents in the notifications that they

5   received.

6   BY MS. HEYSTEK:

7        Q.   Let me break that down for just a minute.

8   That number, does that go to Anthem employees or

9   does it go to Wage Works employees?

10       A.   Well, there are couple of different

11  numbers that we might publish.  Specifically there

12  is a number that -- and I don't know, honestly, on

13  the back end if it goes to Anthem employees or

14  Health Equity employees.  It's listed as Anthem for

15  questions about COBRA.  But we also have a benefits

16  center.  And at the time period of this -- the time

17  period in question, that phone number pointed to

18  Life Works.

19       Q.   You said, "The benefits center."  And

20  maybe I'm confused.  Is that staffed by Capital One

21  employees?

22       A.   The benefits center at the time period of

23  this -- this time period at hand, I guess, you'd

24  call it, was staffed by Life Works.  And after

25  April 3rd of this year, we actually in-sourced that,

Page 100

1    as previously discussed.

2        Q.   Okay.  And you said, "Heavily utilized."

3    What made you use those words?  Do you know how many

4    people have called those numbers?

5        A.   I don't.

6             MR. BLUMENFELD:  Objection.

7    BY MS. HEYSTEK:

8        Q.   Okay.  I just want to make sure that was

9    your own subjective characterization of it, right?

10       A.   Yeah.

11       Q.   Okay.  And those numbers are for all

12   benefits, not just COBRA, right?

13       A.   The benefits center is a general number.

14   But there is a specific phone number that we list,

15   for example, on the email that was sent to Susan

16   Bacs that had the final pay and benefits

17   information, there was a specific line item that

18   called out Anthem for COBRA.

19       Q.   So she would have called that number and

20   spoke to somebody from Anthem?

21       A.   Again, I don't know if it's Anthem or a

22   Health Equity employee who answers that.  It would

23   have said -- it would have been listed in the email

24   that she received as Anthem for COBRA.  And I think

25   we also include that phone number in these COBRA

Page 101

1  election notices as well.

2      Q.   All right.  I'm looking at Exhibit B,

3  which is the first three pages of the COBRA notice

4  that went to Ms. Bacs.  Are you saying this number

5  right here on Page 2 --

6      A.   Can you move that a little?

7      Q.   Yeah.

8           This one right here, "Please contact at

9  Anthem at (877)775-9393."

10     A.   Yes, that is -- that's the phone number

11  that I'm referring to for COBRA questions, yeah.

12     Q.   Okay.  And that's information about her

13  rights to allow coverage.

14          But above there it says, "Questions

15  concerning your plan should be addressed to Capital

16  One Financial," right?

17     A.   Yes, that's what that letter states.

18          MS. HEYSTEK:  Okay.  All right.  I don't

19  think I have any other questions, Ms. Miller.  I

20  appreciate your time.  I think your counsel may have some.

21          MR. BLUMENFELD:  No, no questions from us.

22          MS. HEYSTEK:  All right.  Do you want read

23  or waive?

24          MR. BLUMENFELD:  No, we'll read.  Thank

25  you.

Page 102

1                    (The videoconference deposition concluded

2     at 11:55 a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 103

1    (JULIE MILLER, Wednesday, July 27, 2022)

2                    ***ERRATA SHEET***

3      PAGE / LINE      CHANGE

4      _____  _____   _____

5      _____  _____   _____

6      _____  _____   _____

7      _____  _____   _____

8      _____  _____   _____

9      _____  _____   _____

10     _____  _____   _____

11     _____  _____   _____

12     _____  _____   _____

13     _____  _____   _____

14     _____  _____   _____

15     _____  _____   _____

16     _____  _____   _____

17     _____  _____   _____

18     _____  _____   _____

19     _____  _____   _____

20     _____  _____   _____

21     _____  _____   _____

22   RETURN TO:

23   ANTHEM REPORTING
     101 South Franklin Street, Suite 101
24   Tampa, Florida  33602

25

Page 104

1                          SIGNATURE PAGE

2

3    STATE OF FLORIDA          )

4    COUNTY OF HILLSBOROUGH )

5

6              I HAVE READ THE FOREGOING TRANSCRIPTION OF MY

7    DEPOSITION; AND, EXCEPT FOR ANY CORRECTIONS AND/OR AMENDMENTS

8    APPENDED HERETO, I HEREBY SUBSCRIBE TO THE TRANSCRIPT AS AN

9    ACCURATE RECORD OF THE TESTIMONY GIVEN BY ME.

10

11

12             _____

13             JULIE MILLER

14

15

16   Signed and subscribed to before me

17   this _____ day of _____, 2022.

18   _____

19   NOTARY PUBLIC

20

21   Re:  CASE NO.: 8:21-CV-2852-TPB-TGW
     Taken:  Wednesday, July 27, 2022
22   Reported By:  Jeanice Freyre Schaffer

23

24

25

Page 105

1                    CERTIFICATE OF REPORTER

2

3  STATE OF FLORIDA                    )
   COUNTY OF HILLSBOROUGH              )
4

5      I, JEANICE FREYRE SCHAFFER, Court Reporter, do  hereby

6  certify that I was authorized to and did stenographically

7  report the above deposition; and that the foregoing

8  transcript pages 1 through 102, is a true record of my

9  stenographic notes.

10     I FURTHER CERTIFY that I am not a relative, employee, or

11  attorney, or counsel of any of the parties, nor am I a

12  relative or employee of any of the parties' attorney, or

13  counsel connected with the action, nor am I financially

14  interested in the action.

15  DATED this 1st day of August, 2022.

16

17

18  _____

19  JEANICE FREYRE SCHAFFER, COURT REPORTER

20

21

22

23

24

25

Page 106

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA                    )
     COUNTY OF HILLSBOROUGH              )
4

5

6            I, JEANICE FREYRE SCHAFFER, PROFESSIONAL

7    COURT REPORTER, Notary Public, State of Florida,

8    certify that JULIE MILLER visually appeared before

9    me via Zoom on Wednesday, July 27, 2022, and was

10   duly sworn.

11           Signed this 1st day of August, 2022.

12

13

14   _____

15   JEANICE FREYRE SCHAFFER
     Notary Public - State of Florida
16   My Commission Expires: January 27, 2024
     Commission Number:  GG947453
17

18

19

20

21

22

23

24

25

Page 107

1    NOTIFICATION OF READING AND SIGNING OF DEPOSITION

2    TO:        JULIE MILLER
                c/o Jeremy P. Blumenfeld, Esquire
3               Jeremy.Blumenfeld@MorganLewis.com

4    August 1, 2022

5
     Your deposition in the above referenced case has been
6    transcribed.  And you now have the right to read and sign
     this transcript.  Please contact our main office within 30
7    days to arrange the read and signing of your deposition
     transcript.  You are to read the entire transcript, list any
8    necessary changes on the provided errata sheet, then sign and
     notarize the errata sheet.
9    You must appear in-person for this read and sign unless a
     transcript copy is paid for by you or your attorney.  Please
10   feel free to order a copy of the transcript at our normal
     copy rates; otherwise, you may schedule an appointment at our
11   offices via phone (888)909-2720 or email
     Anthem@AnthemReporting.com to come in and complete this read
12   and sign process.

13   Best regards,

14
     Jeanice Freyre Schaffer
15   ANTHEM REPORTING
     101 S. Franklin Street, Suite 101
16   Tampa, Florida 33602

17

18

19

20

21

22

23

24

25

**A**

**A-L-I-S-A** 28:5
**a.m** 1:17,17
  102:2
**able** 20:1 35:25
  38:25 42:20
  43:11 48:5
  66:25 77:2
  89:25 98:21
**abreast** 27:6
**Absolutely**
  11:22 32:14
  56:3
**accessing** 70:15
**account** 16:7
  36:7 48:16
**ACCURATE**
  104:9
**act** 19:4
**action** 105:13,14
**actual** 23:8 30:1
  65:6 79:25
  80:1
**ad** 72:4
**added** 29:17,20
  30:2,3 74:19
  77:25
**adding** 29:15
**addition** 79:1
  98:16
**additional** 29:13
  29:16 44:24
  97:15 98:23
**additions** 59:17
**address** 32:17
  36:5 37:16
  38:5 48:16
  55:2 56:13
  59:10 76:7,9
  77:16 79:3
**addressed**
  101:15
**addresses** 37:23
**administer** 7:7
  9:12 15:17
**administering**

20:3 83:16
**administration**
  9:23 13:3
  15:14 22:25
  23:22 25:17
  27:24
**administrator**
  9:11,20 20:7,9
  20:14,17 22:16
  31:15 34:20
**administrators**
  21:3
**admission** 55:7
**admit** 55:17
**affirmative**
  97:19 98:4
**ago** 57:7 68:16
**agree** 33:13,19
  36:24 40:9
  41:18 48:17,23
  50:12,19 65:4
  65:16 66:15
  69:5 75:11
  76:2 88:19
  94:19
**agreed** 14:11,24
  20:11
**agreement** 4:16
  4:18 16:24
  17:8,12 18:5
  21:17 73:16
  74:1 90:19,24
**agreements**
  83:24
**ahead** 32:22
  66:9 79:13
**aheystek@wfc...**
  2:6
**Alisa** 28:2,5,15
  91:13
**Alisa's** 92:7
**allegation** 25:6
**allow** 101:13
**allowing** 81:13
**Alternatives**
  33:6 40:14
  50:8

**Amanda** 2:4
  5:25 13:15
  31:22 39:7
  46:9 49:8
  55:10 56:4
  58:3 61:15
  66:1 73:4 93:9
  95:22
**amended** 4:3
  10:23 11:17
  14:2 34:19
  61:19 63:12,16
  97:20
**amendment**
  4:17 18:5,12
**amendments**
  90:24 104:7
**AND/OR** 104:7
**answer** 7:23 8:7
  8:9,10,20 10:4
  15:22,23 45:24
  49:17 54:1
  56:6 67:13
  97:3
**answered** 21:15
  68:14 96:11
**answering** 30:23
**answers** 4:14
  6:15 97:19
  100:22
**Anthem** 4:16
  9:21,24 12:18
  15:16 16:7,15
  16:20 17:8,13
  17:21 18:7,13
  18:21,24 19:3
  19:10 21:7
  27:2,11,21
  69:25 70:9,11
  70:17 71:2
  79:5 83:15,21
  83:24 88:9
  90:10,14,22
  91:18 98:19
  99:8,13,14
  100:18,20,21
  100:24 101:9

103:23 107:15
**Anthem's** 70:15
  70:22
**Anthem@Ant...**
  107:11
**anybody** 25:21
  26:6 82:4
  89:17
**apologies** 39:12
**apologize** 88:3
**appear** 49:19
  107:9
**APPEARAN...**
  2:1
**appeared** 106:8
**Appearing** 1:22
**appears** 48:5
**APPENDED**
  104:8
**applicable** 26:16
  51:11 57:17
  64:15 69:20
  72:24 73:8
  84:2
**apply** 84:2
**appointment**
  107:10
**appreciate**
  23:18 41:24
  42:18 101:20
**appropriate**
  93:13 95:23
  96:4
**approximately**
  9:18
**April** 22:15,24
  22:25 23:24
  24:2,6 71:9
  99:25
**argue** 7:15
**arguing** 73:11
**argument** 77:1
  80:11
**arguments** 96:4
  96:7,8
**Aron** 1:3 24:23
**ARPA** 29:15

74:22 78:4
  97:12
**arrange** 107:7
**ascertain** 45:18
  45:25 46:4
**aside** 37:15
  38:18 57:22
  71:18 87:10
**asked** 7:24 16:21
  53:20 55:16
  68:13
**asking** 21:23
  27:9 45:3 46:4
  46:12 51:2
  62:21 88:12
**assignments** 7:9
**associated** 90:24
**assume** 7:24
  37:17
**attached** 4:21
  55:17 61:22
  63:3
**attend** 85:14,19
  85:23
**attended** 86:11
**attorney** 105:11
  105:12 107:9
**attorneys** 6:10
  6:12 27:10
**audit** 85:5
**auditing** 83:18
  84:7,11,18
  92:5
**audits** 92:4
**August** 105:15
  106:11 107:4
**authorized**
  105:6
**available** 60:15
  75:25 80:9
  92:2 98:19,20
**Ave** 2:5
**average** 97:1
**aware** 13:1 19:3
  19:12,16,19
  28:17 31:3,9
  39:24 42:5,24

45:8 51:6
58:24 60:2,23
74:8,10,23
75:9 86:18
87:2 88:5,7,17
91:4 92:25

**B**

**B** 4:1,5 31:18,23
32:15,20 34:24
35:3,13 36:4
36:19,24 55:19
78:20 101:2
**back** 11:12 44:2
44:3 56:21
70:3 88:3
93:21 95:21
99:13
**Bacs** 1:3,3 4:5,6
4:7 6:1 16:10
24:22,23 31:20
32:16,25 33:4
33:15,20,23
34:12 36:5,12
38:4 40:8 41:3
41:4,16,22
42:2 49:7
50:14 58:11
66:17 67:8,16
67:18 75:12
78:22,24 79:2
80:12,18 81:7
86:25 87:11,18
88:5,7,20 93:6
94:17 96:16
98:25 100:16
101:4
**Bacs'** 48:9
**Bacs's** 55:18
68:22
**ballpark** 9:16
**based** 25:19
35:19 48:1
80:18 81:19
83:3 94:25
**basically** 7:14
**basis** 84:20

**batch** 22:8 23:2
24:3 77:18
**Bates** 40:25
41:14,25 42:1
47:8,18 50:9
**beginning** 80:11
**behalf** 2:3,9 6:1
6:15 15:17
16:16 32:10
35:7 42:9
43:20 46:22
68:20 78:16
86:25
**believe** 17:22
41:2 44:5 54:7
79:15,16 80:17
88:13 97:22
**beneficiaries**
51:8 53:21
57:16 69:19
**benefit** 89:7
98:18 99:3
**benefits** 4:11 7:5
7:8 10:20 11:2
15:14,20 22:16
22:25 79:4,8
79:19 82:5
86:5,7,12
88:10 89:2,24
98:20 99:15,19
99:22 100:12
100:13,16
**best** 56:13 81:5
81:10,25 82:17
91:19 92:11,13
107:13
**big** 83:23 90:5
**bigger** 49:1
**billing** 15:24
**bit** 7:4,20 11:23
18:9 21:18
23:7 25:3
48:11,25 69:25
**Blumenfeld** 2:10
8:1,3 10:1
12:17,25 13:15
13:23 16:19

18:22 19:5
20:24 21:9,21
25:1,23 26:9
26:24 28:20
29:5 30:9,20
31:22 32:1
33:16,22 34:5
35:4,9,16
37:22 38:9,20
39:6,19 40:1
40:17 41:19
42:4,12 43:3
43:16,24 44:10
44:20 45:21,23
46:8 48:3,18
49:8 50:15,22
51:21 55:10,25
56:4,17 57:3
58:2,13 59:3
59:15 60:19,24
61:5,15,20
62:2,21 63:2
63:20 64:5,13
65:8,20 66:1
66:19 67:24
68:13,23 69:7
69:14 70:1
71:15 72:1,5
73:4,7,15,17
74:3,11,20
75:5 76:14
78:6 80:14,20
81:4,20 82:9
82:14,22 83:4
83:13 84:13
85:11 86:17
87:1,21 89:23
90:6 91:3
92:15 93:9
94:2,11,21
95:9,22 96:18
97:13 98:13
100:6 101:21
101:24 107:2
**bold** 37:11 48:24
49:7
**bottom** 36:18

54:1
**brackets** 64:23
64:25 67:6
**break** 8:18,19
8:21 26:18
55:11 56:16
99:7
**brief** 11:9,10
56:19 68:4
78:11
**Brockius** 2:11
**broken** 32:3
**brought** 85:10
92:19
**business** 14:20

**C**

**C** 4:6 32:23,24
33:1 35:3,13
40:4 55:19
78:20
**c/o** 107:2
**Cabassa** 2:4
**calculated** 65:6
68:11 96:25
**calculating**
47:25
**calculation**
41:17
**calculations**
59:11
**call** 75:13 88:7
88:14 92:3
98:22,25 99:24
**called** 91:25
100:4,18,19
**calls** 16:6 65:20
82:9
**Cap** 4:11
**capable** 47:25
**capital** 1:6,11
4:16 6:16,16
6:23,25 7:9,17
10:19 12:12,22
13:2 15:13,18
17:13,20 18:7
18:13 19:3,10

19:15,21 22:5
22:12 24:3,6,9
24:10 25:8
26:15,19 28:17
29:1 30:19
31:1,6 32:10
34:2,11 35:2,5
35:8 38:23
39:3,4,16 40:6
41:7 42:9 43:1
43:7,15,21
45:11,19 46:22
50:1 52:20
53:10 54:10,15
54:20,25 56:24
57:11 61:2
66:16 68:20
70:12 71:13,23
74:7 80:12
81:12 82:19
83:2 85:17
86:24 90:14,22
92:13 97:4,9
98:10,19 99:20
101:15
**case** 1:4 6:2
26:22 44:12
48:2,6 60:6
61:23,25 63:3
98:25 104:21
107:5
**cause** 5:5
**cease** 79:8
**center** 15:22
88:10 98:18
99:16,19,22
100:13
**certain** 7:17
14:9,11 42:20
**certainly** 27:9
42:18 83:21
92:1
**Certificate** 3:7,8
105:1 106:1
**certification**
95:16
**certify** 105:6,10

106:8
**cetera** 35:22
43:10 77:16
84:3
**change** 23:4
30:11,12,16,18
30:19 31:2,7
31:10,12 42:21
43:6,14,22,22
45:14,20 46:2
46:7 57:8,23
58:6,24 59:1,4
59:20 69:6,11
69:12,15 71:21
74:17,18 77:23
103:3
**changed** 21:3,7
39:24 44:6
71:8
**changes** 20:23
21:1 25:12
27:3,5,6,13,16
28:17,22,24
29:2,3,11,13
38:12,15,18,19
38:24 39:3,4
39:17,23 42:20
42:22,25 43:1
43:9,11,14
44:16 45:4,8
56:25 59:17,23
70:18,23 71:2
74:15,22,24
75:3,7 77:22
78:4,5 85:24
89:18 107:8
**changing** 43:20
**channel** 99:2
**characterizati...**
100:9
**charges** 92:18
**check** 9:13
**Chicago** 8:15
**Chris** 10:17
**CHRISTOPH...**
2:10
**Christopher....**

2:13
**circumstances**
29:25 35:20
66:23 67:2
94:25
**CIVIL** 1:2
**clarify** 19:17
**class** 53:23 93:4
93:8,13 94:1,9
94:13 95:16
**clear** 46:12
67:17 77:21
78:10 79:23
90:15,17 95:24
96:2
**clearly** 39:2
**COBRA** 4:5,6,7
4:8,9,10 6:3
9:6,9,11,23
12:18 13:2
14:21,21 15:14
15:17,22,23,25
16:9,13 19:4
19:18 20:7,8,9
20:14,16 21:3
21:7,19,20,24
22:5,22 23:8
24:25 25:7
26:7,19,21
27:13,16,24
28:18 29:2,17
29:19,22,22
31:7,16 32:24
33:5,23 35:15
37:12,20 38:24
39:18 40:5,13
40:19 44:7,16
45:14,20 49:24
50:5,7,25
51:12,18,19,24
52:4,7 53:22
54:2,3,17,22
55:18,21 56:25
57:8,15 58:25
59:25 61:3,12
62:6 63:18,25
64:2,4,10,11

64:21 65:5,6
66:16 67:22
68:9,19,21
69:18 70:18,23
71:3,13,24
72:22 74:9,16
75:12,20 76:18
78:23 79:1,5
79:20,25 80:1
80:5,12,18,24
81:13,13,19
82:4,8,21 83:3
83:6,9,11,16
83:18 84:7,11
85:2,6 86:2,10
86:12,15,19,20
86:23 88:12,20
88:24 89:8,22
91:7,11 92:14
92:20 94:18,19
94:24 95:5
96:14,15 97:4
97:10 98:11
99:1,15 100:12
100:18,24,25
101:3,11
**COBRA-related**
15:1
**collecting** 15:24
**come** 23:9,11
93:21 95:21
107:11
**comes** 24:13
57:25
**coming** 56:21
**Commission**
1:21,21 106:16
106:16
**communicate**
16:1 19:21
**communicated**
19:14
**communication**
19:12 78:22
87:12,13,18
88:4
**communicatio...**

19:10,19 30:15
87:4,25
**companies**
27:18
**company** 81:8
**compare** 48:21
**compared** 48:20
**comparing**
49:16 50:16
58:14
**comparison**
40:11
**complaint** 6:4
25:6 61:19,22
63:3,4,12,16
73:10,25 97:20
**complaints**
92:19
**complete** 107:11
**completely** 66:4
**compliance**
14:22 26:7
71:25 83:9
84:12 85:6
97:4
**compliant** 19:4
26:15,20 83:12
85:2 97:10
98:12
**complies** 5:8
**comprehensive**
41:21
**computated**
77:10
**computates**
47:22
**computations**
75:17
**computed** 37:17
**concerned** 97:12
**concerning**
101:15
**concluded** 102:1
**conclusion**
65:21 82:10
**conferences**
85:14,24 86:2

86:5,9,12
**confidential**
4:20 10:15
18:1 72:13
**confused** 99:20
**connected**
105:13
**consistency**
81:17
**consolidated**
10:11
**constitutes** 82:1
**contact** 15:22
79:5 80:8
98:18 101:8
107:6
**contain** 75:13
**contains** 47:9
**contemplating**
45:6
**content** 16:17
34:15 43:14
57:15 84:12
85:1,2,5
**contention** 93:3
95:14
**contents** 99:4
**contest** 17:3
29:9 42:19
**context** 29:12
**continuation**
23:22 25:17
51:12,19 53:24
60:14 62:6
64:22 78:17
88:13 91:8
96:25
**continue** 31:23
92:8
**continuing**
51:10 61:12
**contract** 12:18
16:20 17:3,15
17:19 18:13
21:6 27:21
**contractors**
27:20

contracts 12:16
12:23 13:1
contradicts
65:18
contrary 66:6
controls 4:20
72:14 90:19
conversation
16:8 70:4
83:15 85:9
88:6
conversations
19:25 20:2
27:1,11 91:17
copy 13:10 32:1
88:14 107:9,10
107:10
corner 34:24
corporate 1:11
4:3 6:7 11:18
14:3 22:4 96:6
Corporation 1:6
10:20
correct 10:7,24
15:11 20:19
24:1,4 33:15
36:7 37:21
46:7,17 47:10
47:21 50:2
59:14 63:25
64:4 67:8,16
67:18,19 69:13
73:5 81:15
88:22 96:17
CORRECTIO...
104:7
correspondence
78:15
cost 23:7
costs 35:22
counsel 7:19 8:6
14:9 15:3 27:5
51:14 68:10
69:21 72:25
73:2 74:5
92:21 93:24
95:17 97:2

101:20 105:11
105:13
counsel's 94:8
Counselor 5:14
County 1:22
104:4 105:3
106:3
couple 56:22
99:10
course 83:24
court 1:1 5:3,6,9
5:14 8:13
23:11,15 28:3
44:1 66:5,10
68:2 94:3
105:5,19 106:7
cover 83:24
87:20
coverage 4:5,8
23:23 25:18
29:17,20,23
31:8 33:5,5
36:8,8 37:20
38:6 39:1 40:5
40:13,14 49:25
50:7,8 51:10
51:13,19 52:4
53:25 57:2,23
59:2 60:14,17
61:4,13 62:7
64:22 65:6
66:18,21,25
68:11,21,25
74:18 77:24
78:17 87:7
88:1,20 91:8
92:14,23 94:19
94:24 95:7,12
96:15,20,25
97:12 101:13
covered 31:20
68:15 84:14
COVID 29:15
85:17,23 86:1
CR 4:23
created 89:19
criteria 39:4,16

39:21
crystal 77:21
cursor 36:21
Cushman&W...
60:7
cut 79:12

——————

**D**

D 3:1 4:7 33:3,7
35:3,13 40:12
41:14 48:9
55:19 78:21
data 22:17,19
23:2,25 52:20
52:22 70:4,7
70:12,12
date 29:17 30:1
30:2 31:7
34:22,25 36:5
36:7,8,8 38:5,5
38:6 39:2
41:17 47:1,12
48:1,1 54:12
54:18 57:2,23
59:2,10,10,11
60:16 61:4
64:23 65:1,6
66:18,24 67:1
67:7,14 68:11
68:11,21 69:1
73:25 74:19
75:15,16 76:10
76:10 77:8,16
77:25 79:15
92:14,24 94:19
95:1,5 96:15
96:20 97:12
dated 17:14
105:15
dates 15:7 31:15
34:20 35:21
37:8,16 47:1
48:1,16 73:24
74:1 75:15
day 22:14 23:10
24:8,9,11,13
29:19 60:17

79:9 80:4
104:17 105:15
106:11
days 73:12
107:7
deadline 36:14
36:19 38:6
47:13,17,22
75:16 77:9
dealing 9:6,9
97:11
deals 27:24
debate 95:23
December 15:5
15:5,8,9 25:9,9
28:18,19 29:3
34:23 36:6
51:16,16,25,25
52:8,8 54:4,4
57:20,21 58:9
58:9 62:1,1
69:22,22 71:6
71:6 73:13,13
79:17 88:15
96:13
decided 57:19
Defendant 1:7
2:9 12:11
14:23 15:4
20:10 40:24
47:8 50:9
55:16,21,22
69:17 72:23
78:15,23 83:9
87:6 92:19,23
93:4 95:15
96:24
Defendant's
4:12,13,14,19
4:22 14:1,20
20:7 24:16
25:19 51:9
53:22 55:6
69:19 78:16
88:23 91:7
97:19
defense 83:8

98:5
defenses 4:14
97:20 98:4
define 73:24
90:17
defined 15:4,4
39:21 68:10
69:21 72:25
73:19,19,24
82:8 90:23
denied 55:23,24
Department
61:12 63:18
64:3,11
depend 85:22
dependents
31:20 53:1
depending 29:24
96:3
depo 4:23 10:6,9
deponent 93:17
deponents 93:12
depose 95:25
96:2
deposes 95:19
deposing 93:24
deposition 1:9
4:4 5:2 7:10
11:18 12:1
14:4 61:21
66:4 93:20
94:8 95:21
96:6 102:1
104:7 105:7
107:1,5,7
depositions 96:3
describe 16:24
94:23 95:1
described 17:8
21:17 88:25
92:5
DESCRIPTION
4:2
designate 27:18
designated
13:19
details 84:1

determination
80:23 82:19
83:2
determine 29:1
39:4,17 54:16
54:21 55:2
57:11
develop 89:11
developed 16:9
developing
16:13 25:11,22
70:18
dictate 91:2
dictates 17:5,20
DIFFEE 2:10
different 19:24
25:24 34:9
74:14 99:10
difficult 48:11
direct 3:5 5:20
30:19 31:1,6
70:8
directed 31:12
directly 12:23
16:1 19:22
24:3,7 51:4
65:18
director 6:18 7:3
9:5,15 22:4
43:19 44:6
45:10 63:22
86:6 89:19
disclose 67:11
disclosure 4:13
40:20
disclosures
24:17 25:20
35:25 40:20
discoverable
24:21
discussed 27:10
73:1 86:9,15
94:22 96:19
97:9,15 98:17
100:1
discussing 27:12
27:16 70:23

discussion 10:17
11:10 68:4
71:1,19 78:11
93:15 98:22
discussions 19:2
86:2 92:12
DISTRICT 1:1
1:1
dive 13:16 21:18
22:9 84:5
DIVISION 1:2
Docs 4:21
document 11:19
12:6 13:10
14:5 17:5,17
18:8 24:18
31:21 32:13
41:21 53:12
55:8,17 60:8
61:16 62:1,8,9
62:14,16,25
63:8 72:14,19
92:4 97:21
documentation
17:9 91:24
documents
10:15 12:2,4
12:11,15,16
17:23 90:17
91:2
DOL 4:24 61:11
65:5 67:4
downstream
23:10,14,15
due 81:2
duly 5:18 106:10
duplicative 73:2
74:6
duration 29:22
35:21 68:24
94:23 95:2,12
96:20
duties 7:4
_____
E
E 2:4 3:1 4:1,8
46:20,23 47:7

48:8
earlier 21:15
41:21 70:4
71:7 74:21
78:7 83:14
84:14 90:3
91:10 94:22
98:15
early 11:15
29:18 79:16
88:15
easily 45:18 46:4
46:17
effect 19:13,20
90:8
effective 10:24
18:6,14 30:1
66:24
effects 43:23
efforts 96:23
98:10
eight 28:10
91:14
either 13:17
19:20 94:9
either/or 62:22
Elction 4:9
elect 51:12,19
52:4,15,17
53:24 54:3
81:13
elected 54:22
64:21 88:20
electing 36:9
election 4:5,6,8
22:17 32:6,24
33:24 34:14
36:14 37:13,20
38:6,25 39:18
40:5,19 47:13
47:16,22 49:25
50:25 51:10,18
51:25 52:8
54:17 57:8
58:25 59:11,25
61:13 62:7,10
62:11 63:19

64:4,12 65:5
66:16 67:22
68:9,19 70:18
71:14,24 75:16
75:23 76:10
77:9 79:1,20
86:15,24 89:8
89:22 94:18
101:1
eligible 35:15
80:12,24
email 45:11 79:3
79:3 80:3
100:15,23
107:11
emails 16:6
27:12,16 45:10
45:13 46:5,5
46:10,17,18
70:25 71:18
87:5,11,19
Emp 4:11
employee 10:20
52:25 100:22
105:10,12
employees 53:4
53:4 91:7 99:8
99:9,13,14,21
employer 60:13
60:16
employment
41:18 48:16
59:10 75:15
77:8
ends 60:17
enhancements
92:10
enrollment
15:21 22:17
ensure 26:19
84:11 96:24
98:11
enter 11:5 14:16
17:25 18:16
26:3 49:21
53:14 56:14
61:7 64:23,25

67:6 72:7,8
97:18,24
entered 12:8
22:13
entire 107:7
entirety 17:24
entity 10:7,11
environment
64:15
Equity 9:22,25
10:7 16:15,21
19:25 20:17
21:13 22:20,21
23:3 27:2,25
28:9 52:24
54:13,16 55:1
69:24 70:8,8
70:13,14 83:15
83:22 85:9
90:11 91:18
99:14 100:22
Equity/Wage
54:21
errata 3:6 103:2
107:8,8
Esquire 2:4,10
2:10 107:2
established
20:15
et 35:22 43:10
77:16 84:3
event 23:23
25:18 33:21
35:15 45:1
51:10 53:24
78:18 87:8
88:24 98:23
everybody 36:1
83:6 96:13
everybody's
37:12
exact 36:1 53:8
54:8 58:15
90:9
exactly 20:1
38:14 48:14,21
48:24 49:6

50:13,17 53:6
**Examination**
  3:5 5:20
**examined** 5:18
**example** 71:20
  98:25 100:15
**examples** 75:8
**excellent** 8:5
  13:22 64:19
**exception** 48:15
**exchanged** 87:5
**exhibit** 10:19
  11:6,7 13:4,6
  14:1,16,17
  15:9 17:11,25
  18:2,16,17
  24:16 26:3,4
  31:18,23 32:15
  32:20,23,24
  33:1,3,7 34:24
  36:4,19,24
  40:4,12 41:14
  46:20,23 47:7
  48:8,9 49:20
  49:22 50:4,10
  50:13,21 53:10
  53:15 55:6,17
  56:15,18 60:5
  61:7,8,11,17
  61:18,20,22
  62:19 63:4,10
  65:18 72:8,9
  72:12,15 73:23
  78:20 97:17,24
  98:1 101:2
**Exhibits** 3:3
**expect** 43:22
  44:8,11
**expecting** 79:20
**experience** 9:6
**experienced**
  51:9 78:18
**experts** 83:22
**Expires** 1:21
  106:16
**explained** 89:1
**explanation**

60:13
**extenuating**
  67:2

_____

**F**

**F** 4:9 49:20,22
**facilitate** 9:11
**fact** 36:14,18
  66:4,4 81:18
  92:5
**facts** 35:20
  80:17 81:2
  83:7,10 93:25
  94:7 96:7 98:9
**factual** 93:3
  95:14
**factually** 93:7
**fair** 7:25 8:21
  9:2 34:16
  36:23
**falls** 26:10
**familiar** 6:3
  11:19 17:17
  18:8 24:18
  27:24 31:21
  33:10 40:16
  53:12 55:8
  60:25 63:17,25
  64:2,3,9,10,14
  72:17
**familiarity**
  91:16
**fast** 8:15
**February** 30:2
  30:11 31:8
  35:13 36:15,20
  39:2,7,11,12
  39:13 42:21
  57:9,24 58:3,5
  58:6 59:2,21
  68:18 74:19
  77:24 86:8
  96:14
**feeds** 70:5
**feel** 107:10
**Fenton** 2:4
**field** 83:22

**file** 23:3 24:13
**filed** 62:1 63:4
  74:1
**files** 23:9,13
**filing** 73:9
**final** 79:3,4
  100:16
**financial** 1:6 7:8
  10:20 101:16
**financially**
  105:13
**find** 6:12 25:10
  46:6
**fine** 29:7 93:19
**first** 5:18 10:18
  14:19 15:12
  20:16 24:8
  31:17 32:15
  37:11 46:20
  48:10,13,23
  49:3,7 54:11
  61:16,21 86:23
  93:6 101:3
**five** 20:8,20 21:8
  92:20
**five-minute**
  56:15
**FL** 2:5
**flag** 56:8
**Florida** 1:1,20
  2:5 5:4 103:24
  104:3 105:3
  106:3,7,15
  107:16
**following** 78:17
  79:21 82:24
**follows** 5:19
**foregoing** 104:6
  105:7
**forgot** 80:10
**form** 4:6,9 16:5
  19:15,17 32:6
  32:24 39:25
  40:5 42:2,8
  43:6 49:25
  55:21 56:10
  57:25 58:2,25

59:13
**formal** 71:19,23
**formalized**
  71:12
**formatting**
  29:12 38:11
  43:10,13 44:8
  75:4
**former** 53:4
**forms** 72:23
**four** 25:8 57:20
  73:9,13,25
**fractions** 14:12
**frame** 38:15
  58:22 59:18
  84:3
**frames** 84:24
**Franklin** 103:23
  107:15
**free** 107:10
**Freyre** 1:20 5:3
  104:22 105:5
  105:19 106:6
  106:15 107:14
**front** 13:10
  62:16
**full** 5:22 9:18
**fun** 10:13
**funny** 59:8
**further** 11:23
  93:14 105:10

_____

**G**

**G** 4:10 50:4,10
  50:21
**general** 16:6,14
  26:25 37:4
  80:21 82:6
  83:5,16 100:13
**generally** 18:11
  29:23 33:9
  66:22 76:18
  91:12
**generate** 22:22
**generic** 57:25
  58:10 75:20
**getting** 70:2

95:22
**GG947453** 1:21
  106:16
**give** 5:10 6:15
  22:11 28:13
  53:7 71:20
  97:7
**given** 7:10,18
  38:15 49:25
  54:11 87:9
  104:9
**glad** 36:3
**gladly** 7:22
**global** 7:6,8
**go** 7:12,20 8:5
  10:16 11:8,12
  12:14 13:8
  20:6 23:14
  24:8 32:3,18
  32:22 51:7
  53:18 61:15
  66:9 70:12
  79:12 88:3
  99:8,9
**goes** 22:9 25:15
  50:8 57:1
  77:17 99:13
**going** 6:9 7:20
  10:14 13:8
  14:7 19:17
  24:14 31:14,17
  32:14 39:5,17
  46:19 48:8
  53:9,17 55:5
  60:4,10 61:10
  70:8 76:6,8
  91:19 95:18
  96:2
**good** 49:14
  55:11 85:18
**good-faith** 83:8
  83:11 98:5,10
**grammatical**
  38:11,18 43:10
  43:13 44:8
  74:24 78:4
**grammatically**

38:14
**great** 8:23
**gross** 80:13,18
81:2,6,19 82:1
82:7,12,15,20
83:3
**ground** 7:12 8:5
**groups** 34:9
**guess** 53:4 76:21
76:22 86:8
99:23
**guide** 98:8
**guys** 73:7,19

**H**

**H** 4:1,11 10:19
11:6,7
**H&W** 4:20
**hand** 5:7 25:12
25:22 99:23
**handful** 75:7
**handled** 15:23
22:17
**handy** 13:18
**happened** 28:22
29:14 30:6
42:21
**happy** 93:14
**hard** 37:24
38:10 48:19
58:14
**head** 54:8 71:4
78:10 79:16
**health** 7:7 9:22
9:22 10:7
16:15,20 17:13
19:25 20:17
21:12 22:20,20
23:3,23 25:17
27:2,25 28:9
33:5 40:14
50:8 51:9
52:23 53:22
54:13,16,21
57:16 69:19,24
70:8,8,13,14
72:13,20 78:17

83:15,22 85:9
90:11 91:8,18
99:14 100:22
**hear** 87:14 94:4
**heard** 30:21
86:23
**hearing** 19:6
52:1
**heavily** 99:2
100:2
**held** 11:10 56:19
68:4 78:11
**help** 13:12 15:17
54:13 57:12
89:19
**helpful** 13:17
**helping** 7:6
**helps** 9:11,12
**HERETO** 104:8
**Hey** 55:10
**Heystek** 2:4 3:5
5:21 6:1 8:4
10:3,13 11:5,8
11:12,13 12:21
13:4,7,22,24
14:15,18 17:1
17:25 18:3,16
18:19 19:1,7
21:2,11 22:1
23:18,19 25:5
26:3,5,12 27:8
28:7,25 29:6
30:10,24 31:25
32:2,8,21 33:2
33:8,18 34:1,6
35:6,11 36:2
38:2,17,22
39:9,22 40:3
40:22 41:23
42:6,17 43:5
43:18 44:1,4
44:14,21 46:3
46:13,24 48:7
48:22 49:11,12
49:20,23 50:11
50:18 51:1,23
53:14,16 55:12

55:15 56:3,9
56:14,20 57:5
58:4,7,17 59:6
59:19 60:21
61:1,7,9,18,24
62:3,24 63:5,7
63:21 64:8,18
65:15,23 66:12
66:14 68:1,6,7
68:17 69:4,10
69:16 70:6,10
71:17 72:3,7
72:10,16 73:6
73:11,16,22
74:4,12 75:1
75:10 76:15
78:8,13 80:15
80:16,25 81:9
81:23 82:11,18
82:25 84:4,16
85:13 86:21
87:3,23 90:2,7
91:5 92:17
93:19,22 94:5
94:6,15 95:3
95:13 96:5,9
96:22 97:16
98:2 99:6
100:7 101:18
101:22
**high** 53:7 54:5
**high-level** 21:15
72:20
**highlighting**
15:10
**Hillsborough**
1:22 104:4
105:3 106:3
**hoc** 72:4
**honestly** 99:12
**hopefully** 7:19
**hours** 89:5
**HR** 7:3 9:4,15
22:4,13,19
23:2 24:9
43:19 44:6
45:10 63:22

**huh-uhs** 8:25
**human** 6:18,24
24:9 86:6

**I**

**idea** 41:4 85:18
**identification**
11:7 13:6
14:17 17:16
18:2,18 26:4
32:20 33:1,7
46:23 49:22
50:10 53:15
56:18 61:8
72:9,15 98:1
**identify** 10:16
54:11 60:17
**identities** 23:21
25:15
**identity** 20:7,13
**implications**
66:3,11
**important** 4:7
4:10 8:25 33:4
40:13 50:7
**improvement**
92:9
**in-person** 107:9
**in-sourced**
22:24 99:25
**inappropriate**
65:22 66:2,5
**include** 16:7
31:7 37:2
40:19 52:25
60:13 61:4
64:16,17 66:17
69:12 76:8
92:13 95:1
96:15 100:25
**included** 37:12
37:19 39:1
46:1 66:24
68:12,24 69:13
79:5 86:19
95:4,12 96:19
**includes** 7:6

15:18 34:15
36:24 37:3
65:5
**including** 22:19
35:21,24 75:15
87:5 92:23
**inclusion** 60:15
**indemnification**
18:21
**indicated** 29:21
93:11
**individual** 29:25
77:8 96:21
**individually**
87:17
**individuals**
23:21 24:20,24
25:16,25 54:22
55:3 99:2
**industry** 27:3
83:22 85:15,24
90:5,11
**ineligible** 80:18
81:2,19 82:20
83:3
**Info** 4:7,10
**information**
22:7,16,19,21
24:7,21,24
25:2 32:7,18
33:4,14,25
34:3,10 35:19
36:25 37:3,4,9
37:16,18,19
38:4,7 40:6,8
40:13 41:15,24
42:1,10,15
45:19 47:9
48:15 50:2,7
50:20 51:4
52:23 57:1
58:1,10,16
59:1,7,9,12,17
59:24 74:17
75:14,14,18,21
75:24 76:9,11
76:16,17,19,24

77:4,7,9,14,15
77:23 78:3
79:4,18,24
80:6,8 81:13
87:10 95:19
98:23 100:17
101:12
**informed** 79:6,7
79:17
**initial** 4:13
24:16 25:19
**inserted** 59:13
59:24 76:5
**inserts** 42:2
47:23
**instance** 37:10
38:25 45:15
**instructed** 66:21
**instructing** 56:5
56:5
**instructs** 8:9
**insurance** 78:17
87:6 88:1
**integrations**
20:4
**interact** 27:19
**interchangeably**
24:12
**interested**
105:14
**internal** 27:4
83:17 84:6,10
84:17 85:4
91:23
**internally** 27:1
92:3
**interpret** 66:10
81:6 82:1,17
**interrogatories**
53:11 63:14
**Interrogatory**
53:20
**involuntarily**
81:7
**involuntary**
80:7
**involve** 9:5

**involved** 25:25
26:2 70:21,25
**involvement**
16:13
**involves** 63:24
**involving** 6:3
74:8 86:23
**issued** 31:15
**issuing** 88:24
**italics** 64:23,25
**item** 100:17

**J**

**J** 4:13 24:16
26:3,4
**January** 1:21
10:24 18:6
20:22 47:14,16
106:16
**Jeanice** 1:20 5:3
104:22 105:5
105:19 106:6
106:15 107:14
**Jeremy** 2:10
10:17 45:22
107:2
**Jeremy.Blume...**
2:12 107:3
**Jessica** 6:2 46:21
50:1,6,20
**job** 7:4 63:24
64:9,14 85:15
**Julie** 1:11 5:17
5:24 46:5 63:2
103:1 104:13
106:8 107:2
**July** 1:15 103:1
104:21 106:9

**K**

**K** 4:14 97:24
98:1
**keep** 38:23 39:5
39:17 58:4
73:18 85:14,24
**keeping** 45:6
**keeps** 39:3

**key** 46:18
**kind** 24:11
25:14 37:24
45:5 69:23
74:6,13 85:15
97:6
**know** 7:14,16,16
7:22 8:16
13:16 16:9,23
18:15,23 21:16
22:3 24:23
26:1 27:4,14
27:17 28:14,16
28:21 29:7,8
29:10,11,16
30:4,5,8,14,17
31:10,12 33:23
35:24 38:12,13
38:21 39:20
40:2,18 42:13
42:25 43:2,4
43:10,17 44:11
44:18,19 45:3
45:6,7,18
46:11,14 48:4
48:20 51:17
52:3 53:3,6,8
54:7 56:7,9
57:4 58:5,5,19
58:23 59:16,20
59:23 61:6
64:15 67:20
68:16 69:15
70:15,16,17,20
71:4,16 72:2,6
74:7,15,21,24
75:6,6,7,23
76:22 79:15
81:5,11,18
83:21,25 84:1
84:15 85:3,7
85:12 87:22
90:10 92:7,16
93:7,25 98:16
98:24,24 99:1
99:3,12 100:3
100:21

**knowledge**
18:20 19:9
21:10 47:6
**known** 61:2
**knows** 56:10

**L**

**L** 4:15 60:5 61:7
61:8 65:18
**Labor's** 61:12
63:18 64:3,11
**Lane** 28:2,6,15
**language** 29:16
60:12
**Large** 5:5
**law** 26:8,20
97:11 98:12
**laws** 26:16 84:2
**lawsuit** 86:23
**lawsuits** 30:6
61:3 85:10
86:3,10,16,18
86:20 92:18,25
**lead** 27:23 28:8
28:12,14 91:16
**leader** 89:18
**leaders** 90:11
**leave** 13:12
93:20 95:20,23
96:6
**legal** 56:12
65:21 75:19
82:10 91:22
**legible** 9:2
**lengthy** 17:4
**let's** 13:4 14:15
17:25 18:16
20:6 21:18
23:20 26:3
32:22 40:4,12
51:7 53:14
56:14,15 61:7
72:7 78:14
87:16 93:6
**letter** 29:21
79:14 95:11
101:17

**letters** 92:6
**Lewis** 2:11
**Life** 22:18 23:24
24:7 79:17,24
87:19 88:10
99:18,24
**limitations**
51:11 57:17
69:20 72:24
73:9
**line** 48:20,21
100:17 103:3
**lingo** 77:3
**list** 100:14 107:7
**listed** 24:22
25:20 99:14
100:23
**litigation** 74:8
**little** 7:4,20
11:23 18:9
21:18 23:7
25:3 34:18
48:11,25 68:16
69:24 101:6
**LLC** 17:13
**LLP** 2:11
**long** 6:19,25
28:8 65:12
76:19
**longer** 29:24
66:23 67:3
69:1 94:24
**look** 15:9 40:4
40:12 79:6
85:1,1 92:8
**looked** 27:15
35:3 55:20
57:6 58:11
59:8 65:17
75:12 78:19
**looking** 12:6
21:23 25:3,10
25:14 28:24
44:23 46:16
56:9 70:15
80:22 84:21
101:2

**looks** 31:23
48:13
**loss** 36:8 38:6
**lot** 19:24 23:9,13
25:24 55:13
65:22 75:24
76:3 91:15
**low-level** 21:18

_____

**M**

**M** 2:10 4:16
17:11,25 18:2
**M-I-L-L-E-R**
5:24
**Ma'am** 5:22
**Madam** 44:1
68:2
**mail** 35:5 79:21
**mailed** 50:24
75:23 79:16
83:19 84:8,18
84:22
**mailing** 55:2
**main** 107:6
**maintenance**
71:20,21
**making** 70:18
80:23 96:2
**manage** 9:13
**management**
24:10
**Manager** 6:24
**manner** 16:22
96:25
**March** 86:8
**mark** 13:4 14:15
72:8 97:18
**marked** 10:15
11:7 13:6
14:17 18:1,2
18:17 26:4
32:20 33:1,7
41:13 46:23
49:22 50:10
53:15 56:18
61:8 72:9,15
78:20 98:1

**Market** 2:11
**master** 4:16,18
17:12 18:5
83:23 90:18,23
**matter** 94:14
**matters** 15:24
**maximum** 60:13
**mean** 20:25 34:8
37:23,23 41:20
58:6 66:10
75:3,22 79:12
83:14 90:21
98:14
**Meaning** 63:2
**means** 66:6
**meant** 19:18
39:13 67:18
79:25 80:1
82:8,12
**meetings** 70:22
**member** 20:5
91:13
**memory** 17:3
29:8 42:19
90:16
**mention** 92:11
**mentioned** 98:8
**MIDDLE** 1:1
**miles** 71:22
**Miller** 1:11 5:17
5:24,25 11:16
13:19,25 18:4
24:15 32:11
39:10 41:1
44:22 50:12
56:21 62:4
63:9 65:25
66:15 75:11
93:16,23 97:18
101:19 103:1
104:13 106:8
107:2
**Miller's** 46:5
**mind** 45:6
**minute** 11:9
57:7 99:7
**misconduct**

80:13,19 81:3
81:6,19 82:2,7
82:13,15,20
83:3
**missed** 24:5
**misunderstan...**
41:8
**misunderstood**
52:6
**mobility** 7:6,8
**model** 4:24
61:11,12 62:6
62:9,11 63:18
64:3,11,17,20
65:5,10 67:4
67:10 98:8
**month** 47:4
**monthly** 84:20
84:25
**months** 29:23
30:1 66:22
67:12 71:22
**Morgan** 2:11
**motion** 66:3
**mouth** 34:7
**move** 23:20
31:14 56:22
78:14 101:6
**Moving** 57:14
**MTD** 4:15
**multiple** 12:4
17:22

_____

**N**

**N** 2:5 3:1 4:17
18:16,17
**name** 5:22,23,25
32:16,25 36:4
47:12 59:9
**narrative** 72:14
91:24
**narrowed** 92:21
**necessarily**
65:12 90:1
**necessary** 45:25
107:8
**need** 8:18 54:13

63:5 69:6
98:23
**neither** 88:19
95:4
**never** 60:22
**non-personali...**
77:13 78:2
**non-privileged**
14:25 20:12
**non-substantive**
75:3
**noncompliant**
19:11,15 25:7
**normal** 107:10
**normally** 32:9
**nos** 8:24 41:14
**notarize** 107:8
**Notary** 1:20 5:4
104:19 106:7
106:15
**noted** 93:10
**notes** 105:9
**notice** 4:3,5,8,24
6:3 11:17
13:17 14:3
16:9,13,18
19:4,11,18
20:9 21:19,20
21:25 25:7,22
26:7,20,21
27:13,16 28:18
29:2 31:16,19
33:24 34:14,20
35:13 36:1,8
37:13,20 38:5
38:25 39:18
40:15,19 41:2
41:3,6,15
42:23 43:12,14
43:20,23 44:7
44:17,23,24,25
45:15,20 46:2
46:21 47:2
48:1,10 50:5
50:23 51:11,18
51:25 52:8,16
53:22 54:11,17

55:18,21 56:10
56:25 57:8
58:25 59:11,25
61:13 62:7,10
62:11 63:18
64:4,11,17,20
65:5,10,11,13
65:22 66:16,20
67:5,7,11,22
68:9,12,22
70:19,23 72:22
73:24 74:16
75:19,23 76:23
77:17 78:21
79:2,20,25
80:2,5 83:9,11
86:3 88:24
89:8 94:18
96:14,24 97:10
98:8,11 101:3
**notices** 9:6,9
14:21 15:14,18
16:21 19:22
21:8 22:6,23
23:3 24:25
25:11 27:7
32:10 34:21
35:17,24 37:25
42:14,16 45:5
48:14 54:2
57:15 61:3
67:14 68:19
69:3,18 70:3
71:3,14,24
74:9 75:12,19
76:1 83:18
84:2,7,11
86:10,15,24
89:22 94:22
96:19 101:1
**notification** 3:9
23:22 25:16
107:1
**notifications**
20:2 84:21
99:4
**notified** 43:22

44:9,15 45:19
46:7,10,11,14
56:24
**notifying** 43:7
**November** 17:14
47:1
**number** 1:21
9:16 17:15
29:10 36:7
37:25 42:14
45:3 51:8,17
51:22 52:14,15
53:3,6,8,21
54:8,14 57:11
61:25 79:5
98:18 99:8,12
99:17 100:13
100:14,19,25
101:4,10
106:16
**numbers** 48:16
52:19 80:8
99:11 100:4,11

---

**O**

**O** 4:19 55:6
56:15,18
**Oath** 3:8 106:1
**object** 8:7
**objected** 13:20
93:10
**objection** 8:1,8
8:11 10:1
12:17,25 16:19
18:22 20:24
21:9,21 25:1
25:23 26:9,24
28:20 29:5
30:9,20 33:16
33:22 34:5
35:4,9,16
37:22 38:9,20
39:6,19 40:1
40:17 41:19
42:4,12 43:3
43:16,24 44:10
44:20 45:21

46:8 48:3,18
50:15,22 51:21
53:19 55:25
57:3 58:2,13
59:3,15 60:19
60:24 61:5
63:20 64:5,13
65:8,20 66:13
66:19 67:24
68:13,23 69:7
69:14 70:1
71:15 72:1,5
74:11,20 75:5
76:14 78:6
80:14,20 81:4
81:20 82:9,14
82:22 83:4,13
84:13 85:11
86:17 87:1,21
89:23 90:6
91:3 92:15
93:9,20 94:2
94:11,21 95:9
95:17,24 96:18
97:13 98:13
100:6
**objections** 4:22
13:16 14:2,10
14:10 63:15
73:23
**obligation** 26:15
26:19
**obligations** 84:1
**obviously** 13:18
17:2
**occurred** 45:4
**offer** 98:15
**offering** 80:24
82:2,4 83:5
93:11 95:25
96:1
**office** 2:6,13
107:6
**offices** 107:11
**oh** 8:2 9:18
**oil** 71:22
**okay** 6:6 7:12

8:3 9:8 11:5
12:14,22 13:4
14:7 17:25
18:12,16 23:15
24:2,5,20
33:12 34:2,16
35:2,12 36:3
36:11,23 37:15
39:12,16,23
40:11,23 41:8
41:12 44:5
45:23 46:19
47:7,12 48:23
49:6 52:16,19
54:10,15 58:18
59:20,23 60:3
61:20 62:6,14
63:12,17 64:19
65:4,16 67:20
70:11 71:12
72:19,22 73:15
73:17 74:3
76:16 77:13,20
78:9,14 79:10
79:23 80:3,10
82:7 83:7 84:5
84:10 87:4,24
88:16 89:11
92:18 95:14
96:5 97:17,23
100:2,8,11
101:12,18
**omitted** 68:20
94:18 95:7,10
**on-the-job**
91:15
**once** 10:15
70:14
**One's** 12:22
15:13 26:15,19
34:2 52:20
53:10 97:4
98:10
**ones** 73:8,18
75:8
**ongoing** 16:6
19:24

**open** 93:20
95:21,24 96:6
**operating** 92:2
**operation** 7:5
**operations**
89:19,24
**opinions** 66:10
**opportunity**
97:7 98:6
**order** 4:15 60:5
60:11,23 65:17
65:24 66:5
107:10
**organizational**
89:18
**original** 61:19
61:22
**outlined** 17:23
**outside** 65:21
71:9 74:16
**outsourcing**
88:10
**oversee** 7:5
89:20
**oversight** 23:6
**overview** 22:11
72:14,20

---

**P**

**P** 2:10 4:20
72:12,15 107:2
**P.A** 2:4
**PA** 2:12
**page** 3:2 4:2
11:21 15:10
31:24 34:12
36:19 41:25
47:17 53:19
60:10 61:16,21
61:25 62:16
64:20 101:5
103:3 104:1
**pages** 1:13 32:6
32:16,19,25
33:6 40:15,21
46:21 48:10,14
50:5,21 51:3,3

58:1,11,21
101:3 105:8
**paid** 107:9
**paragraph**
36:20 37:11
38:13,13 47:19
47:23 48:24
49:3,7
**paragraphs** 37:5
37:5 47:18,20
**part** 8:25 10:14
12:8,19 13:21
16:8 17:9,22
40:6 41:3,5,15
42:8,23 50:23
50:24 63:24
64:9,14,21
67:4,10 87:15
92:7 95:11
**participant**
35:18 36:25
42:10 67:21
75:25 77:8
82:5 97:1
**participants**
15:19 35:14
37:20 38:8
43:21 51:8,18
52:7 53:21
54:3 57:16
69:18 98:12,21
**particular** 35:20
**particularly**
44:12
**parties** 105:11
**parties'** 105:12
**parts** 40:18
**party** 26:11
**pause** 8:7
**pay** 79:4 100:16
**penalty** 5:11
**people** 9:16,19
24:22 25:20
51:24 54:17
57:6 67:21
68:8 70:11
76:6,8 100:4

**performance**
9:13
**performs** 9:23
**period** 15:2,5
20:14 28:23
29:22 32:11
35:12 37:21
38:8 39:25
42:11,23 44:13
51:12,15 53:23
55:23 57:18,20
57:22 58:9
60:1,14 67:23
68:9 69:22
71:5,9,10
72:24 73:1,9
83:20 88:25
95:5 97:5
99:16,17,22,23
**perjury** 5:12
**person** 81:5,10
82:1,17 89:3,7
**personal** 35:18
37:9 42:15
77:15 79:3
80:3
**personalized**
32:17 36:12,15
36:25 37:2,15
38:4 40:8
41:15 42:1,9
47:9 48:15
50:2,14,20,24
51:4 57:1,23
58:1,20 59:1,4
59:7,9,12,17
59:24 74:16
75:14,17,21
76:8,11,17
77:7,22
**personally** 86:4
**perspective**
26:14
**Philadelphia**
2:12
**phone** 88:7,14
99:17 100:14

100:25 101:10
107:11
**phrase** 60:15
**piece** 32:7 34:3
40:6 58:10,15
75:18
**pieces** 32:3
33:10,14,20,25
35:19,23 55:18
58:20 76:4
78:20
**place** 8:8 30:18
55:11
**placed** 58:21
**Plaintiff** 87:16
95:19
**Plaintiff's** 12:9
14:2 78:18
**plaintiffs** 1:4 2:3
6:1 24:22
25:21 31:16
78:16 87:5
93:4,13,24
94:1,8 95:15
96:1,3
**Plaintiffs'** 87:6,7
**plan** 4:11,20
10:21 11:2
15:2,20 22:22
31:15 34:20
35:14 36:25
37:19 38:7
42:10 43:21
51:9 52:7
53:22 54:2
57:16 67:21
69:19 72:13
82:5,5 97:1
98:11 101:15
**plan's** 20:13
**Plans** 17:14
**play** 23:7 69:25
**players** 83:23
**plays** 20:9 70:17
**please** 5:7 13:14
39:15 101:8
107:6,9

**plus** 52:25
**point** 8:12 13:22
29:18 41:13
**point-person**
27:19,20
**pointed** 36:3
55:19 99:17
**points** 65:13
**policy** 81:8
**portion** 32:5
**portions** 14:12
**position** 6:16,17
6:20 7:17
12:22 56:13
89:15
**potential** 27:5
**potentially**
85:21,25
**practice** 16:7,14
26:25 80:21
82:6
**practices** 83:5
83:16 91:20
92:4,11,13
98:17
**preceding** 73:9
**premarked**
10:19 14:1
17:11 24:16
31:18 32:15,23
46:20 49:21
53:10 55:6
60:5 61:11
72:12 97:23
**premiums** 15:25
**preparation**
12:5
**prepared** 12:1
14:24 20:11
97:3
**preparing** 12:3
**present** 73:10
**pretty** 17:4 72:4
**previous** 30:6
60:6
**previously** 43:8
100:1

**printed** 30:1
**prior** 23:24
60:23 68:18
73:25 74:8
85:10,23 86:1
89:14 93:10,23
94:8
**probably** 13:8
28:2,11 37:12
45:13 56:11
69:5
**problem** 8:18
**problems** 48:12
**procedure** 92:3
**procedures**
44:25 88:23
97:5
**proceed** 5:15
**Proceedings** 3:4
5:1
**process** 4:20
9:12 21:19,24
22:10 23:2
27:22 28:8,12
28:14 69:17,24
70:2,7 71:12
71:23 72:13
83:1 89:1
91:16,16,19,24
92:8 107:12
**processed** 22:14
22:20
**processes** 23:6
71:7 72:21
83:17 84:6,10
84:17 85:4
97:4
**produce** 14:11
16:21 20:11
54:14
**produced** 12:11
12:15 17:9
18:6 23:3
40:24 41:4,7
**PROFESSIO...**
106:6
**proper** 93:4,8

94:1,9
**provide** 14:24
14:25 16:15
20:12 21:13,16
22:15,18 95:18
**provided** 15:1
20:13 21:16
41:6,9,22,22
52:23 54:9
57:15 65:14
66:20 67:15,20
67:25 75:8
80:7 87:10
88:14 107:8
**providing** 15:16
15:18 23:2
79:18
**provisions** 16:23
18:24
**Public** 1:20 5:4
104:19 106:7
106:15
**publish** 99:11
**purposes** 10:6,9
34:2,19
**put** 32:4 34:7
48:8 49:9

**Q**
**qualifications**
91:6
**qualify** 33:21
**qualifying** 23:23
25:18 35:15
44:25 51:9
53:24 78:18
87:7 88:24
**question** 6:11
7:21,24 8:8,10
8:20 21:14
30:22 33:17
39:14 43:25
44:3 46:12
49:17 52:5
53:18 55:13
62:22 64:6,7
67:13 68:3,6

82:23 83:25
94:4 99:17
**questions** 7:15
15:23 20:4
30:21 55:13
56:22 66:9
77:5 88:12
91:22 93:10,16
94:17 96:12
97:3 98:21,22
99:1,3,15
101:11,14,19
101:21
**quick** 10:17

**R**

**R** 4:22 14:1,16
14:17 15:9
73:23
**raise** 5:6
**raised** 83:8
**random** 71:18
**range** 54:12,18
**rates** 107:10
**read** 44:2,3
48:20 49:1,4
49:15 63:12,14
65:24 69:2
101:22,24
104:6 107:6,7
107:7,9,11
**reading** 3:9
44:22 73:5
107:1
**really** 23:5 49:1
58:14 82:24
89:16 94:12,13
98:3
**reason** 23:4
34:17 41:1
47:4 80:22
83:11 93:7
**reasonably**
14:24 20:11
**reasons** 34:9
**recall** 71:1
**recalled** 88:5

**receive** 86:19
**received** 22:21
36:1 51:18,24
54:17 57:8
67:22 68:8
79:2,2,14
86:14 94:18,23
96:14,16 99:5
100:24
**receives** 77:17
**recess** 56:19
**recipient** 76:24
**recommendati...**
92:9
**record** 5:23 8:8
10:16 11:6,9
11:11,12 13:5
14:16 18:1
22:13 24:12
32:4 37:10
40:23 68:5
78:12 97:25
104:9 105:8
**records** 30:12
**refer** 13:18
**referenced**
107:5
**referencing**
73:22
**referring** 70:3
77:14 101:11
**refrain** 66:13
**regard** 86:20
87:24
**regarding** 14:25
20:12 24:24
30:7 35:20
56:25 61:3
78:4,16,23
86:14
**regards** 6:2
19:22 21:7
22:5 78:19
97:11 107:13
**regular** 16:5
85:8
**regulation's**

60:15
**regulations**
26:16 27:7
**relate** 27:7
**related** 15:24
86:18
**relates** 14:21
83:9
**relation** 87:6
88:1
**relationship**
14:20 90:13
91:2
**relative** 42:23
105:10,12
**relevant** 15:2,5
20:14 32:10
35:12,19 37:21
38:8 39:25
42:11 44:12
51:15 55:22
57:20 58:8
65:13 67:23
68:9 69:21
71:10 73:1
76:24 77:1
97:5
**relied** 98:8
**rely** 90:4
**relying** 16:14
**remember** 90:9
**remote** 2:1
85:20
**remotely** 1:22
5:2
**Rep** 4:4
**repeat** 36:19
39:14 68:2
**repeated** 47:17
**rephrase** 7:23
19:8 22:2 44:5
63:5 64:6
80:15
**report** 105:7
**Reported** 1:19
104:22
**reporter** 3:7 5:6

5:9,14 8:13
23:11,15 28:3
44:1 68:2 94:3
105:1,5,19
106:7
**REPORTING**
103:23 107:15
**represent** 31:18
32:2 49:24
**representative**
1:11 6:7 11:18
14:3 22:4 93:5
93:8 94:10,13
96:7
**representatives**
93:13
**represented**
65:13
**reps** 16:7
**request** 12:9,20
16:22 55:7
56:2
**required** 64:16
67:9 83:19
84:3,24
**requirement**
60:12
**requirements**
95:16
**requires** 64:2,10
**resigned** 81:17
81:22
**resource** 92:1
**resources** 6:18
6:24 54:16,20
55:1 70:15
80:8 86:6
91:23
**respect** 91:7,11
93:12
**responded** 92:22
**responding**
51:15 73:17
82:15
**response** 12:9
29:15 73:20,23
**responses** 4:12

4:19,22 14:2
53:11 55:7
63:15
**responsibilities**
16:24 90:21
**responsible**
16:17 17:6
23:21 25:11,15
25:16 26:7,11
89:21 90:17
**rest** 37:17
**restate** 30:22
33:17 43:25
52:5 64:6 68:6
69:9 82:23
87:14
**restated** 10:24
**restriction** 85:17
**result** 53:23
74:22 81:8
**RETURN**
103:22
**review** 26:20,21
71:13,24
**reviewed** 12:3,5
**RFAs** 4:19
**right** 5:7,25 6:7
6:9 8:6,23 9:4
9:25 10:2,9,11
10:13,23 11:14
11:16 12:1,12
14:7,15 15:6
15:10 17:19
20:18 23:25
29:15,25 31:14
32:15 34:22,24
35:3,8 36:9,12
36:16 37:1,7,7
37:13,14 38:8
41:16 42:3,7
43:2 44:9
45:11,15,20
47:5,14 48:2,8
49:15 50:3,4
52:1,13,17
53:14 54:1,10
54:12,18,23

55:3 56:14
57:14 58:12
59:2,21,22
60:3,22 61:24
63:13,17,19
67:4 68:22
71:8,10,11,21
74:19 75:21
76:11,19 77:25
78:5 79:25
80:5 81:14
87:19 88:21
89:3,5,12 90:3
90:5,19,20
91:1 94:16
95:5,8 100:9
100:12 101:2,5
101:8,16,18,22
107:6
**rights** 33:5
40:13 50:7
91:8 101:13
**Roggs** 4:12
**role** 6:22 9:4,8
15:13 20:8
69:25 70:17
86:7 89:14,17
92:7
**roles** 90:21
**Roubert** 4:8,9
4:10 6:2 16:10
46:21 47:2,10
49:4 50:1,6,20
51:4 58:12
66:17 67:16,18
75:13 81:16
86:25 87:25
88:1,16,20
94:17 96:16
**Roubert's** 68:22
**roughly** 25:8
**rule** 8:5 66:3
95:15
**rules** 7:13
**ruling** 66:2

——————
**S**
——————

**S** 4:1,24 61:11
61:20 72:7,8,9
107:15
**sake** 40:11 81:17
**sample** 84:20,21
85:1
**satisfies** 60:12
**satisfy** 95:15
**saying** 14:9 38:3
41:25 42:22
58:4 73:18
76:4,12,20,22
78:10 101:4
**says** 17:3 31:24
33:4 44:24
64:21,23,24,25
65:19 67:5,6
73:2 74:5
101:14
**Schaffer** 1:20
5:3 104:22
105:5,19 106:6
106:15 107:14
**schedule** 26:21
71:21 85:22
107:10
**scope** 17:20 21:6
65:21
**scratch** 89:12
**screen** 10:14
11:15 13:13
24:14 44:24
45:1 49:2 60:3
62:25 65:9
**scroll** 11:20,23
17:21 18:9
32:12 56:1
60:10
**search** 45:13,14
46:10,15,16,17
46:18
**searching** 46:5
**second** 20:6
44:25
**section** 43:12
**see** 10:21 11:20
25:14 27:15

36:4,9,21
47:19 48:11,19
49:9 60:18
61:14,24 62:4
64:21 65:2,9
85:2
**seen** 7:19 14:5
60:8 62:7,11
62:14 63:1,3,8
63:10,16 67:14
69:3 97:21
**send** 22:7 23:25
24:13 32:9
69:18 84:2
**sending** 19:23
24:3 25:8
**sends** 24:6,7
34:11 42:8
97:10
**Senior** 6:24
**sent** 16:10 31:19
33:3,14,20,23
34:21,22 35:2
35:7,14 36:6
37:25 40:7
41:2,3,10,16
42:14 43:20
46:21 47:2,4
50:6 51:10
53:22 66:16
68:19 78:15,21
78:23 79:8
80:4 81:12
83:19 84:22,23
84:24 92:6
98:11 100:15
**sentence** 60:18
65:9
**separated** 34:17
**separately** 34:8
34:18
**served** 13:16
**service** 21:16
**services** 4:16,18
12:19 13:3
15:1,17,25
17:7,12,13,24

18:5 20:3,5,13
21:12,17 72:21
83:23,25 90:18
90:24 91:19
99:4
**sets** 75:14
**share** 10:14
11:15 24:14
25:3 60:3
98:15
**shared** 43:8
83:14 86:11
88:11 92:1
**sheet** 3:6 103:2
107:8,8
**shorter** 29:24
66:23 67:2
68:25 94:24
**show** 31:17
32:14,23 46:19
53:9,17 55:5
60:4 61:10
66:5
**showed** 50:14
**showing** 11:17
13:25 17:10
18:4 24:15
50:4 72:11
**side-by-side**
48:9
**sign** 107:6,8,9
107:12
**SIGNATURE**
104:1
**Signed** 104:16
106:11
**signing** 107:1,7
**similar** 58:18
96:15
**sit** 58:25 74:18
81:1 93:23,25
94:7 96:10
**sitting** 45:17
**slow** 8:16
**small** 48:19
**somebody** 22:6
80:23 82:20

83:2 100:20
**SOPs** 92:3
**sorry** 8:2 15:7
19:5 23:11
28:3 32:12
41:8 43:25
45:22 49:1
52:5,10 56:1
67:24 69:8
79:11 85:18
87:13 89:4
94:3
**sort** 33:9 75:3,13
**sounds** 6:11
**South** 103:23
**space** 90:12
**SPD** 4:21
**speak** 14:12
26:21 75:20
94:13
**speaking** 66:12
77:4
**speaks** 69:11
**specific** 12:6
20:2 21:14
26:13 28:23
35:18 41:17
53:18 67:14
69:1,3 76:9
94:17,25 95:1
95:4 96:21
100:14,17
**specifically** 31:5
42:21 77:10
85:5 89:25
99:11
**specifics** 28:13
**specified** 74:1
**spell** 5:23
**spoke** 100:20
**spread** 75:19
**staffed** 99:20,24
**standard** 40:18
92:2
**start** 36:8 72:11
**started** 88:8
**starting** 14:19

23:1 39:2
**starts** 40:12
**state** 1:20 5:4,22
  94:9 104:3
  105:3 106:3,7
  106:15
**stated** 15:15
  41:20 51:14
  74:21 78:7
**statement** 11:1
  76:18
**statements**
  90:25
**states** 1:1 60:11
  101:17
**statute** 51:11
  57:17 69:20
  72:24 73:8
  92:21
**stay** 27:6
**stayed** 71:7
**Ste** 2:5
**Stenographer**
  5:3
**stenographic**
  105:9
**stenographica...**
  105:6
**stop** 6:11
**stopped** 11:15
**Street** 2:11
  103:23 107:15
**struggling** 46:9
**subcontractor**
  9:22 15:16
  18:25 70:9
**subcontractors**
  90:23
**subcontracts**
  9:24
**subject** 5:11
  14:10 73:4
  93:12 96:1
**subjective** 100:9
**submitted** 12:19
  63:11
**SUBSCRIBE**

104:8
**subscribed**
  104:16
**subsequent**
  40:20
**substance** 39:25
  43:23
**Substantially**
  58:18
**substantive** 29:3
  38:19,24 44:7
  44:16
**sued** 86:24
**suggest** 41:10
  60:16
**suggested** 65:11
**suggestions** 66:6
  67:11
**Suite** 103:23
  107:15
**summarize**
  33:24
**support** 15:21
  17:23 96:8
**supporting** 7:8
  83:8
**supposed** 80:5
**sure** 5:24 6:14
  7:5 9:1 15:8
  17:4 21:22
  22:2 25:6
  30:22,25 38:3
  49:3 56:17
  69:11 77:1,21
  78:9 82:24
  83:1 84:7,18
  84:22 90:15,16
  97:9 98:5
  100:8
**Susan** 1:3 6:1
  24:22 31:19
  32:16,24 33:23
  36:5 55:18
  100:15
**swear** 5:9
**sworn** 5:18
  106:10

**system** 22:13
  24:10,12

―――――――――
**T**
**T** 4:1
**table** 8:20
**tailored** 35:17
**take** 8:20 16:5
  30:18 38:3
  49:18 53:7
  55:11 56:15
  65:12 87:16
  93:6
**taken** 5:2 71:13
  76:25 104:21
**takes** 97:9
**talk** 8:12,15 27:4
  34:8,18 77:2
  98:3,4
**talked** 68:2
  69:23 71:5
  77:20 86:12
  91:12 98:7
**talking** 10:10
  27:2 38:16
  46:25 54:6
  90:13
**Tampa** 2:5
  103:24 107:16
**team** 7:6 9:10,12
  9:16,18 16:1
  16:12 25:22
  26:6,7,13
  27:23 28:10
  89:19,25 91:9
  91:13,14,14,22
  92:1
**tell** 7:3 12:2
  15:12 20:1,16
  21:19 29:19
  39:1 42:14,20
  43:15 48:11
  55:24 57:7
  58:8 69:24
  74:17 77:23
  81:6 83:10
  89:25 92:13

97:8 98:9
**telling** 78:3
**template** 59:13
  76:5,7
**template's** 76:6
**templates** 16:15
**tenure** 86:13
**tenured** 91:13
**terminated** 22:6
  81:7 88:2
**terminating**
  15:19 82:6
  83:6
**termination**
  35:21 47:13
  48:2 60:16
  75:16 76:10
  77:16 79:9,18
  79:22 80:4,7
  80:22 92:24
  94:19
**terminations**
  22:12,19,22
**terminology**
  94:12
**terms** 18:23 20:9
  24:20 26:6
  27:11 45:14
  46:6,18 56:12
  91:9
**testified** 5:18
  66:7
**testify** 14:11
**testimony** 5:10
  14:25 20:12
  39:8 86:22
  87:10 104:9
**testing** 90:16
**text** 29:12
**thank** 23:16
  41:12 49:14
  56:21 101:24
**thanks** 63:6
  66:12
**thing** 8:19 11:14
  11:16 22:7
  32:4 41:12

47:7 68:1
  80:10 84:5
  85:15 98:14
**things** 34:11
  36:9,11 74:24
  75:2 90:20
  97:8 98:6
**think** 21:15
  26:14 29:18
  30:2,21 31:4
  34:12 39:6,7
  43:8 45:22,25
  46:9 47:4 52:6
  53:6 56:6,12
  60:9 61:16
  62:21 63:15
  64:14 71:6
  73:3,19 74:7
  77:20 79:21
  80:10 81:16,25
  84:14 87:9,17
  88:8 89:1,17
  90:3,4,10,19
  91:12,25 92:21
  96:4,10,11
  97:2,6,14,17
  98:7,14 100:24
  101:19,20
**thinking** 45:2
**thinks** 83:11
**third** 32:7 36:19
**third-party** 9:10
  9:20
**thought** 68:15
**three** 26:13 32:5
  32:16,19 33:10
  33:14,20,25
  35:2 46:20
  48:10,13 55:18
  71:22 78:20
  101:3
**time** 8:6,6 14:8,8
  24:23 25:21
  27:3,4 28:23
  29:22 38:15
  44:13 49:10,18
  51:20 55:22

58:21 59:18,25
83:20 84:3,24
85:21,21,25,25
88:11 91:21,21
99:16,16,22,23
101:20
**time-to-time**
91:17
**timeliness** 92:6
**timely** 16:22
84:8,19
**today** 45:17
49:15 58:25
60:23 62:8,12
62:15 63:1,8
68:10 74:17
81:1 86:22
93:23,25 94:7
96:10
**told** 6:10,13 54:2
59:21 71:7
74:14 87:17
90:3 91:9 97:2
**top** 11:20 32:18
34:24 37:11
47:1 54:8
61:25 71:4
79:15
**topic** 13:20
14:19 20:6
23:20 31:15
34:19 46:25
51:7 56:23
57:14 69:17
72:22 73:2
74:5,6 78:14
83:7 85:22
87:4 88:23
91:6 93:21
95:21
**topics** 7:18,18
13:9,19 14:8
14:12 56:7
93:18
**total** 7:1 52:16
**touch** 70:12
**track** 38:23 39:3

39:5,18
**training** 86:14
86:19 91:6,10
91:15
**transcribed**
107:6
**transcript** 3:9
9:1 104:8
105:8 107:6,7
107:7,9,10
**TRANSCRIP...**
104:6
**transferred** 88:9
**transpired** 44:13
**travel** 85:16
**trouble** 19:5
87:14
**true** 42:7 57:24
105:8
**truth** 5:10,11,11
**try** 53:18
**trying** 29:1 34:4
34:10,13 42:19
59:8
**twelve** 58:1,11
58:21
**Twenty-six** 7:2
**two** 26:13,22
30:21 32:25
47:18,20 48:13
49:16 75:13
79:21 89:5
90:20
**types** 28:22
75:16 91:1
**typically** 27:6

**U**

**Uh-huh** 11:24
18:10 23:17
49:18
**uh-huhs** 8:24
**ultimately** 88:9
**understand** 6:6
6:15 7:14,22
9:15 10:10
11:3 12:7

14:13 21:22
51:2,22 66:25
69:8 76:12,19
76:21 77:6,11
77:14,18 81:21
89:6 93:17,19
94:12
**understanding**
14:23 15:3
17:7 20:10
22:8 33:12
35:1,10 47:24
65:10 67:9
77:4 83:25
88:22
**understood** 7:24
97:1
**undertake** 91:11
**undertook** 96:24
**UNITED** 1:1
**unrelated** 23:8
**use** 9:2 10:10
22:21 39:17
100:3
**uses** 71:24
**utilized** 55:20,22
69:18 72:23
99:2 100:2

**V**

**v** 60:6
**Valdivieso** 4:15
60:6
**various** 15:18
28:22 29:24
79:19 92:4
**vary** 37:8
**vehicle** 71:20
**vendors** 23:10
23:14 27:19
**version** 11:4
**versus** 20:3
**videoconference**
1:9 5:2 102:1
**view** 41:20
75:22 76:23
83:21

**violation** 81:8
**violations** 92:20
**Virginia** 17:14
**visually** 106:8
**voluntarily**
81:21
**vs** 1:5

**W**

**Wage** 9:22,25
10:6,10 12:16
12:24 13:2
14:20 15:1,13
15:15 16:2
18:21 19:14,22
19:25 20:17
21:12 22:9
23:25 27:2,12
28:9 30:7,19
31:1,6 32:9
33:15 35:7
37:17 40:7
42:2,8 43:6,15
43:19 44:6,16
45:14,20 46:22
47:21,21 55:1
57:12 59:13
68:20 69:23
71:2 74:9 85:9
89:9 90:4,14
92:12,12 99:9
**waive** 101:23
**walk** 22:10
**want** 6:14 7:16
8:7,12 9:1
10:16 32:3,22
34:7,8,18
39:14 41:12
53:18 56:8,15
65:24 66:8
67:17 74:7
77:2,21 90:15
90:16 93:15
95:24 97:7,24
100:8 101:22
**wanted** 78:9
97:18 98:5

**wanting** 23:5
**wasn't** 56:10
69:12 89:16
95:11
**way** 11:15 28:24
44:7 49:8
73:12,19,20
77:3 82:16
**ways** 65:22
74:14
**we'll** 96:3
101:24
**we're** 7:20 14:7
25:10,14 34:12
38:16 40:4
73:11,16,18
74:1 80:21,24
82:2 83:5
84:21 89:5
93:11 96:1,2
97:11
**we've** 7:18 13:20
20:15 21:16
55:19 57:19
73:1 74:13
75:12 78:19
88:25 97:6
98:7,17
**website** 98:19,20
**Wednesday** 1:15
103:1 104:21
106:9
**week** 23:1
**weekly** 23:1
**weeks** 79:21
**welfare** 4:11 7:7
10:20 11:2
72:13,21
**went** 54:3 87:11
101:4
**Wenzel** 2:4
**witness** 5:8,8,13
13:20 23:13,17
28:5 56:5 66:2
66:4,7,8,10
73:18 93:11
95:25 96:1

**Witness's** 39:8
**wondering**
  25:21
**word** 38:12,13
  59:9 65:12,12
**words** 34:7 90:9
  100:3
**work** 6:23 9:13
  17:20 21:6
  22:7,14 23:10
  24:8,9,11,13
  90:25 91:22
**worked** 6:25
**workflow** 22:3,5
**working** 20:4
**works** 9:10,22
  10:6,10 12:16
  12:24 13:2
  14:20 15:1,15
  16:2 18:21
  19:14,22,25
  20:17 21:12
  22:9,12,18
  23:24,25 24:7
  27:3,12 28:9
  30:7,19 31:1,6
  32:9 33:15
  35:7 37:17
  40:7 42:2,8
  43:6,15,19
  44:6,16 45:14
  45:20 46:22
  47:21,22 54:21
  57:12 59:13
  68:20 69:23
  71:2 74:9
  79:17,24 85:9
  87:19 88:11
  89:9 90:4,14
  92:12,12 99:9
  99:18,24
**Works's** 15:13
**Works/Health**
  9:25 55:1
**wouldn't** 20:1
  26:10 35:25
  37:4 46:14

69:6 89:25
  95:10
**write** 37:4
**written** 67:7,10
  78:15 96:25
**wrong** 31:4

---

**X**

**X** 3:1 4:1

---

**Y**

**yeah** 29:10
  34:14 37:8,9
  47:3 49:11
  55:12 59:16
  68:15 73:6,7
  73:11,22 84:14
  87:16 94:5
  100:10 101:7
  101:11
**year** 26:22 57:20
  99:25
**years** 7:2 20:8
  20:21 21:8
  25:8 26:22
  28:10,12 29:14
  30:6 45:9 73:9
  73:13,25 74:23
  91:15 92:20

---

**Z**

**Zoom** 85:19
  106:9

---

**0**

**022** 4:17

---

**1**

**1** 1:13 31:24
  53:20 105:8
  107:4
**1-1** 62:1
**10** 83:7
**101** 103:23,23
  107:15,15
**102** 105:8
**103** 3:6
**105** 3:7

**106** 3:8
**107** 1:13 3:9
**11** 4:11 33:6
  87:4
**11:55** 1:17 102:2
**1110** 2:5
**12** 40:14 50:5,21
  51:3 88:23
**12(b)(6)** 66:3
**13** 4:4 91:6
**14** 4:23 92:18
**15** 93:3
**16** 95:14
**17** 96:23
**1701** 2:11
**18** 4:16,18 29:23
  30:1 66:22
  67:12
**18-month** 60:12
  68:24
**18-months**
  76:18
**19103** 2:12
**1st** 10:24 17:14
  18:6 20:22
  105:15 106:11

---

**2**

**2** 15:10 61:25
  64:20 101:5
**20** 9:18
**20-number** 54:5
**20,000s** 53:7
**2014** 4:16 6:21
  9:5 17:14 86:6
**2017** 15:5,8
  20:22 21:4
  25:9,25 28:18
  29:4 51:16,25
  52:8 54:4
  57:20 58:9
  69:22 71:6
  73:13 96:13
**2018** 10:24
  34:23 47:1
**2019** 36:6,15,20
  47:14,16 86:7

86:8 89:3,12
**2020** 29:18,20
  30:2 31:8
  35:13 39:11,12
  39:13 42:22
  57:9 58:6 59:2
  59:21 68:18
  74:19 77:24
  96:14
**2021** 15:6,9 25:9
  28:19 29:4
  30:12 39:10
  51:16,25 52:9
  54:4 57:21
  58:9 62:1
  69:22 71:6
  73:13
**2022** 1:15 18:6
  22:15 24:2,6
  39:2,7 57:24
  71:9 103:1
  104:17,21
  105:15 106:9
  106:11 107:4
**2024** 1:21
  106:16
**215-963-5258**
  2:13
**22** 58:3
**23's** 95:15
**26** 4:13
**27** 1:15,21 103:1
  104:21 106:9
  106:16
**28,000** 76:6
**28,000-some-p...**
  67:25
**28,763** 54:2 57:6
  67:21 68:8

---

**3**

**3** 15:10 23:20
  24:6 25:15
  31:24 60:10
**30** 107:6
**30(b)(6)** 13:17
  65:21 93:12,17

**300** 2:5
**32** 4:5
**33** 4:6,7 40:25
  41:14,25
**33602** 103:24
  107:16
**33602-3343** 2:5
**3rd** 22:15,24,25
  23:24 24:2
  99:25

---

**4**

**4** 3:3 31:15
  34:19 46:25
  55:16
**43** 40:25 41:14
  42:1
**46** 4:8
**49** 4:9
**4th** 34:23 36:6

---

**5**

**5** 3:4,5 51:7
**50** 4:10
**53** 4:12
**53,000** 51:22,24
  52:13,17
**56** 4:19
**5th** 36:15,20

---

**6**

**6** 57:14 73:2
  74:6
**61** 4:15
**65,000** 52:10,11
  52:16

---

**7**

**7** 69:17
**72** 4:20,24
**73** 47:8
**75** 47:8,18
**78** 50:9
**7th** 15:8,9 47:1
  51:16,16 62:1

---

**8**

**8** 72:22 73:4

74:5
**8:21-CV-2852...**
1:4 104:21
**813-579-2483**
2:6
**877)775-9393**
101:9
**88** 50:9
**888)909-2720**
107:11

---

**9**

**9** 78:14
**9:30** 1:17
**98** 4:14
**9th** 47:14,16