JessicaRoubert_Rough

1

1         ROUGH OF JESSICA ROUBERT

2         CONSENT AND DISCLAIMER

3         CONSENT:   By opening and opting for

4    this rough draft transcript, you have agreed:

5    (1)  To purchase the final transcript at the

6    agreed-upon rate; (2) Not to furnish this rough

7    draft transcript, either in whole or in part, on

8    disk or hard copy, via modem or computer, or by

9    any other means, to any party or counsel to the

10   case.

11        DISCLAIMER:  This uncertified rough

12   draft transcript is unedited and uncertified and

13   may contain untranslated words, a note made by

14   the reporter, a misspelled proper name, and /or

15   word combinations that do not make sense.  All

16   such entries will be corrected on the final

17   certified transcript which we will deliver to

18   you in accordance with your requested delivery

19   arrangements.  Due to the need to correct

20   entries prior to certification, this rough draft

21   transcript can be used only for the purposes of

22   annotating counsel's notes and cannot be used or

23   cited in any court proceedings or to distribute

JessicaRoubert_Rough

24    to other parties in the case who have not

25    purchased a transcript copy.

♀

                                                              2

1                ROUGH OF JESSICA ROUBERT

2                        ROUGH DRAFT

3                   BACS v. CAPITAL ONE

4               WITNESS:  JESSICA ROUBERT

5                         8/1/22

6               THE VIDEOGRAPHER:  Okay.  Good

7         afternoon.  We are on the record.  This is

8         the videographer speaking, Bob Giannini,

9         with court reporter, Melissa Gilmore, with

10        Veritext Legal Solutions.  Today's date is

11        August 1, 2022.  The time is 1:02 Eastern

12        Time.

13               We are here to take the remote video

14        deposition of Jessica Roubert in the

15        matter of Susan Bacs and Jessica Roubert

16        versus Capital One Financial Corporation.

17               Will counsel please introduce

18        themselves for the record.

19               MS. HEYSTEK:  Amanda Heystek -- I'm

20        sorry.  Go ahead.

21               MR. BLUMENFELD:  Sorry, Amanda.

JessicaRoubert_Rough

22        This is Jeremy Blumenfeld from

23        Morgan Lewis on behalf of the defendants

24        in the matter.

25            I guess I will introduce my

3

1            ROUGH OF JESSICA ROUBERT

2        colleagues.  Doriyon Glass and Chris

3        Diffee also from Morgan Lewis are on as

4        else.

5            MS. HEYSTEK:  Amanda Heystek on

6        behalf of plaintiff.

7            THE VIDEOGRAPHER:  Okay.  Thank you.

8        Will the court reporter please swear in

9        the witness.

10            (Witness sworn.)

11            THE REPORTER: All set.

12            MR. BLUMENFELD:  Thank you.

13    EXAMINATION BY

14    MR. BLUMENFELD:

15        Q.    Good afternoon.  Ms. Roubert.  I met

16    you a couple minutes ago before we meant on the

17    record?  I'm Jeremy Blumenfeld.  I represent

18    Capital One in this matter and we are here for

19    your deposition today.

JessicaRoubert_Rough

20          You understand that, right?

21     A.     Right.

22     Q.     So great.  So I'm going to be asking

23  you a bunch of questions today if you could

24  provide truthful answers to the best of your

25  ability, I would appreciate that.  You

♀
                                                          4

1          ROUGH OF JESSICA ROUBERT

2  understand that you're testifying under oath as

3  if you were testifying live in front of a judge

4  or a jury, correct?

5     A.     Yes.

6     Q.     Okay.  Great.  Have you ever deposed

7  before?

8     A.     No.

9     Q.     All right.  So just some ground

10  rules to help make the deposition run more

11  smoothly especially for the court reporter and

12  the videographer.

13          First, is the correct pronunciation

14  of your name Roubert?

15     A.     Yes.

16     Q.     Okay.  Great.  Thank you for that.

17          So you have already done this a few

JessicaRoubert_Rough

18    times which is great, but if you could

19    verbalize your answers that is say yes or no

20    instead of nodding our head or shaking your

21    head or saying things like uh-huh or uh-uh

22    because the court reporter is writing

23    everything down and it is hard to distinguish

24    when you write it down uh-huh or an uh-uh or a

25    nod of the head versus a shake of the head.

5

1              ROUGH OF JESSICA ROUBERT

2              If you forget at some point in time

3    that's absolutely fine.  I might ask for

4    clarification or the court reporter might ask

5    for clarification.  It happens.  Everybody is a

6    human being.  These sorts of things happen.

7         A.    Okay.

8         Q.    If you don't understand one of my

9    questions or especially because of the

10    technology if you have trouble hearing one of

11    my questions, let me know and I will either

12    rephrase it or repeat it.  Okay?

13        A.    Okay.

14        Q.    And it's important that when I'm in

15    the middle of asking a question you wait until

JessicaRoubert_Rough

16    I'm done before you give your answer.  That

17    gives your lawyer a chance to object to the

18    question if she wants to do so and it also

19    makes it much easier for Melissa when she is

20    writing all these things down if you and I are

21    not talking at the same time.  Okay?

22         A.    Okay.

23         Q.    Great.  And I'm a human being like

24    anybody else.  If we get to a point where I'm

25    interrupting you or I didn't let you finish

                                                   6

1              ROUGH OF JESSICA ROUBERT

2    your answer, first, I apologize.  Second of

3    all, just let me know and I will make sure that

4    you get to finish your answer.  Okay?

5         A.    Okay.

6         Q.    Wonderful.  Do you have a questions

7    for me before we begin?

8         A.    No.

9         Q.    Wonderful.  Thank you.

10              So you understand that we are here

11   for your deposition, correct?

12        A.    Yes.

13        Q.    Do you understand that you are a

JessicaRoubert_Rough

14    party to a lawsuit against Capital One?

15         A.    Yes.

16         Q.    Okay.  Have you ever been a party to

17    a lawsuit before?

18         A.    No.

19         Q.    Are you a party to any other

20    lawsuits or have you been prior to today a

21    party to any other lawsuits aside from this one

22    against Capital One?

23         A.    No.

24         Q.    Okay.  And that is includes things

25    like bankruptcy proceedings, criminal

                                                    7

1              ROUGH OF JESSICA ROUBERT

2    proceedings, along those lines?

3         A.    No.

4         Q.    No meaning you have not been a

5    party?

6         A.    Correct.

7         Q.    Wonderful.  Thank you.

8              Do you have an understanding about

9    what this lawsuit is about?

10         A.    Yes.

11         Q.    Can you tell me your understanding?

JessicaRoubert_Rough

12        A.      It's about a deficient COBRA notice.

13        Q.      What is your understanding about

14   what the deficiency is that you are alleging?

15        A.      The COBRA notice did not tell me

16   specifically when the benefits would kick in,

17   how long they would be for or like if I would

18   be locked in to those benefits or not.   It

19   didn't specify those things.

20        Q.      So I would like to break that down.

21   I think you said three things.

22              One is that it didn't tell you when

23   the benefits would kick in, meaning when they

24   would start; is that right?

25        A.      Right.

                                                        8

1              ROUGH OF JESSICA ROUBERT

2        Q.      And the second thing you said was it

3   didn't till how long they would last; is that

4   right?

5        A.      Right.

6        Q.      And then the third thing is I think

7   you mentioned that it didn't say whether you

8   were locked in or not.

9              Can you explain to me what you mean

JessicaRoubert_Rough

10      by that?

11          A.      Right.  Like if I -- like how --

12      how -- how long I would have the benefits for

13      if I were able to like end the benefits or

14      continue them throughout a certain -- I didn't

15      know how long it would last for, but also, if I

16      had to keep those benefits or if I could stop

17      those benefits at a certain time.

18          Q.      Meaning you wanted to know the

19      duration of the coverage?

20          A.      Yes.

21          Q.      And also if you wanted to end it

22      early, whether you could do so?

23          A.      Correct.

24          Q.      Okay.  Is there anything else that

25      you understand the lawsuit to be about aside

                                                      9

1                ROUGH OF JESSICA ROUBERT

2       from those three things?

3           A.      Just the deficient notice but other

4       than the deficient notice, no, not about

5       anything other than the deficient COBRA notice.

6           Q.      Okay.  And the deficiency in the

7       COBRA notice as far as you understand them are

JessicaRoubert_Rough

8      the three things you identified?

9          A.    Correct.

10         Q.    Great.  Ms. Roubert, in 2017, you

11     were employed by Capital One, correct?

12         A.    Right.

13         Q.    And you had medical coverage for

14     yourself, your husband and your son in 2017?

15         A.    I believe so, yes.

16         Q.    Okay.  And then in 2018, you decided

17     not to have medical coverage for your son

18     anymore, correct?

19         A.    Correct, it was just myself for the

20     medical and my son had the dental.

21         Q.    Did you have dental also?

22         A.    Yes.

23         Q.    How come you decided for the 2018

24     calendar year not to have medical coverage for

25     your son?

                                              10

1              ROUGH OF JESSICA ROUBERT

2          A.    My son has a disability.  He's

3      autistic and I was thinking about leaving

4      Capital One.  I wanted to get him Medicaid

5      through the government.

JessicaRoubert_Rough

6        Q.    So he was on Medicaid in 2018?

7        A.    No, he didn't qualify for some time.

8    It took -- it took a while.

9        Q.    So it's my understanding that you

10   ceased his medical coverage sometime in the

11   middle of 2017.

12       A.    I don't remember.

13       Q.    Okay.

14       A.    I'm sorry.  It was a long time ago.

15       Q.    Do you have any documents that would

16   reflect when your son qualified for Medicaid?

17       A.    I don't.  That was four -- three

18   years ago, four years ago.  I don't have those

19   documents.

20       Q.    Okay.  Is your son on Medicaid

21   today?

22       A.    Yes, he is on Medicaid today.

23       Q.    Was he on Medicaid last year?

24       A.    Yes.

25       Q.    So that was 2021, correct?

                                                  11

1             ROUGH OF JESSICA ROUBERT

2        A.    Correct.

3        Q.    Was he on Medicaid in 2020?

Page 11

JessicaRoubert_Rough

4        A.    I believe so, yes.  I think so.

5        Q.    So what about 2019?

6        A.    I believe so.  I'm not sure exactly.

7    I believe he would have started in 2019.  I

8    don't know exactly when though.

9        Q.    And am I understanding correctly

10   that you decided not to have any medical

11   insurance for your son because you applied for

12   Medicaid?

13       A.    No.  He qualified through Kid Care,

14   but that's paid insurance, Florida Kid Care.

15       Q.    I gotcha.  So when did he qualify

16   for Kid Care?

17       A.    I believe as soon is a dropped him

18   from that insurance at Capital One.

19       Q.    Gotcha.  So in the 2018 year,

20   starting at the beginning of the year if not

21   sooner, he wasn't on the Capital One insurance

22   because he had Kid Care?

23       A.    I believe so.

24       Q.    Okay.

25       A.    There may have been a few months

                                                12

1              ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2    where he was uninsured because I had to

3    qualify, but...

4         Q.    It was several months before you

5    decided to resign your employment in October of

6    2018 that he already had coverage through Kid

7    Care?

8         A.    I'm not sure about that.

9         Q.    Okay.

10        A.    I'm not a hundred percent sure.  I

11   really don't remember.

12        Q.    In some of the records that we have,

13   we saw that there was a argument that you had

14   with one of your co-workers about your son and

15   his coverage under Medicare.

16             Do you remember that?

17        A.    No.

18        Q.    You don't remember filing a

19   complaint with human resources about him?

20        A.    No.

21        Q.    Okay.  Do you recall that when you

22   decided to resign your employment with Capital

23   One, your son was not covered under the Capital

24   One medical benefits?

25        A.    Right, he was not covered under

Page 13

JessicaRoubert_Rough

♀

13

1               ROUGH OF JESSICA ROUBERT

2    Capital One when I resigned.

3         Q.    Got it.  And tell me why that was.

4         A.    Because I was thinking about leaving

5    for a while prior to -- to when I resigned, and

6    also I wanted to try and get him Medicaid.

7    That was my goal for him, for his medical

8    insurance.

9         Q.    Right.  But why did you drop him

10   from the Capital One medical plan?

11        A.    Because he had to be uninsured to

12   get -- to qualify for that.  You can't have

13   medical insurance paid through -- from your

14   employer if you're going to receive Medicaid.

15        Q.    Gotcha.  And you know that was

16   before you resigned your employment but you're

17   not sure how much before?

18        A.    Right.  I'm sorry.  I don't remember

19   but I do know that he was not on Capital Ones

20   medical.

21        Q.    Gotcha.  And if you don't remember

22   something that's a perfectly appropriate answer

23   to give me so there is no apology necessary.

JessicaRoubert_Rough

24          One thing I didn't mention if we get

25      to a point in the deposition where you feel

♀

                                                        14

1           ROUGH OF JESSICA ROUBERT

2       like you want to take a break, you just let me

3       know and we will find a good place to do that.

4       Okay?

5           A.    Okay.

6           Q.    Great.  After you dropped your son

7       from your medical insurance, you continued to

8       have him on your dental insurance?

9           A.    Yes.

10          Q.    How come?

11          A.    Because Medicaid often doesn't cover

12      dental any way.  Also, the dental insurance at

13      Capital One was really good.  He saw a

14      specialized dentist because he does have

15      autism.  So he goes more often to get his teeth

16      cleaned.

17          Q.    Did your son eventually qualify for

18      dental insurance through Medicaid?

19          A.    Eventually.  It took -- that took a

20      long time.

21          Q.    Did he qualify for dental insurance

JessicaRoubert_Rough

22   through Kid Care?

23       A.   No, they do not provide dental.

24       Q.   Okay.  Ms. Roubert, could you go to

25   what's in the exhibit shoulder as Exhibit 1 and

                                                        15

1            ROUGH OF JESSICA ROUBERT

2    look at that document.

3            (Document marked for

4        identification.)

5        A.   Yes.

6        Q.   Let me know when you have that up in

7    front of you.

8        A.   I have it.

9        Q.   Great.  Amanda maybe to state the

10   obvious if you have trouble downloading o or

11   looking at anything just let me know and we

12   will wait until you have had a chance to do so?

13           MS. HEYSTEK:  I have got it.

14           MR. BLUMENFELD:  Great.

15       Q.   So Ms. Roubert, Exhibit 1 are the

16   documents that you produced to us in response

17   to our discovery requests.  There are 17 pages

18   of them and you see at the bottom of the first

19   page it says Roubert,J. and then the number

JessicaRoubert_Rough

20    one?

21         A.    Yeah.

22         Q.    That little notation at the bottom

23    there that's called a Bates number and that

24    just signifies that your lawyers produced this

25    document to us and they numbered them pages 1

♀                                                    16

 1              ROUGH OF JESSICA ROUBERT

 2    through 17.  Okay?

 3         A.    Okay.

 4         Q.    Great.  So the first page of this

 5    document is the document that reflects your pay

 6    statement for the first part of 2018, correct?

 7         A.    Yes.

 8         Q.    And do you see there is some

 9    information that's blacked out there at the top

10    and then again at the bottom?

11         A.    Yes.

12         Q.    Those are called redactions.  That's

13    just information that your lawyers blacked out

14    because they didn't think it was relevant and

15    perhaps because it was personal or confidential

16    to you like at the bottom I assume that's your

17    account name and account number that was

Page 17

JessicaRoubert_Rough

18    blacked out there.

19          Do you see that?

20    A.    Yes.

21    Q.    I just wanted to explain that to you

22    so you understood why this may look a little

23    bit different than the document us might have

24    already given initially to your lawyers.

25    Understood?

                                                    17

1           ROUGH OF JESSICA ROUBERT

2     A.    Yes.

3     Q.    Great.  If you turn to the second

4     page, this is your W-2 from Capital One,

5     correct?

6     A.    Yes.

7     Q.    And if you turn to the third page,

8     this is a Power Design 2018 benefits only

9     enrollment form, correct?

10    A.    Yes.

11    Q.    Okay.  And then there is some other

12    documents behind there as well.

13          Do you recall when specifically you

14    resigned from Capital One?

15    A.    October of 2018.

JessicaRoubert_Rough

16      Q.    Do you remember the day?

17      A.    No.

18      Q.    Okay.  Let's go back.

19            MR. BLUMENFELD:  Doriyon, we could

20      aid the e-mail regarding Ms. Roubert's

21      resignation as Exhibit 2.

22            (Document marked for

23      identification.)

24      Q.    You just got to wait a few seconds

25      for it to get uploaded and then it should be

                                                18

1            ROUGH OF JESSICA ROUBERT

2      appear in the folder.

3      A.    Okay.

4      Q.    Do you see that document now,

5      Ms. Roubert?

6      A.    One moment.

7      Q.    Sure.

8            MS. HEYSTEK:  Do we have to refresh

9      this?

10           MR. BLUMENFELD:  Yeah, if you click

11      on the folder Amanda.

12           MS. HEYSTEK:  Uh-huh.

13      A.    I see it.

                    Page 19

JessicaRoubert_Rough

14      Q.    Great.

15            MR. BLUMENFELD:  Amanda, were you

16      able to see it as well?

17            MS. HEYSTEK:  Got it.

18            MR. BLUMENFELD:  Great.

19      Q.    So Ms. Roubert, Exhibit 2 is your

20      resignation letter, correct?

21      A.    (Document review.)  Exhibit -- yes,

22      yeah.

23      Q.    It's the e-mail you sent to your

24      manager and then it attaches on page 2 the

25      actual letter?

                                                    19

1              ROUGH OF JESSICA ROUBERT

2       A.    Yes.

3       Q.    And you sent this to your manager on

4       October 14 of 2018?

5       A.    Yes.

6       Q.    And you were giving two weeks

7       notice, correct?

8       A.    Correct.

9       Q.    So were you telling him on

10      October 14 that your last day would be

11      October 28 of 2018, correct?

JessicaRoubert_Rough

12      A.     Correct.

13      Q.     Great.  At the time that you sent

14   this resignation letter, did you ever an

15   understanding about the existence of COBRA or

16   what it was?

17      A.     No.  I knew -- I've heard of COBRA.

18   I knew of -- yes I knew the existence of COBRA

19   but I didn't know the details such as when I

20   would get it or if I would be offered COBRA yet

21   on October 14.  I wasn't a hundred percent sure

22   how that would work.

23      Q.     So on October 14 when you sent that

24   resignation letter, what did you understand

25   about COBRA?

♀

                                                    20

1            ROUGH OF JESSICA ROUBERT

2      A.     I thought that it would continue my

3   health insurance through Capital One.

4      Q.     Did you have -- anything else?

5      A.     No.

6      Q.     Did you have an understanding about

7   the fact that you would need to pay for it?

8      A.     Yes.

9      Q.     Did you have an understanding about

JessicaRoubert_Rough

10    how much you would need to pay for it?

11        A.    I did not know that at -- no.

12        Q.    Okay.

13        A.    I didn't know exactly how much it

14    would be.

15        Q.    Did you have a sense approximately

16    as to how much it would be?

17              MS. HEYSTEK:  Object to form.

18              You can answer.

19        A.    I believed it would be probably more

20    than what I was paying, but I would get to keep

21    my insurance that I had.  I think that's what I

22    thought at the time.

23        Q.    Did you have an understanding as to

24    approximately how long it would last?

25        A.    No.

                                                21

1              ROUGH OF JESSICA ROUBERT

2         Q.    Not at all, whether it was one month

3    or one year or five years or anything like

4    that?

5         A.    I didn't know that.

6         Q.    So at the time you submitted your

7    resignation letter, what was your plan for your

JessicaRoubert_Rough

8    medical insurance?

9         A.    My hope was to keep it at least for

10   my own medical insurance.

11        Q.    What about your dental insurance?

12        A.    I didn't know if it would be

13   possible.  I had to wait on getting more

14   information.

15        Q.    Okay.  And what about your husband?

16        A.    He wasn't on my -- on my Capital One

17   medical insurance.

18        Q.    What about dental?

19        A.    He wasn't on the dental.

20        Q.    Okay.  And what about your son's

21   dental coverage?

22        A.    I would have liked to keep it.

23        Q.    Did you do anything to learn more

24   about COBRA in between October 14 when you sent

25   your resignation letter and October 28, your

                                                22

1              ROUGH OF JESSICA ROUBERT

2    last day?

3         A.    No, because they were going to mail

4    me a packet.  I didn't think that was my

5    responsibility at the time.

                    Page 23

JessicaRoubert_Rough

6        Q.    Oh, I wasn't suggesting it was your

7   responsibility?

8        A.    Okay.

9        Q.    I was just asking.

10       A.    Okay.  I was just making sure

11  because I didn't think -- I knew at that time I

12  didn't think that was something I would have to

13  do.

14       Q.    How did you know that?

15       A.    How do I know what?

16       Q.    That it wasn't something you would

17  have to do that you would get some notice about

18  the COBRA?

19       A.    That I would get a packet about my

20  insurance?

21       Q.    Yes.

22       A.    I believe my manager told me.

23       Q.    Okay.  Who was your manager at the

24  time?

25       A.    It was a younger guy oh Jayson.

                                              23

1              ROUGH OF JESSICA ROUBERT

2   Jayson Asciolla.

3        Q.    Just for the court reporter, could

JessicaRoubert_Rough

4    you spell Asciolla?

5        A.    A-S-C-I-O-L-L-A.

6        Q.    And is there anybody else that you

7    spoke to besides your manager about COBRA?

8        A.    I don't think it was specifically

9    about COBRA.  I had an exit interview, and I

10   believe the exit interviewer also stated I

11   would be receiving information about COBRA, my

12   health insurance in the mail about continuing,

13   and that was it.

14       Q.    Got T could you go back Ms. Roubert

15   to Exhibit 1?

16       A.    Go back to Exhibit 1.  Okay.  Okay.

17       Q.    Let me know when you have it in

18   front of you?

19       A.    I have my pay stub in front of me.

20       Q.    Great.  So you did not produce to us

21   a COBRA packet of paperwork.

22       A.    No.

23       Q.    How come?

24       A.    I couldn't find it.

25       Q.    Did you receive it, though?

24

1                ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2          A.    Yes.

3          Q.    Okay.

4          A.    I received something, something

5    about COBRA.

6          Q.    Sorry.  Are you sure about that,

7    Ms. Roubert?

8          A.    No.  I received -- I'm trying to

9    think.  I'm sorry.

10         Q.    That's okay.  Take your time.

11         A.    I received a notice and I -- I

12   received a letter and received a notice.

13               I do believe I received a packet.  I

14   believe I did, but it -- I don't think it was

15   completely about COBRA.  I'm sorry.  I'm just

16   having trouble recalling exactly what I

17   received.

18         Q.    That's okay.  Let's see if I can

19   help refresh your memory.

20               MR. BLUMENFELD:  Doriyon, could we

21         load the term letter 2018 -- sorry.

22         Roubert termination of health and welfare

23         coverage notice.  We will mark this as

24         Exhibit 3.

25               (Document marked for

                        Page 26

JessicaRoubert_Rough

♀

25

```
1              ROUGH OF JESSICA ROUBERT

2         identification.)

3         Q.    It should be loaded now,

4    Ms. Roubert.

5         A.    Okay.

6         Q.    Can you take a minute to look at

7    Exhibit 3?

8         A.    Yes, I see it.

9         Q.    Is this a document that you received

10   from Capital One shortly after the termination

11   of your employment?

12        A.    Yes.

13        Q.    Is this the document that you were

14   referring to that talks about COBRA and also

15   talks about other benefits?

16        A.    Yes.

17        Q.    Do you also recall receiving a

18   separate packet that's just about COBRA?

19        A.    Yes, I believe I did.  It talked

20   about my benefits and what those would be, I

21   believe.

22        Q.    So you're looking at Exhibit 3 right

23   now, correct?
```

JessicaRoubert_Rough

24      A.    Yes.

25      Q.    And so that's a document that you

26

1            ROUGH OF JESSICA ROUBERT

saw and looked at and you read that?

2

3       A.    Yes.

4       Q.    Okay.  You also recall receiving a

5  separate document about COBRA?

6       A.    A notice?  No, it would have been

7  that -- I believe it was just this -- this is

8  what I'm thinking of and the packet.

9       Q.    And when you say the packet, what

10  are you referring to?

11      A.    It was just like benefits coverage.

12  It's basically saying that I had all the same

13  benefits.  It's my same health plan, the

14  benefits that were covered before would have

15  been the same.

16      Q.    Okay.  Is that a document that you

17  produced to us?

18      A.    I don't have it.

19      Q.    Okay.

20      A.    I don't have that.

21            MR. BLUMENFELD:  So let's do this.

JessicaRoubert_Rough

22          Let's mark Doriyon if you could upload I

23          think it's listed as document R, the

24          Roubert COBRA election notice.

25                (Document marked for

                                                    27

1                 ROUGH OF JESSICA ROUBERT

2           identification.)

3           Q.    That should be in the folder now,

4     Ms. Roubert.

5           A.    Okay.

6           Q.    And I may have more questions for

7     you, but for now, I want you to take a minute

8     to look at this document, Exhibit RO 4, RO for

9     Roubert, and let me know if this is a document

10    that you recall receiving?

11                MR. BLUMENFELD:  Is this all 12

12          pages?  Okay.  That's a lot.

13          A.    (Document review.)  I don't.  This

14    doesn't look like what I received.  I'm sorry.

15          Q.    What's that, Ms. Roubert?

16          A.    I said, I'm sorry, I don't recall

17    receiving this.

18          Q.    Okay.  Do the best of your

19    recollection you didn't receive this?

JessicaRoubert_Rough

20      A.    To the best of my recollection, this

21   is not like a book.  This is like individual

22   and this doesn't talk about the benefits uh-uh.

23      Q.    Okay.  So near as -- near as you can

24   recall you did not receive this document,

25   correct?

                                              28

1            ROUGH OF JESSICA ROUBERT

2       A.    No, I don't remember this.

3       Q.    Sorry say that again, Ms. Roubert?

4       A.    No, I don't recall receiving this.

5       Q.    Okay.  And have you had a chance to

6   look at all the pages?

7       A.    I'm looking through them quickly

8   now.

9       Q.    Okay.  Take your time.

10      A.    Okay.  (Document review.)  It wants

11   me to get health insurance through the

12   Marketplace.

13      Q.    It has a lot of information

14   including information about the Marketplace?

15      A.    Okay.  Okay.  (Document review.)

16      Q.    Sorry say that again Ms. Roubert?

17      A.    It's just a bunch of -- I said there

JessicaRoubert_Rough

18    is just a bunch of other stuff.  Okay.

19         Q.    You have had a chance to look now at

20    all 16 pages?

21         A.    One more minute.  Sorry.

22              MS. HEYSTEK:  Jessica, take your

23         time and go through all of it.

24              THE WITNESS:  Okay.  Thanks.

25         A.    (Document review.)  Okay.  I kneel

                                                   29

1              ROUGH OF JESSICA ROUBERT

2    like I'm -- I have got a grip on T I feel like

3    I'm --

4         Q.    You know what you're looking at at

5    least?

6         A.    Right, I know what I'm looking at.

7    Okay.

8         Q.    And having had a chance to look at

9    the document and take your time, this is not a

10   document that you remember receiving, correct?

11        A.    No.

12             MS. HEYSTEK:  Object to form.

13        Q.    And you don't remember reading this

14   document?

15        A.    I don't remember.

                      Page 31

JessicaRoubert_Rough

16      Q.    Okay.  Could you look at the first

17    page of this document?

18      A.    Yeah, I see the bold letters and it

19    feels like it's just wanting me to sign up for

20    coverage through the Marketplace.

21      Q.    Okay.  Can you look at the first

22    page of this document?

23      A.    Yes, that's what I'm reading in the

24    bold.  My name, Capital One.

25      Q.    On the first page, right underneath

                                                    30

1          ROUGH OF JESSICA ROUBERT

2    COBRA coverage election notice, do you see in

3    all caps bold?

4      A.    Yes COBRA coverage, okay.

5      Q.    Do you see right below that it says

6    date of notice?

7      A.    Yes.

8      Q.    What's the date of that that's

9    listed?

10      A.    11/7/2018.

11      Q.    Okay.  And then it also lists the

12    date of coverage loss, correct?

13      A.    Right.

JessicaRoubert_Rough

14      Q.    And that's 10/31/2018?

15      A.    Yes.

16      Q.    Okay.  Does that refresh your memory

17  that this is a document that you've ever seen

18  before?

19      A.    No.

20      Q.    Okay.  We have looked at now

21  Exhibit 3 and we have looked at Exhibit 4,

22  correct, Ms. Roubert?

23      A.    Yes.

24      Q.    Is Exhibit 3 the document that you

25  think didn't have the information that it

                                                        31

1              ROUGH OF JESSICA ROUBERT

2  should have included?

3      A.    Let me look at Exhibit 3.

4      Q.    Okay.

5      A.    (Document review.)  No, that wasn't

6  it.

7      Q.    Okay.  And Exhibit 4 wasn't it

8  either, correct?

9      A.    I don't remember exactly receiving

10  Exhibit 4, but I must have if you have it and

11  it's just been so long that I'm not -- I'm not

JessicaRoubert_Rough

12    remembering exactly what I'm looking at.  And I

13    don't want to say that I a hundred percent

14    remember that.  But it's encouraging me to go

15    to the Marketplace.  I do think -- do I think I

16    got that.

17         Q.    I'm sorry Ms. Roubert?  Look I'm

18    just --

19         A.    No, I'm not confused.  I know the

20    first the Exhibit 3 is not the COBRA notice.

21    That's just what I got initially and then I got

22    a packet and the packet had like a -- it was a

23    large envelope.  It's possible that Exhibit 4

24    was in it and I'm just not recalling that exact

25    document the way I'm looking at it right now.

                                                    32

1              ROUGH OF JESSICA ROUBERT

2         Q.    You don't remember receiving

3    Exhibit 4 and you don't remember reading

4    Exhibit 4?

5         A.    I don't remember.

6         Q.    Okay.  Could we go back to

7    Exhibit 1, Ms. Roubert?

8         A.    Yes.

9         Q.    Can you go to the page that has that

JessicaRoubert_Rough

10      Bates number three in the lower right-hand

11   corner?

12          A.   Okay.

13          Q.   That's the Power Design paperwork.

14          A.   Okay.

15          Q.   Do you have that in front of you?

16          A.   Yes.

17          Q.   Great.  So first the personal

18   information lists a name there.

19               What name is that?

20          A.   Efrain Roubert Nieves.

21          Q.   And who is that?

22          A.   My spouse.

23          Q.   Okay.  And you're still married?

24          A.   Yes.

25          Q.   Okay.  And this shows his date of

♀

                                                    33

 1               ROUGH OF JESSICA ROUBERT

 2   hire at Power Design as January 20, 2018,

 3   correct?

 4          A.   Yes.

 5          Q.   And that's when he was hired?

 6          A.   Yes.

 7          Q.   Whose handwriting is that at the top

JessicaRoubert_Rough

8    of that page?

9        A.    Mine.

10       Q.    Okay.  And this is a request for

11   benefits in 2018, correct?

12       A.    Yes.

13       Q.    And do you know if your husband had

14   medical insurance through Power Design prior to

15   this paperwork?

16       A.    He did.

17       Q.    Okay.  And so as you scroll towards

18   the top of the first page it shows the cost of

19   medical insurance, correct?

20       A.    Correct.

21       Q.    And it also shows the cost of dental

22   insurance?

23       A.    Right.

24       Q.    And the medical insurance is through

25   Aetna?

♀

                                            34

1              ROUGH OF JESSICA ROUBERT

2        A.    Yes.

3        Q.    And Capital One's medical insurance

4    is also through Aetna?

5        A.    Yes, no Capital One was Blue Cross

JessicaRoubert_Rough

6    blue shield.

7         Q.    Okay.  And how come your husband had

8    his medical insurance through Power Design

9    while you were working for Capital One and you

10   had your insurance through Capital One?

11        A.    His employee only was I believe

12   cheaper for him.  It was cheaper for us to

13   split it up whereas if he was -- like it was

14   cheaper monthly for me to have my insurance on

15   Capital One and his on Power Design rather than

16   we were together.

17             As you can see through his employee

18   spouse -- when you add your spouse it's more

19   expensive so it was cheaper for us to split.

20        Q.    So I understand that but why not

21   have insurance for your husband with Capital

22   One and insurance for your husband with Power

23   Design?

24        A.    Why would we have both Power Design

25   and Capital One?

                                                    35

1              ROUGH OF JESSICA ROUBERT

2         Q.    I don't know.  Why wouldn't you?

3         A.    He only needed insurance through his

                      Page 37

JessicaRoubert_Rough

4    company.

5         Q.    Okay.  So if you have one set of

6    insurance, you don't then need to spend the

7    money on another?

8         A.    Right.

9         Q.    Okay.  And likewise for you, how

10   come you didn't have insurance for yourself

11   under Capital One and insurance for yourself

12   through your husband at Power Design?

13        A.    I only used my insurance through

14   Capital One.

15        Q.    So again once you have one insurance

16   you don't need another?

17        A.    Right.

18        Q.    Okay.  In the middle of this page

19   there is some information including a social

20   security number and a date of birth for house

21   the date of first is 1983.

22             Do you see that?

23        A.    Yes.

24        Q.    Is that also your handwriting?

25        A.    Yes.

♀

36

1              ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2      Q.     And that's a reference to you

3   getting coverage?

4      A.     Right.

5      Q.     And then at the bottom of the page

6   are you the one who checked these boxes?

7      A.     Yes.

8      Q.     If you turn to the next page of this

9   document there are again some boxes checked

10  waiving short term disability and long term

11  disability.

12          Do you see that?

13     A.     Yes.

14     Q.     Are you the one that checked those

15  boxes?

16     A.     Yes.

17     Q.     The next page has information about

18  life insurance with the boxes checked waive,

19  waive.

20          Do you see that?

21     A.     Yes.

22     Q.     And that again was you checking

23  those boxes?

24     A.     Yes.

25     Q.     Next page has updated emergency

Page 39

JessicaRoubert_Rough

♀

37

```
 1                ROUGH OF JESSICA ROUBERT

 2      contact information.

 3                Do you see that?

 4        A.    Yes.

 5        Q.    And that's your name?

 6        A.    Yes.

 7        Q.    And your relationship being wife,

 8      correct?

 9        A.    Right.

10        Q.    And again that's your handwriting?

11        A.    Yes.

12        Q.    And did your husband sign this

13      document?

14        A.    Yes.

15        Q.    So the bottom of that last page

16      that's the part that he filled out?

17        A.    Yep.  I put in the date I filled out

18      everything and I said sign here.  That's pretty

19      common for married people.

20        Q.    Understood.  Yes.

21                And the date that you wrote there

22      was October 30 of 2018, correct?

23        A.    Right.
```

JessicaRoubert_Rough

24          Q.    So -- and you wrote that accurately?

25          A.    Yes.

                                                                38

1                ROUGH OF JESSICA ROUBERT

2           Q.    So you intended for your husband to

3     submit this on October 30 of 2018?

4           A.    No, just after.  Any time after that

5     date.

6           Q.    Okay.

7           A.    I actually probably wrote an earlier

8     date, but.

9           Q.    What do you mean?

10          A.    I just wanted to right an earlier

11    date so that he could hand it in any time after

12    that date.

13          Q.    So when did you think you wrote that

14    date?

15          A.    Probably in November.

16          Q.    Do you remember?

17          A.    Not exactly.

18          Q.    So you're saying you wrote a false

19    date on this document?

20                MS. HEYSTEK:  Object to form.

21          A.    It's possible.

JessicaRoubert_Rough

22        Q.    Okay.  Do you recall when you made

23    the decision to get insurance through your

24    husband?

25        A.    When I didn't know if I was going to

⚥

39

1              ROUGH OF JESSICA ROUBERT

2    be able to stay on my insurance or when my

3    insurance exactly would -- would be ending.

4              MS. HEYSTEK:  Jeremy, let me know if

5         there's a good time for a break.  Just a

6         five minute.

7              MR. BLUMENFELD:  Sure.  Do you need

8         to take one now or do you want to -- I

9         have some more questions to go, but I'm

10        happy to take one now if you need.

11             MS. HEYSTEK:  Yeah, if you could do

12        it now.

13             MR. BLUMENFELD:  That's fine.  Five

14        minutes, ten minutes?

15             MS. HEYSTEK:  Just five.

16             MR. BLUMENFELD:  Okay.

17             THE VIDEOGRAPHER:  The time is 1:52.

18        We're off the record.

19                  (Recess taken.)

JessicaRoubert_Rough

20          THE VIDEOGRAPHER:  Okay.  The time

21     is 158.  We're back on the record.

22   BY MR. BLUMENFELD:

23          Q.    Ms. Roubert, you understand you're

24   still under oath?

25          A.    Yes.

40

1          ROUGH OF JESSICA ROUBERT

2          Q.    You understand you have the same

3   obligation to tell the truth as if you were

4   testifying live in front of the judge or a

5   jury?

6          A.    Yes.

7          Q.    Wonderful.

8                We were just looking at the Power

9   Design benefit election paperwork.  And it's

10   dated October 30 of 2018, correct?

11          A.    Correct.

12          Q.    But you're saying that you back

13   dated it?

14          A.    Yes, that's possible.  I'm sure that

15   I would have done that.

16          Q.    You're sure that you did do that?

17          A.    It's very likely, yes.

JessicaRoubert_Rough

18      Q.     Okay.  And you said that you did

19   that -- when did you make the decision to

20   switch to the Power Design benefits for

21   yourself?

22      A.     Probably in November.

23      Q.     Can you be more specific than that?

24      A.     The beginning of November.

25      Q.     Okay.  So if you could go back to

                                                      41

1               ROUGH OF JESSICA ROUBERT

2    Exhibit 3, Ms. Roubert.

3       A.     Okay.  Okay.  Yes.

4       Q.     You have that in front of you?

5       A.     Yes.

6       Q.     And this is a document you do

7    remember receiving, correct?

8       A.     Yes.

9       Q.     And you read it at the time?

10      A.     Yes.

11      Q.     And there document --

12      A.     Oh Exhibit 3.  I'm sorry.  I'm on

13   the wrong -- I'm sorry.  That's not the Power

14   Design paperwork, right?  You're talking about

15   the Capital One --

JessicaRoubert_Rough

16          Q.    Why don't you take a minute to make

17    sure you have Exhibit 3 in front of you?

18          A.    I've got it yes, I have it now.

19          Q.    It's dated November 2, 2018?

20          A.    Yes, I have.

21          Q.    And this is a document you remember

22    receiving?

23          A.    I remember this.

24          Q.    And you remember reading it?

25          A.    Yes.

                                                      42

1                ROUGH OF JESSICA ROUBERT

2          Q.    And this document tells you in

3     bolted letters in the second paragraph your

4     health benefit coverage will end on October 31

5     of 2018?

6          A.    Correct.

7          Q.    And so when you read this at least,

8     you into you that your health benefit coverage

9     would end on October 31 of 2018, correct?

10          A.    I knew that what I was paying for

11    with Capital One would have ended.  I didn't

12    know if it would continue under COBRA.  I

13    wasn't sure about that, but yes, from what I

JessicaRoubert_Rough

14      was paying for with Capital One I knew it would

15      end on the 31st.

16          Q.    Okay.  And did you know that even

17      before you got this November 2, 2018, letter?

18          A.    I wasn't sure at the time what I

19      remember from back then.  I can't recall.

20          Q.    In fact, in your exit interview

21      somebody told you that your medical benefit

22      coverage would end as of on the 31 of 2018,

23      correct?

24          A.    I don't recall.

25          Q.    Okay.  And can you tell me time wise

                                                    43

1           ROUGH OF JESSICA ROUBERT

2       whether you filled out the Power Design

3       paperwork before or after this November 2,

4       2018, letter?

5           A.    This would have been after I would

6       have filled out the Power Design after.

7           Q.    Okay.  And you said you filled out

8       the Power Design stuff when you didn't know

9       when your coverage with Capital One was going

10      to end.

11          A.    Right, I wasn't sure what I wanted

JessicaRoubert_Rough

12    to do.  I wanted to keep my doctor I was seeing

13    a specific person, and I wanted to see if I was

14    going to be able to try and keep what I had so

15    I could keep seeing that person and make the

16    best decision for myself at the time.

17         Q.    And how did you get an answer to the

18    question of whether you could continue your --

19    to see that same doctor or not?

20         A.    I never really did.  I just made the

21    best decision that I could at the time.

22         Q.    Okay.  And you know that you

23    submitted or filled out this paperwork in early

24    November of 2018, correct?

25         A.    Yes.

                                                    44

1              ROUGH OF JESSICA ROUBERT

2         Q.    The Power Design paperwork?

3         A.    Yeah.

4         Q.    But you can't be more specific than

5    that?

6         A.    No.

7         Q.    Do you remember when that coverage

8    started?

9         A.    No.

JessicaRoubert_Rough

10      Q.      Okay.  Did you have a period of time

11   when you had no insurance coverage?

12      A.      Yes.

13      Q.      For yourself?

14      A.      Right.

15      Q.      When was that?

16      A.      I don't remember.

17      Q.      Do you remember the year?

18      A.      Well, I believe end of -- very end

19   of 2018.  I believe.

20      Q.      Okay.  So when did -- when did your

21   insurance with Power Design become effective?

22      A.      I believe it was January.  I'm not a

23   hundred percent sure.

24      Q.      And how come you decided only to

25   apply for insurance through Power Design for

                                             45

1              ROUGH OF JESSICA ROUBERT

2    yourself and your husband?

3       A.      I -- oh.  I wasn't -- I was on some

4    medication from seeing that specific doctor and

5    I did have about a 30-day supply after my

6    official insurance ended, but I did not know

7    when COBRA would kick in, when it was start.

                     Page 48

JessicaRoubert_Rough

8      It was not clear to me.

9              So I decided to go with his

10     insurance and I ended up not being able to see

11     that doctor anyway.

12         Q.    You made the choice to go with the

13     Power Design insurance instead of COBRA because

14     you weren't sure when COBRA coverage would

15     start?

16         A.    Right.  I didn't know what the --

17     what the time line would be between -- between

18     that and I didn't know if I would be locked in.

19     I didn't know exactly when that would kick in.

20         Q.    Did you ask anybody?

21         A.    No.

22         Q.    And was cost a factor in your

23     decision to select insurance through Power

24     Design as opposed to through COBRA?

25         A.    No, not too much of a factor.  I

                                                      46

1              ROUGH OF JESSICA ROUBERT

2      just needed to have insurance so I could stay

3      on that medication.  I'm sorry.

4          Q.    That's okay.  I didn't mean to cut

5      you off.  I thought you were finished.

                    Page 49

JessicaRoubert_Rough

6        A.    Okay.  I'm finished.

7        Q.    Okay.  So, Ms. Roubert, in fact, you

8    elected to participate in the Power Design

9    insurance before you even knew how much COBRA

10   was going to cost if you had elected it,

11   correct?

12       A.    I believe I received something about

13   how much the cost of COBRA would be.  I knew --

14   I believe I did know that COBRA would be more

15   expensive and I had stated that earlier, that

16   it was more expensive than my original

17   insurance.

18             I knew it wouldn't be the same

19   amount as when I was working at Capital One.

20       Q.    Right.  That you said before but you

21   didn't know whether it was going to be more or

22   less expensive than the insurance through Power

23   Design?

24       A.    No.  I don't remember.

25       Q.    You don't remember what?  Sorry.

                                                47

1             ROUGH OF JESSICA ROUBERT

2        A.    I don't remember if I knew if I was

3    thinking about cost as much as -- that wasn't

JessicaRoubert_Rough

4    as heavy a factor as trying to stay on that

5    medication.

6        Q.    Okay.  And on dental insurance, you

7    made the decision to collect dental insurance

8    for yourself and your husband through Power

9    Design, correct?

10       A.    Right.

11       Q.    How come you didn't elect Power

12   Design dental insurance for your son as well?

13       A.    I don't remember.  I'm sorry.  I

14   don't remember.

15       Q.    You made the conscious choice to

16   have your son not have dental insurance through

17   Power Design?

18       A.    Right.

19       Q.    But you don't remember why?

20       A.    I don't remember why.

21       Q.    Okay.  You understood that if dental

22   insurance was important to you, you could have

23   to dental insurance for your son through Power

24   Design just like you did for yourself and your

25   husband?

♀

                                                    48

1                ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2          MS. HEYSTEK:  Object to form.

3          A.    There must have been a good reason

4    why I did not do that.  I don't remember

5    specifically why I would have done something

6    like that.

7          Q.    Is it because if your son had

8    private dental insurance he wouldn't qualify

9    for the Medicaid dental insurance?

10         A.    That's possible.  I don't remember

11   specifically.

12         Q.    Can you think of any other reason?

13         A.    If something -- if I had checked if

14   something wasn't covered, if something had been

15   different from one plan to the next where I

16   would have paid the same amount out of

17   possibility that I would without any insurance,

18   that could have been something why I would have

19   made that decision.

20         Q.    Do you remember doing that?

21         A.    Doing what?

22         Q.    Analyzing the cost of Power Design

23   dental insurance compared to how much you would

24   have to pay for things if you didn't have any

25   dental insurance at all for yourself?

JessicaRoubert_Rough

♀

49

```
1              ROUGH OF JESSICA ROUBERT

2         A.   I don't remember.

3         Q.   Okay.  So that's -- you're just

4    speculating that that --

5         A.   I'm just speculating, right.

6         Q.   Understood.

7         A.   I don't remember.

8         Q.   The next page of Exhibit 1 after the

9    Power Design paperwork -- by the way before we

10   move off of that, do you still have insurance

11   through Power Design?

12        A.   No.

13        Q.   Does your husband?

14        A.   No.

15        Q.   Do you have insurance at all?

16        A.   I do.

17        Q.   Who do you ever insurance through

18   now?

19        A.   I have Medicaid.

20        Q.   What about your husband?

21        A.   He has insurance through his

22   employer.

23        Q.   Who's his employer?
```

JessicaRoubert_Rough

24          A.    Miller Electric.

25          Q.    And how long has he been employed by

♀

                                                        50

1               ROUGH OF JESSICA ROUBERT

2    Miller Electric?

3          A.    A month.

4          Q.    When did he stop working for Power

5    Design?

6          A.    2020, during the pandemic.

7          Q.    Do you recall what month in 2020?

8          A.    No.

9          Q.    Do you recall if it was early in the

10   pandemic, you know, March when things started

11   to shutdown or a little later?

12         A.    I don't remember.

13         Q.    Okay.  Do you recall if he resigned

14   his employment or was terminated involuntarily?

15         A.    No.

16         Q.    No, you don't remember?

17         A.    He was laid off.  So I guess

18   terminated involuntarily, I think.  I don't

19   know if it looks like -- I know he had to write

20   a letter.  So I don't know how they would

21   classify that.

JessicaRoubert_Rough

22      Q.    Sorry.  He had to write a letter

23   that said what?

24      A.    I think like I'm leaving, you know,

25   I'm leaving on good terms and things like that

                                                       51

1                ROUGH OF JESSICA ROUBERT

2    so I'm not...

3       Q.    Okay.  When he ended his employment

4    with Power Design, did you have insurance after

5    that prior to Medicaid?

6       A.    No.

7       Q.    Was there a gap in your coverage

8    between Power Design and when you qualified for

9    Medicaid?

10      A.    I believe so.

11      Q.    What about for your husband?  Did he

12   ever a gap in coverage?

13      A.    I believe he did.  I'm not a hundred

14   percent sure what he was doing.

15      Q.    You're not sure what sort of medical

16   insurance your husband had?

17      A.    Right.

18      Q.    Okay.  After he terminated his

19   employment with Power Design, did he elect

JessicaRoubert_Rough

20    COBRA coverage with Power Design?

21           MS. HEYSTEK:  Object to form.

22      A.    I'm not sure.

23      Q.    What's that, Ms. Roubert I'm sorry I

24    didn't hear your answer because your lawyer was

25    making an objection at the same time?

                                                    52

1            ROUGH OF JESSICA ROUBERT

2       A.    I'm sorry.  I'm not sure.

3       Q.    What about you did you elect COBRA

4    coverage through Power Design?

5       A.    No, I didn't.

6       Q.    How come?

7       A.    I was in -- I was seeing a licensed

8    mental health counselor at the time and she was

9    pretty sure that I could get -- I could qualify

10    for Medicaid coverage.

11      Q.    Is that the only reason?

12      A.    I believe so from what I remember.

13      Q.    Do you remember receiving a COBRA

14    notice from Power Design?

15      A.    I don't remember.

16      Q.    Do you recall looking into the cost

17    of COBRA coverage with Power Design?

JessicaRoubert_Rough

18          A.     No, I don't recall that.

19          Q.     Okay.  Do you have Exhibit 1 in

20     front of you again?

21          A.     Yes.

22          Q.     These are the documents that you

23     produced?

24          A.     Uh-huh.

25          Q.     A Power Design paperwork there is a

                                                        53

1                ROUGH OF JESSICA ROUBERT

2      Power Design it looks like an Aetna ID card?

3           A.     Yes.  Okay.

4           Q.     The next page after that is a credit

5      card statement?

6           A.     Right.  Yeah.

7           Q.     And there is a lot of stuff redacted

8      on hear.  I assume your lawyers redacted it,

9      meaning they blacked it out because it has

10     nothing to do with any medical coverage or

11     payments you made for medical care or anything

12     like that.

13          A.     Right.

14          Q.     Okay.  So first the date on this is

15     the middle roughly of 2019, correct?

JessicaRoubert_Rough

16        A.    I believe so yeah.  You want pee to

17   double check.

18        Q.    Sure?

19              MS. HEYSTEK:  Can you tell her and

20        me what page you are looking at Bates

21        number?

22              MR. BLUMENFELD:  You got it.

23        Q.    Roubert page 10 I think has some

24   specific charges that I was going to ask you

25   about.

                                                    54

1              ROUGH OF JESSICA ROUBERT

2         A.    Okay.

3         Q.    So the first one is a charge on

4    August 12 of 2019, correct?

5         A.    Yes.

6         Q.    And that's at a CVS for $5.91?

7         A.    Uh-huh.

8         Q.    You have been really good so far

9    Ms. Roubert but I think you just gave me --

10        A.    Oh, yes, sorry.

11        Q.    No problem at all.  That $5.91 do

12   you know if that was for you or your husband or

13   your son?

JessicaRoubert_Rough

14          A.      No, I don't remember.

15          Q.      Okay.  Do you know what it's for?

16          A.      Medicine.

17          Q.      Can you be more specific?  I don't

18     need to know the specific medication that

19     somebody in your family is on, I think.  I just

20     want to understand who it would be for.

21          A.      It's either for myself or my son.  I

22     don't recall exactly what that small charge is

23     for.

24          Q.      Okay.  By this point in time, you

25     had insurance for yourself through Power

                                                    55

1                   ROUGH OF JESSICA ROUBERT

2      Design, correct?

3           A.      Right.

4           Q.      And your son had insurance through

5      Medicaid?

6           A.      At that time, probably Kid Care,

7      which would still have co-pays but yeah -- yes.

8           Q.      Okay.  And when you were covered by

9      Capital One's insurance, you had co-pays that

10     you needed to make as well, correct?

11          A.      Yes.

JessicaRoubert_Rough

12          Q.    And am I right that you don't know

13   whether that $5.91 charge is more or less than

14   it would have been had that charge been covered

15   under the terms of the Capital One medical

16   plan?

17                MS. HEYSTEK:  Object to form.

18                You can answer.

19          A.    That specific charge, no.

20          Q.    Okay.  The next charge that's listed

21   is CVS pharmacy in Hudson that's for $2.58,

22   correct?

23          A.    Uh-huh.

24          Q.    Is that a yes?

25          A.    Yes.  I'm sorry.

                                                    56

1                 ROUGH OF JESSICA ROUBERT

2           Q.    And that's August 13?

3           A.    Yes.

4           Q.    And do you know if that charge was

5    for yourself or your son?

6           A.    I don't remember.

7           Q.    Okay.  Is it possible that that one

8    would have been for your husband?

9           A.    No.

JessicaRoubert_Rough

10      Q.    Okay.  How do you know that?

11      A.    He was -- he was not on any

12  medication at that time that I would have been

13  picking up for him at CVS.  I believe my

14  husband has always gone through Walgreens.  We

15  go through different pharmacies because we

16  had -- our pharmacies had programs through

17  different -- our insurance had programs through

18  different pharmacies.

19            I believe his was with Walgreens and

20  mine was always with CVS.

21      Q.    This is this August of 2019,

22  correct?

23      A.    Right and we -- yes, we had the same

24  insurance but I still went through CVS.

25      Q.    Okay.  But you don't know whether

♀

                                                57

1            ROUGH OF JESSICA ROUBERT

2   that charge was a charge for you or a charge

3   for your son?

4       A.    Right, that particular charge I

5   don't know.

6       Q.    Got it.  So the next one August 12

7   of 2019 is for a minute clinic for $89?

JessicaRoubert_Rough

8          A.    Correct.

9          Q.    Do you know what that's for?

10         A.    A flu shot for me and my son.

11         Q.    And so it was $39.50 for you and

12    $39.50 for your son?

13         A.    I believe so, yes.

14         Q.    Sorry my bad I can't do simple

15    multiplication $44.50?

16         A.    Okay that sounds more correct.  I

17    think so.  Yeah, if you split it in half, yes.

18    But yes that's what that was for.

19         Q.    Okay.  And at this point in time you

20    had insurance through Power Design, correct?

21         A.    I did.

22         Q.    And do you know if that portion of

23    the expense that was for you was covered by the

24    insurance?

25         A.    It was not.

                                                    58

1              ROUGH OF JESSICA ROUBERT

2          Q.    Okay.  And you know, I made an

3    assumption before that the $89 was split

4    between you and your son, but is it possible

5    that yours cost nothing because you had

JessicaRoubert_Rough

6      insurance through Power Design and that the 89

7      doll has was for your son because he had it

8      through Kid Care?

9             MS. HEYSTEK:  Objection object to

10            form you can answer.

11      A.    No, I specifically remember us both

12      getting our through shots and they both cost

13      money, and I was surprised by that because I

14      hadn't paid for a flu shot in a long time.

15      Q.    And do you recall if the charges

16      were split, that is they both cost the same?

17      A.    Yes, they cost the same.

18      Q.    Okay.  The next expense that's

19      listed on here is for Pure Relief.

20            Do you see that?

21      A.    Yes.

22      Q.    And that's a CBD company?

23      A.    Right.

24      Q.    Do you know who that's for?

25      A.    Me.

                                          59

1             ROUGH OF JESSICA ROUBERT

2      Q.    Okay.  Do you know if CBD from Pure

3      Relief is covered by insurance at Capital One?

JessicaRoubert_Rough

4          A.    No, I don't know.  It was for

5     anxiety.  I was trying to relieve some --

6     relief stress.

7          Q.    Had you ever purchased anything from

8     Pure Relief before this?

9          A.    No.

10          Q.    Okay.  And did you have a

11     prescription?

12          A.    No.

13          Q.    Okay.  So am I right you have no

14     idea if that's covered by insurance at Capital

15     One or insurance at Power Design or Medicaid or

16     anybody else?

17          A.    Right.

18          Q.    A little bit lower down, August 30

19     of 2019, there is a charge for $28.47.

20          A.    Right.

21          Q.    Do you know if that's for you or

22     your son or your husband?

23          A.    That's for me.

24          Q.    Okay.  And are you sure that that's

25     medication?

                                                    60

1                 ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2      A.    Yes.

3      Q.    And not you went into CVS and

4  bought, you know, birthday cards and candy and

5  maybe picked up a prescription.  This was all a

6  prescription expense?

7      A.    Right.

8      Q.    Okay.  And this was a prescription

9  while you had coverage through Power Design?

10      A.    Yes.

11      Q.    I don't warrant to know the specific

12  medication but do you know what medication that

13  was for?

14      A.    Yes.

15      Q.    Is that a medication that you had at

16  Capital One, too?

17      A.    Yes.

18      Q.    Do you remember what your co-pay was

19  at Capital One?

20      A.    I believe it was ten dollars for

21  that specific medication, maybe nothing at all.

22      Q.    And how often do you take that

23  medication?

24      A.    I get a prescription every 30 days.

25      Q.    Am I right you don't know if the

JessicaRoubert_Rough

♀

61

```
1                    ROUGH OF JESSICA ROUBERT

2     price of that medication has gone up over time

3     or down over time or anything like that?

4          A.    Right, I don't know.

5          Q.    Okay.  Could you turn to Roubert --

6     it's Roubert page 15?

7          A.    Okay.

8          Q.    This is another credit card

9     statement correct?

10         A.    Right.

11         Q.    And this shows charges in November

12    of 2019?

13         A.    Yes.

14         Q.    So then the first charge there is

15    for $7.68, correct?

16         A.    Yes.

17         Q.    And do you know if that was for you

18    or your husband or your son?

19         A.    I don't remember that charge.

20         Q.    Okay.  The next charge was for

21    $20.45 on the same day, correct?

22         A.    Correct.

23         Q.    Do you know if that was for you or
```

JessicaRoubert_Rough

24     your husband or your son?

25          A.     It was for me or my son.  I don't

                                                              62

1               ROUGH OF JESSICA ROUBERT

2      remember specifically what the charge was for.

3          Q.     Okay.  Are you sure that both of

4      these charges actually are for prescriptions?

5          A.     It's possible that one is from the

6      pharmacy and one is for something else because

7      they were on the same day.

8          Q.     Okay.  And you don't remember

9      what -- if it was a medication, you don't

10     remember what medication it was?

11         A.     No, I don't remember specifically.

12         Q.     Okay.  November 20 there is another

13     charge for $7.69?

14         A.     Uh-huh.  Yes.

15         Q.     Do you know if that's for you or

16     your son?

17         A.     I don't remember.

18         Q.     Okay.  And you don't remember what

19     it was for either, correct?

20         A.     Correct.

21         Q.     The next page, you see there are two

JessicaRoubert_Rough

22    charges on December 4 at a minute clinic?

23         A.    Right.

24         Q.    They are both for $50?

25         A.    Right.

63

1              ROUGH OF JESSICA ROUBERT

2         Q.    Do you know what those are for?

3         A.    I believe they're visits for me and

4    my son.  I don't remember specifically.  It's

5    something that just wasn't -- wasn't covered

6    again.  It was probably illness.

7         Q.    For you or for your son or --

8         A.    Or both of us that's why it's a 50

9    and a 50.

10        Q.    Okay.  You don't think one was for a

11   visit and one was for testing or things of that

12   nature?

13        A.    No.

14        Q.    Okay.  So one of those is for your

15   son and one is for you?

16        A.    Right.

17        Q.    You don't remember what they were

18   for?

19        A.    I was probably -- we were probably

JessicaRoubert_Rough

20    not feeling well.  It's the only thing I can

21    think of.

22         Q.    Okay.  Did you ever go to the minute

23    clinic when were you covered by insurance

24    through Capital One?

25         A.    Yes.

                                                    64

1              ROUGH OF JESSICA ROUBERT

2         Q.    Do you recall how much you had to

3    pay for visits?

4         A.    Not $50.  It was cheaper.  If

5    anything, most of the time, I think it was

6    free.

7         Q.    December 6 there is another charge,

8    $16.21?

9         A.    Yes.

10         Q.    Do you know what that's for?

11         A.    I don't remember.

12         Q.    Do you recall whether that's for you

13    or your son?

14         A.    I don't recall.

15         Q.    Okay.  Ms. Roubert, could you go

16    back to the Power Design paperwork?

17         A.    Okay.

JessicaRoubert_Rough

18       Q.    Part of Exhibit 1.

19       A.    Okay.

20       Q.    And I want to make sure that I'm

21   understanding correctly.  The medical insurance

22   that you ended up electing was the employee

23   plus spouse, which was $260.77 per pay period,

24   correct?

25       A.    Yes.

                                                    65

1               ROUGH OF JESSICA ROUBERT

2        Q.    And the dental insurance that you

3    elected again was for employee plus spouse for

4    $30.02, correct?

5        A.    Did I get the dental insurance?

6    I -- I don't recall getting the dental

7    insurance, and I don't see that on here.

8        Q.    So let's look a little bit lower on

9    that form.

10       A.    Okay.

11       Q.    If you didn't get it, then that's

12   fine but at least the form if you go under the

13   medical and dental insurance coverage there is

14   a box that has title, name, relationship.

15               Do you see that?

                                        Page 70

JessicaRoubert_Rough

16        A.     Medical and dental.  Okay I see it.

17   It does say cover.  Then I did.  I did.

18        Q.     So you did elect coverage for

19   yourself and your husband?

20        A.     Yes.

21        Q.     Okay.

22        A.     Oh it's -- sorry.

23        Q.     Go ahead.

24        A.     I realized it's through MetLife and

25   I was just recalling earlier you were asking

                                                    66

1                ROUGH OF JESSICA ROUBERT

2    why I did not get dental for my son.  Capital

3    One's was delta dental.  MetLife would not have

4    been accepted by his den test.  That's why I

5    didn't get it.  It would have been out of

6    network.

7                So it would not have helped him.

8    That's why I didn't do that.

9         Q.     It who was not accepted at all or --

10        A.     No they wouldn't have accepted it.

11        Q.     Ms. Roubert, I understand you know

12   the answer to my question but do me a favor

13   just let me finish it before you give the

JessicaRoubert_Rough

14    answer.

15         A.    Okay.

16         Q.    So the MetLife PPO dental plan

17    you're saying wouldn't cover out-of-network

18    coverage with your son's dentist at all?

19         A.    Right.

20         Q.    Okay.  Do you recall when your son

21    qualified for Medicaid?

22              MS. HEYSTEK:  Object to form.

23              You can answer.

24         A.    For full blown Medicaid would have

25    been the summer of 2019, I believe.

                                                      67

1               ROUGH OF JESSICA ROUBERT

2          Q.    And before that, he was covered

3     under Kid Care?

4          A.    Right.

5          Q.    Did Kid Care have dental insurance?

6          A.    No.

7          Q.    Do you remember an individual by the

8     name of Maurice Burton?

9          A.    No.

10         Q.    That name doesn't ring a bell?

11         A.    No.

JessicaRoubert_Rough

12      Q.    Ms. Roubert, do you ever something

13   that you're writing down in front of you?

14      A.    I'm just doodling.

15      Q.    Okay.  You don't have -- sorry.

16            You don't have any notes or papers

17   or anything associated with this case, correct?

18      A.    No, I'm just doodling out of nervous

19   habit.  Sorry.  I'll stop.

20      Q.    Ms. Roubert, you are absolutely

21   allowed to doodle.  I just wanted to make sure

22   you didn't have anything related to the case in

23   front of you.

24      A.    No.

25      Q.    Am I understanding that maybe

                                                    68

 1            ROUGH OF JESSICA ROUBERT

 2   Maurice goes by the name mow.  That doesn't jog

 3   your memory at all?

 4      A.    No.

 5      Q.    You don't remember a fight you had

 6   with a co-worker where he got angry with you

 7   and started cursing at you because were you

 8   talking about your son being covered by

 9   Medicaid?

                    Page 73

JessicaRoubert_Rough

10        A.    I don't remember that.

11              MR. BLUMENFELD:  Doriyon, why don't

12        we mark that document as the next exhibit.

13              (Document marked for

14        identification.)

15        Q.    Let me know when you have that this

16   front of you, Ms. Roubert.

17        A.    Okay.

18        Q.    Do you have that in front of you?

19        A.    I do.  I'm just looking for my

20   handwriting.

21        Q.    I don't believe there is any

22   handwriting on this document.

23        A.    I didn't write on this?

24        Q.    No, these are a series of notes

25   taken by the folks at human resources et

                                              69

1              ROUGH OF JESSICA ROUBERT

2    cetera.

3         A.    Okay.

4         Q.    There might be some e-mails that

5    include you?

6         A.    Okay.

7         Q.    But I wanted you to take a look at

JessicaRoubert_Rough

8    the document and let me know after you've

9    looked at it if it jogs your memory about this

10   argument you had with Mr. Burton.

11        A.   Okay, it's kind of tiny, so let me

12   just -- let me look through it.

13             MS. HEYSTEK:  Have these been

14        produced before?  I take it, no.

15             THE REPORTER:  I'm sorry, Counsel.

16        I didn't hear you, what you said.

17             MS. HEYSTEK:  I was asking Jeremy if

18        this was produced before.  I don't recall

19        this being in the production of documents

20        in any of the three batches that you sent

21        over since the corporate rep depo or the

22        first one that came in the night before or

23        whatever it was.

24             MR. BLUMENFELD:  So I believe it is

25        because of the Bates number -- or I

                                              70

1             ROUGH OF JESSICA ROUBERT

2        believe it was because of the Bates

3        numbering.

4        A.   Okay.

5        Q.   And Ms. Roubert, you should be able

                  Page 75

JessicaRoubert_Rough

6    to make it a little bigger on your screen on

7    the bottom?

8         A.    I am.  And you're saying I yelled at

9    somebody?  I cursed somebody?

10        MS. HEYSTEK:  Let me put an

11        objection on the record.  I'm going to

12        object for relevance and I don't believe

13        we have seen this document before but I

14        object to relevance.

15        MR. BLUMENFELD:  Sorry.  Are you

16        finished with your objection Amanda?

17        MS. HEYSTEK:  Uh-huh.

18        MR. BLUMENFELD:  I was just having

19        trouble hearing you.  Are you finished

20        with your objection?

21        MS. HEYSTEK:  Yes.

22        MR. BLUMENFELD:  Okay.  Thank you.

23        Q.    Ms. Roubert, I think the cursing was

24   from Mr. Burton, but the argument was between

25   the two of you.

1         ROUGH OF JESSICA ROUBERT

2    A.    Okay.

3         MS. HEYSTEK:  I will object to form.

JessicaRoubert_Rough

    4        A.    (Document review.)  Okay.  I

    5    don't -- there is a lot of writing here.  So

    6    just hold on.

    7        Q.    Take your time.

    8        A.    Okay.

    9            MS. HEYSTEK:  Ms. Roubert, go ahead

   10        and read the whole thing before you answer

   11        any questions.

   12            THE WITNESS:  Thank you.

   13        A.    (Document review.)  Okay.  When I'm

   14    talking about -- I see.  I remember.  I do.

   15    Okay.  When I'm talking about Medicaid I'm

   16    talking about Kid Care.  I used those

   17    interchangeably.  And would have been trying to

   18    get him on Medicaid at the time.  That's

   19    possible.

   20            He wasn't on Medicaid at the time.

   21        Q.    So on several of these pages it said

   22    that you told people that he was on Medicaid?

   23            MS. HEYSTEK:  Object to form.  Can

   24        you tell us what page you're looking at

   25        and what specific statement.  Start with

    1            ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2          the Bates number page that will help.

3                 MR. BLUMENFELD:  So I don't think --

4          actually bear with me.  The Bates number

5          ending in 1321.

6          A.    1321.

7          Q.    On the left side you see an e-mail

8     from Jennifer Kelley-Cordes to Renee Benson?

9          A.    Did I write this?

10         Q.    This particular e-mail, no,

11    Ms. Roubert.  This is an e-mail from Jennifer

12    Kelley-Cordes to Renee Benson.

13         A.    I see.

14                MS. HEYSTEK:  I just want to make

15         sure I'm clear.  You're asking her about

16         statements Jennifer Kelley-Cordes made to

17         Renee Benson.  I'll object.

18                MR. BLUMENFELD:  You made your

19         objection.

20         Q.    Ms. Roubert, does that refresh your

21    memory that you told people that your son was

22    on Medicaid in May of 2018?

23         A.    Sorry.  No.

24         Q.    You're saying that's not true?

25         A.    He wasn't on Medicaid so I'm -- I

JessicaRoubert_Rough

♀

73

1              ROUGH OF JESSICA ROUBERT

2     believe he would have -- I would have either

3     been trying to get him on Kid Care or I would

4     have been talking about Kid Care.  So Jennifer

5     writing that to Renee seems like a

6     miscommunication on their part.

7              I don't remember why that -- why he

8     was cursing at me.  I don't know -- I don't

9     know what his problem was.  He was really just

10    an angry -- angry do you do.

11         Q.    And Ms. Roubert, I'm not so much

12    interested in whatever the dispute is you had

13    with Mr. Burton?

14         A.    Right.

15         Q.    I'm just trying to get an

16    understanding of your son's medical care and

17    medical coverage as of this point in time.

18              So you're saying your son was not on

19    Medicaid?

20         A.    No.

21         Q.    As of May or April of 2018, correct?

22         A.    No, not -- not Medicaid as -- no

23    like full Medicaid, no, he did not have

JessicaRoubert_Rough

24    Medicaid.

25         Q.    Okay.  Could you turn to the page

74

1              ROUGH OF JESSICA ROUBERT

2    that's Bates labeled 1323?

3         A.    1323.  Okay.  Yes, I'm here.

4         Q.    At the bottom of the page you see

5    there is an e-mail message from you to Renee

6    Benson?

7         A.    Yes.

8         Q.    Who's Renee Benson?

9         A.    She was a unit manager at Capital

10   One.

11        Q.    And this is sent from your G mail

12   account, correct?

13        A.    I'm not sure.  Let's see.  Yes, it

14   looks that way.

15        Q.    And then at the top of the next page

16   Bates labeled 1324 you see where it says hi

17   sorry to bother you?

18        A.    Okay, yes.  (Document review.)  If

19   I'm writing Medicaid I'm thinking -- I'm

20   thinking of Kid Care or talking about

21   something -- because he didn't have Medicaid at

JessicaRoubert_Rough

22    that time.  We are talking about ESE services

23    and trying to make that pallet believe for

24    Renee who hated me.

25         Q.    Why do you think Renee hated you?

75

1              ROUGH OF JESSICA ROUBERT

2         A.    She made me listen to loud rap music

3    with the N word in it for 11 hours a day while

4    I had to work on the phone with customers and

5    refused to turn it down.

6         Q.    In your e-mail to Renee you said

7    that your child receives Medicaid?

8         A.    Correct yes, I did say that.

9         Q.    And you said that on April 30 of

10   2018?

11        A.    Right.

12        Q.    But you're saying that wasn't

13   Medicaid, that was Kid Care?

14        A.    Right.  It was either Kid Care or I

15   was talking about some ESE services trying to

16   make that make her understand why is this guy

17   screaming at me.  This is so wrong.

18        Q.    Do you remember the interaction you

19   had with Mr. Burton?

JessicaRoubert_Rough

20          A.      With the guy -- yeah I -- somewhat.

21          Q.      Do you recall how did it come up

22     that your son was on what you described as

23     Medicaid?

24          A.      I don't remember exactly that whole

25     conversation.  I don't -- I really just don't.

                                                      76

1                ROUGH OF JESSICA ROUBERT

2      Even now, like it's only all coming back to me

3      because this, like every conversation all these

4      e-mails.  I had a lot of problems with Renee

5      Benson just bullying me, encouraging bullying

6      of me incessantly so this is just really coming

7      to the for front of my mind right now.  I don't

8      remember.

9           Q.      Okay.  Could we go back Ms. Roubert,

10     to Exhibit 1?

11          A.      Yeah.

12          Q.      Do you have a calculator handy?  You

13     know what.  Why don't we do this.  Let's mark

14     your responses to the first set of

15     interrogatories as the next exhibit?  I know

16     it's a fascinating subject, Ms. Roubert.

17          A.      I'm trying to stay centered.

                        Page 82

JessicaRoubert_Rough

18           MR. BLUMENFELD:  You got that

19      Doriyon?  Thank you.

20           (Document marked for

21      identification.)

22      A.    Okay.  I have my calculator.

23      Q.    Exhibit 6 should now be in front of

24      you.

25      A.    Okay.  Exhibit 6.  Okay.

77

1           ROUGH OF JESSICA ROUBERT

2      Q.    Do you have that in front of you?

3      A.    Yes.

4      Q.    Have you seen this document before?

5      A.    I'm just going to look through it

6      really quick, okay?

7      Q.    Take your time.

8      A.    (Document review.)

9           (Reporter clarification.)

10           MS. HEYSTEK:  Would it help if we

11      just take a break and she can read it and

12      then we can come back.

13      A.    Yes, I've seen this.

14      Q.    And the last page actually is your

15      verification, right?

JessicaRoubert_Rough

16      A.      The very last page.  Yes, I signed

17   it.

18      Q.      And that's your signature?

19      A.      Yes.

20      Q.      Can I ask, Ms. Roubert, did you sign

21   this digitally?

22      A.      Yes.

23      Q.      Okay.  Thank you.  So if you could

24   go back to question number one.

25      A.      Okay.

                                                78

1              ROUGH OF JESSICA ROUBERT

2       Q.      Do you have that in front of you?

3       A.      Yes.

4       Q.      Okay.  And for PD Power Design

5    that's your husbands employer, correct?

6       A.      Witness nodding.

7       Q.      The health insurance that you ended

8    up electing was $260.77 every two weeks,

9    correct?

10      A.      Right.

11      Q.      And the dental insurance was $30.02

12   every two weeks?

13      A.      Right.

JessicaRoubert_Rough

14          Q.    And the total that you pay per month

15     for that insurance for both of those was

16     $630.10 for you and for your husband, correct?

17          A.    Right.

18          Q.    Do you consider that -- by your

19     calculations at least that was $405.53 per

20     month more than the insurance that you had at

21     Capital One, correct?

22          A.    Right.

23          Q.    Do you consider that difference to

24     be a significant one?

25          A.    Somewhat.

                                                      79

1               ROUGH OF JESSICA ROUBERT

2          Q.    Okay.  And the health insurance that

3     you had at Capital One, the medical insurance,

4     was just for you, correct?

5          A.    Yes.

6          Q.    The PD insurance for medical

7     insurance covers you and your husband?

8          A.    Right.

9          Q.    Okay.  I want you to remember the

10     $630.10, okay, just so we don't have to go back

11     and forth.

JessicaRoubert_Rough

12      A.   Uh-huh.  Yes.

13      Q.   Could you turn to interrogatory

14   number two, please?

15      A.   Okay.

16      Q.   Do you have that in front of you?

17      A.   Yes.

18      Q.   Great.  So in your answer to that

19   interrogatory you say that you were seen

20   regularly by a psychiatrist.

21      A.   Right.

22      Q.   Did you stop seeing that

23   psychiatrist at some point in time?

24      A.   Yes.

25      Q.   When was that?

                                                80

1           ROUGH OF JESSICA ROUBERT

2       A.   When my insurance ended with Capital

3    One.

4       Q.   When was that?

5       A.   In November.

6       Q.   Have you been back to that

7    psychiatrist since?

8       A.   Yes, recently.

9       Q.   When you say recently, how recent?

JessicaRoubert_Rough

10      A.      After I started receiving Medicaid.

11      Q.      And when was that?

12      A.      Once I had stopped receiving Power

13  Design coverage when my husband stopped working

14  at Power Design, we had talked about that.

15      Q.      That was March of -- that was

16  sometime in 2020?

17      A.      Right.

18      Q.      And so have you been back to that

19  psychiatrist -- did you go to that psychiatrist

20  in 2020?

21      A.      Yes.

22      Q.      Okay.  And them again in 2021?

23      A.      I still see him now.

24      Q.      Got it.

25      A.      Sorry.

                                        81

1           ROUGH OF JESSICA ROUBERT

2       Q.      No, that's okay.  Understood.

3               Am I correct that during the time

4   period that you had Power Design insurance you

5   depends go see that psychiatrist?

6       A.      Right.

7       Q.      And also in the time period after

                    Page 87

JessicaRoubert_Rough

8      the Capital One insurance and before you had

9      the Power Design insurance you didn't see that

10     psychiatrist?

11         A.    That time where I was without any

12     coverage?

13         Q.    Yeah, you said that your -- you said

14     your insurance with Power Design best as you

15     recall, started?

16         A.    Right.

17         Q.    January of 2019?

18         A.    Right.  And I didn't -- right so

19     after my insurance ended with Capital One, did

20     I not go see him until I got Medicaid in the

21     future.

22         Q.    Okay.  Did you see a different

23     psychiatrist in November or December of 2018?

24         A.    I was not able to do that.

25         Q.    How come?

                                                    82

1          ROUGH OF JESSICA ROUBERT

2          A.    The closest in-network was in

3      Sarasota, and I live in Pasco County, Florida.

4              THE REPORTER:  Can you just say the

5          county again?

JessicaRoubert_Rough

6          THE WITNESS:  I live in Pasco

7     County, P-A-C-S-O {sic}.

8          THE REPORTER:  Thank you.

9     Q.    And during the time that you were

10    covered by the PD insurance you didn't go see a

11    different psychiatrist?

12    A.    I wasn't able to, no.

13    Q.    Okay.  You didn't do tell health

14    visits or anything like that?

15    A.    No.

16    Q.    Okay.  You also say in response to

17    interrogatory two that your son is a person

18    with a disability and received services from a

19    specialized den at this time?

20    A.    Right.

21    Q.    Do you recall when the last time

22    your son saw this dentist.  Sorry that was a

23    bad question let me ask it again.

24          During the time that you had

25    insurance through Capital One, do you recall

                                              83

1          ROUGH OF JESSICA ROUBERT

2     the last time that your son saw this dentist?

3     A.    I don't recall.

                    Page 89

JessicaRoubert_Rough

4        Q.      Okay.  Do you recall if it was in

5      2018?

6        A.      Yes, it would have been.

7        Q.      Do you know how many times in 2018?

8        A.      At least twice I want to say, maybe

9      more.

10       Q.      And do you recall how much that was?

11       A.      Nothing.  It was under insurance,

12      zero.

13       Q.      And since your son ceased having

14      dental insurance through Capital One, has he

15      gone back to this dentist?

16       A.      He wasn't able to for a while, but

17      yeah, once he got insurance again that would

18      cover, yes.

19       Q.      Do you recall when that was?

20       A.      I want to say the summer of 2019.

21       Q.      Did you take your son to a different

22      dentist in the first part of 2019?

23       A.      Yes, I did.  Somewhere affordable.

24      I think I did take advantage of that possibly

25      through the school.

⚥

84

1              ROUGH OF JESSICA ROUBERT

Page 90

JessicaRoubert_Rough

2      Q.   Sorry through what school?

3      A.   Pasco county schools where he goes

4   to school, the public schools.

5      Q.   Okay.  And do you recall how much

6   that was?

7      A.   No, it would have been very cheap if

8   not free.

9      Q.   And in November or December of 2018,

10  do you know if your son saw a dentist?

11     A.   In December of 2018?

12     Q.   Or November of 2018.

13     A.   In November of 2018?  I don't

14  recall.

15     Q.   What about December of 2018?

16     A.   I don't recall.

17     Q.   Could you turn to question number

18  four, Ms. Roubert?

19     A.   Yes.

20     Q.   Let me know when you're there.

21     A.   I'm here.

22     Q.   Okay.  So we talked about the flu

23  shots that you got for yourself and your son.

24     A.   Uh-huh.

25     Q.   We talked about the psychiatrist.

JessicaRoubert_Rough

♀

85

```
1              ROUGH OF JESSICA ROUBERT

2      We talked about the dental treatment.  And I

3      don't think we talked about orthodontic care.

4           A.    Right.

5           Q.    Did your son get orthodontic care?

6           A.    Eventually, yes.

7           Q.    When?

8           A.    I want to say in 2019 when that

9      would have been covered again.

10          Q.    So is that starting in the summer?

11          A.    I believe it start -- the coverage

12     would have started in the summer and I didn't

13     do the actual orthodontic care for a while but

14     that had to do with his comfort and a good time

15     for us to get that done.

16          Q.    So even after he was covered by

17     Medicare for the orthodontic care, you delayed

18     getting that treatment for him?

19          A.    Yes.

20          Q.    Do you recall about how long?

21          A.    A few months probably.

22          Q.    Okay.  And how come -- did your son

23     have orthodontic care when he was covered by
```

JessicaRoubert_Rough

24    the Capital One insurance?

25         A.    He would have been covered for

86

1              ROUGH OF JESSICA ROUBERT

2    orthodontic care.

3         Q.    I know he was covered.  Did he get

4    orthodontic care?

5         A.    No, he did not have braces at that

6    time.

7         Q.    And how did -- how did you determine

8    that your son needed braces?

9         A.    The dentist had a referral for

10   orthodontic care.

11        Q.    And when did that referral come in?

12        A.    Before I quit my job at Capital One.

13   So quite -- quite a long time before.

14        Q.    Say that last part again.  I didn't

15   hear you.

16        A.    Before I quit my job at Capital One.

17        Q.    Okay.

18        A.    So probably -- yeah, last time I saw

19   him in 2018.

20        Q.    You also say in response to

21   interrogatory number four that your son takes

JessicaRoubert_Rough

22    medication daily.

23         A.    Uh-huh.

24         Q.    Do you see that?

25         A.    Yes.

                                                    87

1              ROUGH OF JESSICA ROUBERT

2         Q.    And you explain that you refilled

3    his prescription on a monthly basis

4    approximately four to five times?

5         A.    Yes.

6         Q.    Can you explain to me I don't need

7    to know the medication but what are you talking

8    about here?

9         A.    His medications that he takes every

10   day.  So his ADHD medications he takes two.  He

11   takes medication to help him sleep.  He takes

12   an antianxiety medication, and he takes an

13   antacid because he has GERD so that's.

14        Q.    So this says you refill them four to

15   five times.  What happened after you refilled

16   them four to five times?

17        A.    Just one moment.

18        Q.    Sure.  Take your time.

19        A.    (Document review.)  I just kept

JessicaRoubert_Rough

20    refilling them.

21        Q.    Right.  But those medications

22    require you to refill them not four to five

23    times.  They require you to refill them

24    eventually every month?

25        A.    Right.

♀

                                                            88

1              ROUGH OF JESSICA ROUBERT

2        Q.    So that's my question.  Why do you

3    say they were refilled approximately four to

4    five times?

5        A.    I think I was talking about per

6    month.  Four to five times -- well, that's --

7    okay.  Four to five times I probably did that

8    many refills.  (Document review.)

9              I think I had like a prescription

10    drug thing through Capital One that made

11    almost -- I think everything was no co-pays

12    practically free with that prescription drug

13    discount, and that's what I was referring to.

14        Q.    So these are prescriptions you

15    filled for your son when he was covered by the

16    Capital One insurance?

17        A.    Right, where I wouldn't have had to

JessicaRoubert_Rough

18    pay -- he wasn't covered -- the a discount

19    program.  I would have received the discount

20    for him too even though he's not on my plan,

21    and I didn't have that anymore.  So that's

22    probably what I was talking about.  It's the

23    only thing I can think of.

24        Q.    Do you know Ms. Roubert, whether

25    that has anything to do with the medical plan

                                                        89

1              ROUGH OF JESSICA ROUBERT

2    at Capital One?

3        A.    Yes, you have to be enrolled in the

4    medical plan to get the discount.

5        Q.    I'm sorry?

6        A.    Through CVS for all your

7    prescriptions.

8        Q.    But your son wasn't under the

9    medical plan.

10        A.    Right, but I was.  So I could still

11    apply the discount to his medications.  Like he

12    would still go to CVS and get the flu shot for

13    free even though he's not on the plan because I

14    would go get it for free.

15        Q.    That's are prescriptions for

JessicaRoubert_Rough

16   medications for your son, not for you?

17        A.    Correct.

18        Q.    And you submitted them as covered

19   expenses under the terms of the Capital One

20   medical plan?

21             MS. HEYSTEK:  Object to form.

22        A.    The discount program is not the same

23   as the medical coverage.  It's just something

24   you get as a benefit for your household for

25   being a part of the plan.

                                                    90

1             ROUGH OF JESSICA ROUBERT

2        Q.    I gotcha.  Do you know if that's

3    available to somebody who gets coverage under

4    the medical plan through COBRA or if you have

5    to be an employee to get the CVS discount

6    program?

7        A.    I don't know.

8        Q.    Okay.  And where you see here that

9    you refilled those prescriptions on a monthly

10   basis approximately four to five times, do you

11   recall approximately how much that was?

12        A.    They are just generics so probably

13   those very small amounts that you were seeing,

JessicaRoubert_Rough

14    seven dollars here, two something there, ten

15    dollars.

16         Q.    Okay.  In the month of November and

17    December of 2018, according to your testimony,

18    you didn't have coverage at all, correct?

19         A.    Correct.

20         Q.    Your husband had coverage through

21    his employer?

22         A.    Right.

23         Q.    Your son had coverage through Kid

24    Care?

25         A.    I believe so.

                                                        91

1                ROUGH OF JESSICA ROUBERT

2         Q.    Okay.  Do you know how much you

3    incurred in out-of-pocket medical expenses in

4    November and December of 2018?

5         A.    I'm not sure.

6         Q.    Do you have any idea?

7         A.    No.

8         Q.    Can you tell me if it's more than

9    $10 or less than $10?

10         A.    It would be more than $10.

11         Q.    Okay.  How do you know that?

JessicaRoubert_Rough

12          A.     Because I would have -- I would

13    have -- I know that I got an anti anxiety

14    medication from CVS because I still had a

15    refill, I had a script from my psychiatrist.

16    And I would have paid out of pocket for that.

17          Q.     More or less than $50?

18          A.     Probably more than 50, less than a

19    hundred.

20          Q.     Is that for November and December or

21    each November and December?

22          A.     Just for December, I believe.

23          Q.     Okay.  So in the month of December

24    you think you incurred out-of-pocket medical

25    expenses of between 50 and a hundred dollars?

                                                    92

1                ROUGH OF JESSICA ROUBERT

2          A.     Right, I believe so.

3          Q.     And in the month of November, you

4     can't think of any out-of-pocket medical

5     expenses?

6          A.     No, I can't think -- I don't

7     remember, so I'm not able to recall those

8     months.

9          Q.     Okay.  Let's go to 2019.

JessicaRoubert_Rough

10          You've given me some receipts?

11     A.    Right.

12     Q.    Of some expenses and those things we

13 can add up obviously.

14          Do you have a recollection of any

15 other out-of-pocket medical expenses you've

16 incurred aside from what's reflected in the

17 receipts?

18     A.    No, I tried to avoid making --

19 wracking up medical expenses.

20     Q.    Why?

21     A.    Why in.

22     Q.    Yes.

23     A.    Because -- I'm not sure.  I

24 wasn't -- I wasn't into going to the doctor at

25 that time.  It just want something I wanted to

                                          93

1               ROUGH OF JESSICA ROUBERT

2 do.

3     Q.    And to be clear, in 2019, you had

4 insurance through Power Design?

5     A.    I did.

6     Q.    Okay.  But you still because you

7 didn't like to go to the doctor, didn't go to

JessicaRoubert_Rough

8    the doctor very much and you can't identify any

9    out-of-pocket medical expenses?

10        A.    Right.

11        Q.    Okay.  What about any out-of-pocket

12    medical expenses associated with your son?

13        A.    I don't remember.

14        Q.    So for 2019, you can't identify any

15    out-of-pocket medical expenses you occurred for

16    your son aside from what's reflected in the

17    receipts that you sent us?

18        A.    I don't remember.  I don't know.

19        Q.    Okay.  And the same for November of

20    2018 and December of 2018?

21        A.    I don't recall.  Yeah, I don't know.

22        Q.    I'm sorry?

23        A.    I don't know.

24        Q.    You don't remember incurring any

25    out-of-pocket medical expenses associated with

                                                    94

1              ROUGH OF JESSICA ROUBERT

2    your son in November of 2018 or December of

3    2018?

4        A.    I don't -- I don't know.  I don't

5    remember.

JessicaRoubert_Rough

6          Q.     Okay.  Am I right you don't remember

7     when your husband ended his employment with

8     Power Design?

9          A.     I don't remember.  I just -- I

10    remember it was during the pandemic.  I don't

11    remember exactly when.

12         Q.     Do you remember whether it was

13    summertime or wintertime or?

14                MS. HEYSTEK:  Object to form.

15                You can answer.

16         A.     I think it was maybe the fall

17    possibly.

18         Q.     Okay.

19         A.     You know, we were well into the

20    pandemic when that happened, so.

21         Q.     Thank you.  That's helpful?

22         A.     Okay.

23         Q.     So while your husband was employed

24    by Power Design in 2020, again, now we're

25    talking 2020, can you identify any

                                                  95

1                ROUGH OF JESSICA ROUBERT

2     out-of-pocket medical expenses that you

3     incurred for yourself in 2020?

JessicaRoubert_Rough

4        A.    No, I don't remember.

5        Q.    Okay.  What about for your son, can

6    you identify any out-of-pocket medical expenses

7    incurred on behalf of your son in 2020 while

8    your husband was employed by Power Design?

9        A.    He has occupational therapy and

10   physical therapy, but I don't recall -- I don't

11   recall the expenses that I incurred because of

12   that.

13       Q.    By this point in time he was covered

14   by Medicaid?

15       A.    Yes.  Some therapies with autism are

16   not covered and some are, so.

17       Q.    And of those therapies that you have

18   to pay for, can you ballpark in 2020 what the

19   expenses would have been?

20       A.    I don't recall.

21       Q.    Can you tell me if it's -- sorry.

22       A.    Maybe like 800, $900.

23       Q.    And that's for 2020?

24       A.    Right, floor time therapy that's not

25   covered by Medicaid.

                                              96

1              ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2       Q.     Did you need to go Ms. Roubert I saw

3    you looking behind you?

4       A.     Can could I just have a break to

5    check on something really quickly.

6       Q.     Yeah, absolutely why don't we take

7    five minutes.

8       A.     Thank you.

9       Q.     Sure.

10             THE VIDEOGRAPHER:   The time is 316.

11      We're off the record.

12             (Recess taken.)

13             THE VIDEOGRAPHER:   Okay.   The time

14      is 321.   We're back on the record.

15   BY MR. BLUMENFELD:

16      Q.     Ms. Roubert, you understand you're

17   still under oath?

18      A.     Yes.

19      Q.     And you have the same obligation to

20   tell the truth as if you were testifying live

21   in front of a judge or a jury?

22      A.     Yes.

23      Q.     Terrific.

24             Before the break, we were talking

25   about out-of-pocket medical expenses that you

JessicaRoubert_Rough

♀

97

1           ROUGH OF JESSICA ROUBERT

2     incurred in 2020 during the time that your

3     husband was employed by Power Design.

4           Do you remember that?

5     A.    Yes.

6     Q.    And you mentioned that you estimated

7     that you incurred for your son approximately

8     $900 any think you described it as floor time

9     therapy?

10    A.    Right.

11    Q.    Did your son have floor time therapy

12    during the time that he was -- no, forget that.

13          What about in 2019?

14          MS. HEYSTEK:  Object to form.

15    Q.    Sorry.  Let me be more specific

16    about my question.

17          Did your son incur or did you incur

18    out-of-pocket medical expenses associated with

19    your son in 2019?

20    A.    I don't recall.

21    Q.    Okay.  And Ms. Roubert, I should

22    have taken better notes, but I didn't so I need

23    to just follow-up on, in 2020, do you recall if

JessicaRoubert_Rough

24    you incurred any medical expenses associated

25    with you during the time period that your

♀

98

1                ROUGH OF JESSICA ROUBERT

2    husband was employed by PD?

3         A.    I don't remember.

4         Q.    Okay.  So you can't identify any

5    out-of-pocket medical expenses you incurred in

6    2020 during the time period that your husband

7    was employed by PD?

8         A.    I don't remember.

9         Q.    Okay.  And what about your husband?

10         A.    I don't remember.

11         Q.    Okay.  You can't identify any

12    out-of-pocket medical expenses that your

13    husband incurred in 2020?

14         A.    I don't remember specifically.

15         Q.    Do you remember generally?

16         A.    He had a very bad back injury where

17    he had to be taken to the hospital in an

18    ambulance.  I don't remember what the cost of

19    that -- it was expensive.  I don't remember

20    what that -- what that was.

21         Q.    What year was that?

Page 106

JessicaRoubert_Rough

22        A.    I want to say 2019, 2020.

23        Q.    Sorry you're not sure if it was 2019

24   or 2020?

25        A.    Right.  I don't exactly remember.

99

1              ROUGH OF JESSICA ROUBERT

2         Q.    Was that a work related injury?

3         A.    Yes.

4         Q.    Was it covered by workers' comp?

5         A.    No, not the ambulance ride, no.

6         Q.    What about the rest of it?

7         A.    No, what was covered by workers'

8    comp was the time he missed from work.

9         Q.    But not the medical care?

10        A.    No, uh-uh.

11        Q.    Do you know if the Capital One

12   medical plan covers injuries that are work

13   related?

14        A.    I don't know.

15        Q.    Okay.  Do you know if the PD medical

16   plan covers injuries that are work related?

17        A.    No, because you still have to pay a

18   significant amount out of pocket.  So I would

19   say no, they don't cover it.

Page 107

JessicaRoubert_Rough

20      Q.      And do you recall how much that was?

21      A.      The ambulance was like $900 or $800.

22  When he was in the hospital, we had to pay I

23  think it was all -- he has a very high

24  deductible so 1500 to $1,700.

25      Q.      The hospital was 1500 to 1700?

♀

100

1           ROUGH OF JESSICA ROUBERT

2       A.      Witness nodding.

3       Q.      Plus the ambulance?

4       A.      Right.  The ambulance was separate a

5  separate bill.

6       Q.      Got it.  But you're saying they were

7  covered under the PD medical plan they were

8  just within the deductible?

9       A.      The ambulance ride was not covered

10  at all but I think the ER visit was covered

11  but -- yeah we had to pay because the high

12  deductible we ended up having to pay it.

13      Q.      Did the PD medical plan change in

14  2019 to when his injury occurred?

15      A.      No.

16      Q.      Okay.  And was the ambulance ride

17  that he got an ambulance ride from work to the

Page 108

JessicaRoubert_Rough

18    hospital?

19        A.    Right from the job site to the

20    hospital.

21        Q.    Did he sue at all over that injury?

22        A.    No.

23        Q.    Could you go back to deposition

24    Exhibit 1, if you would, Ms. Roubert?

25        A.    Yeah.  Okay.  Yes.

                                              101

1              ROUGH OF JESSICA ROUBERT

2        Q.    The Power Design open enrollment

3    paperwork in particular which starts on page 3.

4              Do you have that in front of you?

5        A.    Yes.

6        Q.    How did you get this document?

7        A.    This is for his open enrollment.  He

8    would have given it to me.  It's from his human

9    resources.

10       Q.    Do you remember that he gave it to

11   you?

12       A.    Uh-huh.

13             (Reporter Clarification.)

14       A.    Yes, yes.  I'm sorry.

15       Q.    Do you recall when he gave it to

JessicaRoubert_Rough

16    you?

17         A.    No.

18         Q.    Do you recall if it was in October

19    of 2018 or before that?

20         A.    It probably would have been in

21    October.

22         Q.    Do you recall if it was before or

23    after you resigned?

24         A.    Before.

25         Q.    So before you resigned your

102

1              ROUGH OF JESSICA ROUBERT

2    employment you got this information about the

3    cost of the coverage under the PD plan?

4         A.    Right.

5         Q.    When were you deciding to resign

6    your employment with Capital One, did you

7    already know that you were going to sign up for

8    the Power Design medical coverage and dental

9    coverage?

10        A.    No, but I wanted to -- I wanted to

11    get all the information so I could look at all

12    my options and weigh them out.  I wasn't sure.

13        Q.    What do you mean you wanted to look

JessicaRoubert_Rough

14    at all our options?  As you were deciding --

15    again, my question was asking when you were

16    make the decision to resign your employment.

17         A.    Right.

18         Q.    So this is before October 14 of

19    2018, correct?

20         A.    Right.

21         Q.    What were the options that you were

22    thinking about?

23         A.    What I mean I just what I was going

24    to do and if I was going to actually do it and

25    quit and if I did quit, what -- how I was going

                                              103

1               ROUGH OF JESSICA ROUBERT

2    to take care of everything, medical insurance

3    wise in general.

4         Q.    So I understand you would want to

5    think about those things as you're making a

6    decision about do I really want to quit my job

7    or not.

8         A.    Right.

9         Q.    And you understood that when you

10   quit your job you weren't going to have medical

11   insurance at the regular employee rates through

JessicaRoubert_Rough

12    Capital One, correct?

13         A.    Correct.

14         Q.    And you were deciding what should I

15    do, should I resign and if I resign what should

16    I plan to do to make sure that I have medical

17    coverage?

18         A.    Right.

19         Q.    Okay.  And so then you made the

20    decision were you going to resign?

21         A.    Right.

22         Q.    And when you made that decision, by

23    that time, you had already decided that you

24    needed coverage you were going to get coverage

25    from the Power Design plan?

♀
                                              104

 1              ROUGH OF JESSICA ROUBERT

 2         A.    I didn't.  At that time I think I

 3    was just really, really fed up and angry.  I

 4    almost stopped caring.  I was just really not

 5    happy.  I did not want to work there anymore.

 6    Almost did not matter if I was going to have to

 7    pay $1,000 a month for health insurance, I

 8    didn't care.  I just did not want to continue

 9    on doing that.

JessicaRoubert_Rough

10          So I had not made that decision

11     about Power Design.

12          Q.    Okay.  I think you said it wouldn't

13     matter if you had to pay $1,000 a month for any

14     insurance?

15          A.    I was at that point at that on that

16     day that I was willing to finally leave, I

17     didn't care.

18          Q.    Why did you use $1,000 a month as

19     the example that you were talking about?

20          A.    I don't know.  It's more than --

21     $1,000 is more than the 70 check I was paying.

22          Q.    Okay.  And but by the time you made

23     the decision to resign, you already knew that

24     you do have coverage through Power Design for

25     $630.10 a month?

                                                  105

1               ROUGH OF JESSICA ROUBERT

2          A.    Oh, I don't saying did that factor

3      in my decision to quit so I got this and I said

4      oh, equity my job at Capital One?

5          Q.    Least was a factor for you, correct?

6          A.    No, no.

7          Q.    Okay.

JessicaRoubert_Rough

8       A.    I was not happy there and I was

9   looking at insurance options and yes, I was

10  planning to leave, but no the Power Design was

11  not a factor.  I was not happy.  But I was

12  having to in those final two weeks plan, okay,

13  now you're not going to have, what are you

14  going to do, so no this didn't come -- no.

15      Q.    I gotcha.  So during the two weeks

16  between when you gave your notice on October 14

17  and your last day on October 28 you said you

18  were giving thought to what to do about

19  insurance?

20      A.    Right.

21      Q.    Tell me about that.

22      MS. HEYSTEK:  Object to form.

23      You can answer.

24      A.    I'm just thinking.

25      Q.    Take your time.

106

1       ROUGH OF JESSICA ROUBERT

2       A.    I got I know I had to this paperwork

3   by that time before I actually had left, and I

4   was waiting on doing my exit interview and what

5   they were going to say and getting any

JessicaRoubert_Rough

6      paperwork from Capital One which they told me

7      would be coming and kind of comparing

8      everything.

9          Q.     Anything else?

10         A.     No.

11         Q.     So by the time of your actual last

12     day and -- sorry let me take a step back.

13                Was your exit interview on your

14     literally last day?

15         A.     I think it might have been like a

16     day or two after, if I remember.

17         Q.     Okay.  So your last day was

18     October 28 but you might have had your exit

19     interview after that?

20         A.     Right.

21         Q.     And after your exit interview, did

22     you make a decision to select the Power Design

23     insurance?

24         A.     Like right after the exit interview?

25     No.

                                                    107

1                 ROUGH OF JESSICA ROUBERT

2          Q.     Okay.  What were you waiting on?

3          A.     The paperwork from Capital One.

JessicaRoubert_Rough

4      Q.    And the paperwork that you're

5    talking about just to be clear, is not

6    Exhibit 3?

7      A.    I'm just going to look at that

8    again.

9      Q.    Please.

10     A.    (Document review.)  No.

11     Q.    Okay.

12     A.    I think this even came before my

13   interview, my phone interview, my exit

14   interview I think I got this before I even did

15   that.

16     Q.    Okay.  Could you turn Ms. Roubert,

17   to Exhibit 4 now?

18     A.    Yes.  Okay.

19     Q.    Do you have that in front of you?

20     A.    Yes.

21     Q.    I know some of the font is a little

22   small so feel free to blow it up as much as you

23   need.

24     A.    Okay.

25     Q.    First thing I want to point out to

                                          108

1              ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2    you again the date of the notice is listed as

3    November 7 of 2018, correct?

4         A.    Right.

5         Q.    Am I correct, Ms. Roubert, that you

6    don't know if you filled out the Power Design

7    benefit election paperwork before or after

8    November of 2018?

9         A.    Correct.

10        Q.    Okay.  And the date of coverage

11   lost -- were you trying to say something,

12   Ms. Roubert?

13        A.    November 7 is my son's birthday and

14   probably would have filled it out after.

15   Around that time, I would have been taking him

16   to do something fun planning a -- he had a

17   laser tab party.  I wouldn't have been involved

18   with any of this until after that.  Sorry go

19   ahead.

20        Q.    So you back dated the Power Design

21   benefit election paperwork by more than a week?

22        A.    Yeah.

23        Q.    And you're confident about that?

24        A.    Yes.

25        Q.    Okay.  So the next line on this

JessicaRoubert_Rough

```
 1              ROUGH OF JESSICA ROUBERT

 2    document shows date of coverage loss.

 3              Do you see that?

 4         A.    Yes.

 5         Q.    And it says that the date of

 6    coverage loss is 10/31/2018, correct?

 7         A.    Right.

 8         Q.    And had you received this document

 9    and read it you would have known that your

10    coverage under the Capital One medical plan

11    would stop as of October 31, 2018?

12         A.    Right, it was already gone.

13         Q.    And the next line below that has

14    coverage start date if collecting.

15              Do you see that?

16         A.    Yes.

17         Q.    And that shows November 1 of 2018?

18         A.    Uh-huh.

19         Q.    Do you see that?

20         A.    Yes.  So -- I'm sorry.  Is this --

21    so it's November 1.  So if you don't elect it

22    by November 1 you don't receive the coverage,

23    is that --
```

JessicaRoubert_Rough

24      Q.    So if you want to take some time to

25      look at the rest of the document, you can.  I

                                                    110

1              ROUGH OF JESSICA ROUBERT

am point you to some other places where it has

that kind of information?

4      A.    Okay.

5      Q.    I promise we will get there.

6      A.    Okay.

7      Q.    And if you don't know the answer to

8      one of my questions, you just say you don't

9      know.

10      A.    Okay.

11      Q.    Okay?

12      A.    Okay.

13      Q.    But this shows coverage start date

14      if electing November 1 of 2018, correct?

15      A.    Right, that's what it says.

16      Q.    And so if you have read this you

17      would have known that if you elected coverage

18      your coverage would start November 1 of 2018?

19      A.    Okay.

20      Q.    Correct?

21      A.    If I -- well, it's after.  I would

JessicaRoubert_Rough

22      have received this after November 1.

23           Q.    That's true if you had received

24      it --

25           A.    I wouldn't have elected it in time.

                                                        111

1                  ROUGH OF JESSICA ROUBERT

2            Q.    Why don't we -- let's do this now.

3            A.    Do you want to go over like maybe --

4            Q.    Let's roll down a few pages to the

5       page that has the Bates number 75 at the

6       bottom.

7            A.    Okay.  I'm there.

8            Q.    Do you see that page?

9            A.    Yes.

10           Q.    The first -- the first paragraph

11      says please read the important information

12      about your rights included in the pages

13      following the COBRA coverage election form.

14                 Do you see that?

15           A.    Uh-huh.

16           Q.    Is that a yes?

17           A.    Yes, yes.

18           Q.    Great.  Now a few paragraphs below

19      do you see there is a paragraph that starts

                        Page 120

JessicaRoubert_Rough

20    with your election?

21        A.    Yes.

22        Q.    And that paragraph says or that

23    sentence says your election must be made on or

24    about the election deadline identified on the

25    first page of the notice which is 1/9/2019.

                                                        112

1            ROUGH OF JESSICA ROUBERT

2            Do you see that?

3        A.    Yes.

4        Q.    And so if you had read that you

5    would know that you could make the election any

6    time up until 1/9/2019, correct?

7            MS. HEYSTEK:  Object to form.

8            You can answer.

9        A.    Right.

10        Q.    Okay.  Now let's go back up to that

11    first page.

12        A.    Okay.

13        Q.    Do you see on the left side under

14    COBRA coverage election notice there is a thing

15    called election deadline?

16        A.    Okay.

17        Q.    And that has the same date

JessicaRoubert_Rough

18    January 9, 2019?

19         A.    I see.

20         Q.    Okay.  And so if you elected COBRA

21    coverage by January 9 of 2019, your coverage

22    starting date would be November 1 of 2018,

23    correct?

24              MS. HEYSTEK:  Object to form.

25         A.    Okay.

                                              113

1              ROUGH OF JESSICA ROUBERT

2         Q.    Correct?

3         A.    Yes.

4         Q.    Okay.  Under the bold text on this

5    first page?

6         A.    Uh-huh.

7         Q.    It says please read the information

8    in this notice very carefully before you make a

9    decision and keep it for your records, correct?

10        A.    Correct.

11        Q.    And so if you had received this

12   document and you had read this document, you

13   would know that it was important for to you

14   read it and that you should keep a copy?

15              MS. HEYSTEK:  Object to form.

JessicaRoubert_Rough

16          You can answer.

17     A.     Every -- everything that I get in

18   the mail says that but okay.  Yes, but it's --

19   everything you get in regards to health

20   insurance says that but yes.

21     Q.     Do you not believe that information

22   you receive about your health insurance is

23   important and that you should read it

24   carefully?

25          MS. HEYSTEK:  Object to form.

                                                114

1          ROUGH OF JESSICA ROUBERT

2          You can answer.

3     Q.     What's that?

4     A.     Not all of it is.

5     Q.     Okay.

6     A.     Some of it is.  For instance thing

7   that is say this is not a bill, you know, and

8   it gives you all of that.  Okay.  I know that

9   my provider billed you for something and you

10   paid for it.  Thank you.

11          When I get this notice, what's

12   standing out to me is to get coverage from the

13   Marketplace and 11/1/2018 which had already

JessicaRoubert_Rough

14    passed.  Election date to me I know it's all

15    the way in the end part of the document, just

16    seems arbitrary.  Like I don't know -- for some

17    reason it just doesn't seem like that's the

18    amount of time that I have until I can't --

19    until I can't decide.  Okay.

20         Q.    Can you look at the bottom of that

21    first page of Exhibit 4?

22         A.    Okay.

23         Q.    Do you have that in front of you?

24         A.    Yes.

25         Q.    This says if you clues to elect

                                                    115

1              ROUGH OF JESSICA ROUBERT

2    COBRA coverage, you do not have to send any

3    premium payments with the COBRA coverage

4    election form, right?

5         A.    Okay.

6              MS. HEYSTEK:  Object to form.

7              You can answer.

8         Q.    And if you received this document

9    and you had read this document you would know

10    that you could make an election for COBRA

11    coverage and you wouldn't have to send in the

JessicaRoubert_Rough

12    payment with your election?

13            MS. HEYSTEK:  Object to form.

14            You can answer.

15    A.    Yes.

16    Q.    Can you turn to page 2 of this

17    document which is Bates labeled 74?

18    A.    Okay.

19    Q.    In the middle of the page do you see

20    the sentence that says if you have any

21    questions about this notice or need further

22    information about your rights to elect COBRA

23    coverage, please contact Anthem at

24    877-775-9393?

25            MS. HEYSTEK:  Object to form.

                                            116

1            ROUGH OF JESSICA ROUBERT

2            You can answer.

3    A.    Yes.

4    Q.    And so if you had received this

5    document and you had read it at the time you

6    would know that you had the ability to contact

7    Anthem with any questions about your rights to

8    elect COBRA coverage?

9            MS. HEYSTEK:  Object to form.

JessicaRoubert_Rough

10          A.     Yes.

11          Q.     Can you turn to the next page?

12          A.     Okay.

13          Q.     This page says where to send in the

14   COBRA election form if you want to mail it,

15   correct?

16          A.     Correct.

17          Q.     And it also says you can elect

18   online if you want?

19          A.     Yes.

20          Q.     What was your job at cap pal one?

21          A.     I was a fraud supervisor, just a

22   call center job.

23          Q.     And so you used a computer a lot in

24   connection with your job?

25          A.     Yeah.  Yes.

                                                     117

 1          ROUGH OF JESSICA ROUBERT

 2          Q.     Okay.  Could you turn to the next

 3   page which is page Bates labeled 76?

 4          A.     Okay.

 5          Q.     The top of this document is entitled

 6   COBRA coverage election form?  Is that a yes?

 7          A.     Yes.

JessicaRoubert_Rough

8      Q.    Great.  And so if you had received

9    this document and you had read the title, you

10   would know that this was a COBRA coverage

11   election form, correct?

12            MS. HEYSTEK:  Object to form.

13     A.    Yes.

14     Q.    And right underneath that paperwork

15   it has your name on the left-hand side?

16     A.    Yes.

17     Q.    And on the right-hand side it says

18   election deadline:  1/9/2019?

19     A.    Yes.

20     Q.    Okay.  And then the first thing it

21   shows are the dental insurance, correct?

22     A.    Yes.

23     Q.    And it shows the cost of having

24   dental insurance for employee plus spouse plus

25   one child?

                                                118

1            ROUGH OF JESSICA ROUBERT

2      A.    Yes.

3      Q.    And that's $124.29?

4      A.    Yes.

5      Q.    And it also shows the cost of having

                    Page 127

JessicaRoubert_Rough

6    dental insurance for employee plus spouse?

7        A.    Yes.

8        Q.    And that's $90.94?

9        A.    Yes.  Yes.

10       Q.    Thank you.  The coverage you ended

11   up getting with Power Design was just for your

12   husband and you, correct?

13       A.    Yes.

14       Q.    Okay.  And then on the right-hand

15   side, it has a date for the dental insurance

16   saying when you lost insurance under the

17   regular program, right that's October 31, 2018?

18       A.    Okay.

19       Q.    Do you see that?

20       A.    Yes.

21       Q.    And then the next line over shows

22   the start date for COBRA coverage if you elect

23   it.

24             Do you see that?

25       A.    Yes.

                                              119

1             ROUGH OF JESSICA ROUBERT

2        Q.    And it shows that COBRA coverage if

3    you elected would start November 1 of 2018?

JessicaRoubert_Rough

4          A.     Right.

5          Q.     And scrolling down to the medical

6    coverage, the COBRA notice tells you that for

7    coverage for medical coverage for you and your

8    husband would cost $1,103.32, correct?

9          A.     Right.

10         Q.     And so if you had read this document

11   and you had received it you would know that

12   medical coverage under the COBRA plan would be

13   $1,103.32?

14                MS. HEYSTEK:  Object to form.

15                You can answer.

16         A.     Well, I wouldn't have -- I'm sorry.

17   I wouldn't have to it for him and me.  I would

18   have just been getting it for me, right?  My

19   husband wasn't under Capital One's insurance T

20   would have been for me so it would have been

21   525.39 but yeah I see what you're saying.

22         Q.     Understood.  I'm just trying to

23   compare how much you're paying for insurance?

24         A.     Oh.

25         Q.     Under Power Design versus how much

                                                      120

1               ROUGH OF JESSICA ROUBERT
                     Page 129

JessicaRoubert_Rough

2    you would have paid for the same coverage with

3    Capital One.

4           A.    Right but I --

5           Q.    And Power Design --

6           A.    Right, but I wouldn't have put him

7    on there with me.  You see?  So that would

8    never have been an option to do employee plus

9    spouse it would have just been employee because

10   he already had his own insurance and we talked

11   about earlier not getting two insurances,

12   right?  I would have just done employee only.

13          Q.    So you would never have elected to

14   have coverage for anybody that covered you with

15   Capital One and also with your husbands medical

16   plan?

17          A.    Right.  I would not have gone with

18   both.  I would have just done employee only.

19          Q.    Got it.

20          A.    And I wouldn't have carried -- I

21   wouldn't have had him dropped from his plan to

22   go to this plan.  He would have stayed on his

23   plan and I would have stayed on my plan.

24          Q.    And that medical coverage under the

25   terms of the regular plan as an employee,

Page 130

JessicaRoubert_Rough

121

1              ROUGH OF JESSICA ROUBERT

2     according to the notice, would have ended

3     October 31 of 2018, correct?

4          A.    Right.

5          Q.    And the notice also makes clear that

6     if you elect COBRA that coverage would start

7     November 1 of 2018?

8          A.    Right.

9          Q.    So if you had received this document

10    and you had read it, you would have known that

11    your COBRA coverage could be starting

12    November 1 of 2018?

13              MS. HEYSTEK:  Object to form.

14              You can answer.

15         A.    Well, with you going over with me

16    and telling me that specifically, yes, I know.

17         Q.    Thank you.

18         A.    Okay.

19              MR. BLUMENFELD:  Can we take a break

20    for about five minutes?

21         Q.    Is that okay with you, Ms. Roubert?

22         A.    Yes.

23              MR. BLUMENFELD:  Great Amanda okay

JessicaRoubert_Rough

24          with you.

25                MS. HEYSTEK:  Yeah.

♀

                                                                    122

1                 ROUGH OF JESSICA ROUBERT

2                 THE VIDEOGRAPHER:  Okay.  The time

3           is 3:55.  Off the record.

4                 (Recess taken.)

5                 THE VIDEOGRAPHER:  Okay.  The time

6           is 405.  We're back on the record.

7           Q.    Hi, Ms. Roubert, you understand you

8     are still on the record?

9           A.    Yes.

10          Q.    You understand you have the same

11    obligation to tell the truth as if you were

12    testifying live in front of a judge or a jury?

13          A.    Yes.

14          Q.    Great.  Before we broke,

15    Ms. Roubert, we were going over the elections

16    that you would have made under COBRA versus

17    your husbands plan.

18                Do you remember that because you

19    didn't want to have him on your insurance and

20    you weren't going to be on his insurance and

21    have COBRA?

JessicaRoubert_Rough

22      A.    Right.

23      Q.    Okay.  So I want to make sure that I

24  have the numbers right and I do want to go

25  through some of the economics associated with

♀

123

1           ROUGH OF JESSICA ROUBERT

2  this.

3           So under the Power Design plan you

4  had dental insurance for yourself and for your

5  husband, correct?

6      A.    Right.

7      Q.    But not for your son?

8      A.    Right.

9      Q.    And I think what you were saying is

10  if you had decided to elect COBRA you would

11  have only elected COBRA for dental insurance

12  for yourself because your husband would have

13  had dental insurance through his employer; is

14  that right?

15      A.    For medical and dental for myself

16  and my son and not -- nothing for my husband

17  under COBRA.

18      Q.    Okay.  And so under the dental

19  you're saying you would have elected dental

JessicaRoubert_Rough

20    insurance for yourself and for your son?

21         A.    Yeah.

22         Q.    Why would you elect COBRA are to

23    your son if you didn't elect Power Design

24    insurance for your son?

25         A.    The dental insurance at Capital One

♀

                                                    124

1              ROUGH OF JESSICA ROUBERT

2    covered my son's dentist and the Power Design

3    did not.

4         Q.    You knew that at the time you made

5    the election to select Power Design insurance?

6         A.    For their dental.  I knew their

7    dental was not good insurance.

8         Q.    So on the dental insurance side, if

9    you had elected insurance for yourself and your

10   son, the monthly cost under COBRA would have

11   been $76.64, correct?

12        A.    Spouse and child, yes.

13        Q.    And if you had elected dental

14   insurance just for yourself under COBRA that

15   would have been $43.31 per month?

16        A.    Yes.

17        Q.    And for medical insurance that you

JessicaRoubert_Rough

18    said you would have just elected for yourself?

19         A.    Yes.

20         Q.    And that would have been $525.39?

21         A.    Right.

22         Q.    Under the Power Design plan we know

23    that you paid a total of $630.10 a month but

24    that covered you and your husband for medical

25    and dental, correct?

                                                    125

1              ROUGH OF JESSICA ROUBERT

2         A.    Right.

3         Q.    So I would like to walk through how

4    much it would have cost if you had elected

5    COBRA for yourself and if you had elected Power

6    Design insurance for your husband instead.

7              Does that make sense?

8         A.    Yes.

9         Q.    Okay.  So on the medical side your

10   insurance with COBRA would have been $525.39

11   per month, correct?

12        A.    Yes.

13        Q.    Okay.  And in addition to that, your

14   husband would have needed medical insurance for

15   himself, correct?

JessicaRoubert_Rough

16        A.    I'm sorry.  He had medical insurance

17   through Power Design.

18        Q.    Right.  And that was $52.29?

19        A.    Right.

20        Q.    But that's every two weeks?

21        A.    It's every two week, right, yes.

22   It's not a month.  This is every pay period.

23        Q.    And in the interrogatory responses

24   you converted the every two week amounts into

25   the monthly amounts.

                                                    126

1              ROUGH OF JESSICA ROUBERT

2              Do you remember how you did that?

3        A.    To 66 and 77 twice, yeah.

4        Q.    Do you remember how you converted

5    the biweekly amounts into the monthly amount?

6        A.    Yes.

7        Q.    You multiplied by 26 and then you

8    divide by 12, right?

9        A.    Right.  Just -- okay.

10        Q.    What's that?

11        A.    No, that's right.  That will give

12   you the monthly amount.

13        Q.    And so your husbands insurance at

JessicaRoubert_Rough

14      $52.29 every two weeks would have been how much

15      as a monthly amount?

16           A.    For me and my husband on his

17      insurance?

18           Q.    No, just for him.

19           A.    Oh, just for him he's only at $104

20      and some change.

21           Q.    What are you looking at?

22           A.    For his medical insurance for the

23      month?

24           Q.    Yep.

25           A.    I'm looking at the medical and

                                                    127

1                 ROUGH OF JESSICA ROUBERT

2       dental insurance cost on benefits enrollment

3       form.

4            Q.    Where it says $52.29 every two

5       weeks?

6            A.    Right.

7            Q.    Okay.  But to get the monthly amount

8       you have to multiply that by 26 and then divide

9       by that 12.

10           A.    Okay.

11           Q.    Do you have a calculator to be able

JessicaRoubert_Rough

12    to do that?

13        A.    Yes.

14            MS. HEYSTEK:  You want to just tell

15        us what it is Jeremy.

16            MR. BLUMENFELD:  Sure.

17        Q.    It's $113.30 per month?

18        A.    I was close.

19        Q.    And if you add the $525.39 for you

20    for medical insurance and your husbands medical

21    insurance with Power Design, that would have

22    cost $638.69, correct?

23        A.    Right.

24        Q.    That's just for medical, not

25    including dental for anybody?

                                                128

1            ROUGH OF JESSICA ROUBERT

2        A.    Right, we're not including dental in

3    that.  Yep.

4        Q.    That's already more than you were

5    paying Power Design for coverage for you and

6    your husband for both medical and dental,

7    correct?

8        A.    Correct.

9        Q.    And then dental insurance for your

JessicaRoubert_Rough

10      husband would have been $13.28 every two weeks

11      right?

12          A.    Right.  Yes.

13          Q.    And that's $28.77 per month?

14          A.    Uh-huh.

15          Q.    Is that a yes?

16          A.    Yes.

17          Q.    Okay.  And just to do the apples to

18      apples comparison.  In addition to your husband

19      being $28.77 a month, it would have cost an

20      additional $43.31 a month for you to have

21      dental insurance?

22          A.    Right.

23          Q.    Which means dental insurance under

24      the alternative that you were talking about,

25      which is you have COBRA and your husband has PD

                                                        129

1               ROUGH OF JESSICA ROUBERT

2       insurance would have been $72.08 per month?

3           A.    Right.

4           Q.    And when you add those costs, it's

5       more expensive than the insurance that you

6       ended up getting through PD, correct?

7           A.    Right.

JessicaRoubert_Rough

8        Q.    Could you go back to the COBRA

9   notice, Ms. Roubert?

10        A.    Sure.  That's Exhibit --

11        Q.    Exhibit 4.

12        A.    Yes, I have it up.

13        Q.    Great.  Can you turn to the page

14   that has the Bates number 78?

15        A.    Sure.  Okay.

16        Q.    You see the heading towards the

17   bottom of the page electing COBRA coverage?

18        A.    Yes.

19        Q.    The first sentence there says to

20   elect COBRA coverage you must complete the

21   COBRA coverage election form and submit it to

22   Anthem according to the instructions included

23   on the COBRA coverage election form by the date

24   specified on the COBRA coverage election form,

25   correct?

⚥

                                              130

1            ROUGH OF JESSICA ROUBERT

2        A.    Correct.

3        Q.    And you remember that date, that's

4   the January 9, 2019, date that's on the form?

5        A.    Okay.

                    Page 140

JessicaRoubert_Rough

6      Q.    And so if you had received this

7    document and you had read it, you would know

8    that in order to elect COBRA coverage you would

9    need to submit the COBRA coverage election form

10   by January 9 of 2019, right?

11     A.    No, because it doesn't say at that

12   right there.  I probably would have thought I

13   had missed it on November 1.  I just -- is that

14   here?  I'm sorry when were you reading it did

15   it say January 9 and I missed it?

16     Q.    The January 9 date is not on this

17   date, it's on the COBRA coverage election form

18   itself.

19     A.    Up at the top, right?

20     Q.    Go to page 76 --

21     A.    The very top of the document.  Okay.

22   Seventy-six you said?

23     Q.    Yep.

24     A.    Okay.

25     Q.    The top of the page.

                                              131

1           ROUGH OF JESSICA ROUBERT

2      A.    Oh this top -- okay.  Okay.

3      Q.    You see the election deadline?

JessicaRoubert_Rough

4        A.    I see the election deadline.

5        Q.    And they are explaining to you the

6    election deadline is January 9, 2019?

7            MS. HEYSTEK:  Object to form.

8        A.    You explained that, yes.  Elect

9    COBRA coverage from the COBRA -- failure to do

10   so -- okay.  Included in the COBRA coverage

11   election form.  So it just tells -- okay.  So

12   this part just tells you to go back to the

13   other form.  That's all that that's saying.

14   You must complete the election form and submit

15   to Anthem including the form election by the

16   date specified on the COBRA election form.

17   Okay.  And they just want you to go back and

18   read another form.  That's what it looks like.

19   That's just telling me to do.  Failure to do so

20   about will -- okay.

21       Q.    Will what?

22       A.    I was just reading the bold what it

23   says in bold.

24       Q.    What does it say?

25       A.    It says failure to do so will result

132

1            ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2      in loss of the right to elect COBRA coverage

3      under the plan.

4           Q.    Okay.  Could you go back to page 75?

5           A.    Okay.

6           Q.    Do you have that page in front of

7      you?

8           A.    Yes.

9           Q.    Do you see the sentence that says

10     oral elections will not be accepted?

11          A.    No.  Okay please see the attached if

12     you want to elect online.  Okay I see it.  Yes.

13          Q.    Okay.  The sentence right below that

14     says your election must be made on or before

15     the election deadline identified on the first

16     page of the notice, which is January 9, 2019,

17     correct?

18          A.    Correct.

19          Q.    Okay.  And so if you had received

20     this document and read this page, you would

21     have understood that you could elect COBRA any

22     time up to January 9 of 2019?

23               MS. HEYSTEK:  Object to form.

24               You can answer.

25          Q.    Right?

JessicaRoubert_Rough

♀

133

```
 1              ROUGH OF JESSICA ROUBERT

 2         A.   Yes.

 3         Q.   Could you go to the next page --

 4    sorry it's a few pages in.  The page that has a

 5    Bates number 79?

 6         A.   Okay.  Seventy-nine.  Okay.

 7         Q.   Do you see the heading duration of

 8    COBRA coverage?

 9         A.   Yes.

10         Q.   Okay.  The second paragraph in that

11    heading says in the case of a loss of coverage

12    due to the covered employees termination of

13    employment or reduction in hours of the covered

14    employees employment, coverage may generally

15    last for up to 18 months.

16              Do you see that?

17         A.   Yes.

18         Q.   And so if you had received this

19    document and you had read this document, you

20    would have understood that coverage generally

21    lasted for 18 months, correct?

22              MS. HEYSTEK:  Object to form.

23         A.   No.
```

JessicaRoubert_Rough

24      Q.      Okay.  Why not?

25      A.      Because I -- this is going to

                                                          134

1               ROUGH OF JESSICA ROUBERT

2       sound -- I wasn't terminated and I didn't

3       reduce -- my hours weren't reduced.  I

4       voluntarily left.  So I wouldn't think that

5       that sentence applies to me.

6       Q.      So if you had received this document

7       and read it, you wouldn't think that that

8       applied to you because you didn't have your

9       employment terminated, you resigned?

10      A.      Right.

11      Q.      Okay.  And so on the first page of

12      this document, going back up which has a Bates

13      number 73.

14      A.      Okay.

15      Q.      Do you see that it describes the

16      qualifying event reason as termination?

17      A.      Yeah, and I wouldn't -- if I would

18      have seen that I would be like oh they made a

19      mistake.

20      Q.      Am I right that if you had received

21      this document and you would have read it you

JessicaRoubert_Rough

22    wouldn't think anything in this document

23    applied to you because you voluntarily

24    resigned, your employment was not terminated in

25    your mind?

⚲

135

1              ROUGH OF JESSICA ROUBERT

2        A.    Right.

3        Q.    Got it.  Do you think that's a

4    reasonable reading of it?

5              MS. HEYSTEK:  Object to form.

6        A.    Yes.

7        Q.    Do you think other employees who

8    voluntarily resign their employment would read

9    it the same way?

10        A.    Yes.

11        Q.    Could you go back to page Bates

12    labeled 79?

13        A.    Yes.  Seventy-six, 77, 78, 79.

14    Okay.

15        Q.    Do you have that in front of you?

16        A.    Yes.

17        Q.    Great.  Do you see the paragraph in

18    the mid of that page that says the COBRA

19    periods described above are maximum coverage

JessicaRoubert_Rough

20    periods?

21         A.    Yes.

22         Q.    And do you see that one of the ways

23    that somebody can lose COBRA coverage is if

24    they don't pay the premium in a timely manner?

25         A.    Yes.

                                                      136

1              ROUGH OF JESSICA ROUBERT

2         Q.    And do you also understand that if

3    somebody gets coverage under another group

4    health plan, that they would lose their COBRA

5    coverage?

6         A.    (Document review.)  When they first

7    become covered under -- yes.

8         Q.    Okay.  And so if you had received

9    this and you had read it you would understand

10   that if you signed up for the Power Design

11   medical benefit plan you would lose COBRA

12   coverage?

13             MS. HEYSTEK:  Object to form.

14        A.    Right.

15        Q.    Okay Ms. Roubert, could we go off

16   the record for a minute?

17             THE VIDEOGRAPHER:  You want to go

JessicaRoubert_Rough

18          off the record.

19                  MR. BLUMENFELD:  Yes, please.

20                  THE VIDEOGRAPHER:  The time is 4:25.

21          We're off the record.

22                  (Recess taken.)

23                  THE VIDEOGRAPHER:  The time is 426.

24          We are back on the record.

25          Q.    Ms. Roubert, you understand we're

                                                          137

1                   ROUGH OF JESSICA ROUBERT

2          back on the record?

3          A.    Yes.

4          Q.    Great.  Can you turn, Ms. Roubert,

5          to page Bates number 80?

6          A.    Okay.

7          Q.    Do you see under the heading

8          disability extension of COBRA coverage?

9          A.    Yes.

10          Q.    And if you read that, you see that

11          under certain circumstances a covered employees

12          COBRA time period can be extended if they

13          become disabled?

14          A.    Right.

15          Q.    Have you been declared disabled by

                          Page 148

JessicaRoubert_Rough

16    the Social Security Administration under Title

17    II or Title XVI of the Social Security Act?

18         A.   Yes.

19         Q.   And so if you had read -- if you

20    ride this document and you had read this

21    document and you believed that you were

22    entitled to COBRA because your employment had

23    terminated, you would understand at least that

24    you could extend COBRA coverage because of the

25    declaration by Social Security Administration

                                                    138

 1              ROUGH OF JESSICA ROUBERT

 2    of a disability, correct?

 3              MS. HEYSTEK:  Object to form.

 4              You can answer.

 5         A.   Yes.

 6         Q.   Okay.  Can you turn to the page

 7    that's entitled -- excuse me that's Bates

 8    labeled 81, Ms. Roubert?

 9         A.   Yes.

10         Q.   Do you see the heading paying for

11    COBRA coverage?

12         A.   Yes.

13         Q.   And then right underneath that it

                    Page 149

JessicaRoubert_Rough

14    says initial premium payment, in bold, all

15    caps, right?

16         A.    Right.

17         Q.    Okay.  The first sentence of that

18    paragraph says you must make your initial

19    payment for COBRA coverage no later than 45

20    days after the date of your election.

21              Do you see that?

22         A.    Yes.

23         Q.    And so if you had received this

24    document and you had read it and you had

25    elected COBRA, you would know that you could

                                              139

1              ROUGH OF JESSICA ROUBERT

2    make the payment up to 45 days after you make

3    that election, right?

4              MS. HEYSTEK:  Object to form.

5              You can answer.

6         A.    Right.

7         Q.    And then in the next paragraph down

8    they give you an example.  They say first your

9    initial premium payment must cover the cost of

10    COBRA coverage from the time your coverage

11    under the plan would have otherwise terminated

JessicaRoubert_Rough

12    up through the end of the month precede the

13    month in which your payment is paid.

14         Did I ride that sentence correctly?

15    A.    Yes.

16    Q.    And then there is an example for

17    example the June 1 collection based on answer

18    April 30 qualify event and loss of coverage

19    under the plan would require an initial premium

20    payment equaling the premiums for May and June

21    and is due on or before July 15, the 45th day

22    after the COBRA coverage election.

23         Do you see that?

24    A.    Yes.

25    Q.    Did I read that correctly?

                                              140

1         ROUGH OF JESSICA ROUBERT

2    A.    Yes.

3    Q.    And so this is describing a

4    circumstance where somebody had a qualifying

5    event and lost coverage on April 30, right?

6    A.    Right.

7    Q.    And they made an election June 1, a

8    little over a month later, to elect COBRA,

9    correct?

JessicaRoubert_Rough

10          A.      Correct.

11          Q.      And that COBRA premium payment would

12     then be due 45 days after they made the

13     election and would cover May and June premiums,

14     correct?

15          A.      Correct.

16          Q.      And so this is an example of

17     somebody making an election after they have

18     already lost coverage but you make the payment

19     and you're covered for the whole time period,

20     correct?

21          A.      Correct.

22                  MS. HEYSTEK:  Object to form.

23          Q.      And if you had received this

24     document and you had read it, you would have

25     understood that you could make a COBRA election

                                                      141

1                ROUGH OF JESSICA ROUBERT

2      after the date you lose coverage and that it

3      would be retroactive and cover the time period

4      beforehand?

5                  MS. HEYSTEK:  Object to form.

6          Q.      Just like in the example?

7                  MS. HEYSTEK:  Object to form.

JessicaRoubert_Rough

8       A.    Right.

9       Q.    Okay.  Could you turn to the page

10   that has Bates label 83?

11      A.    Okay.

12      Q.    Do you see the additional notice

13   procedures for requests for cancellation of

14   COBRA coverage heading?

15      A.    Yes.

16      Q.    And under that it says in the first

17   sentence, if you are currently receiving COBRA

18   coverage for which a premium has yet to be paid

19   and wish to cancel your further could he

20   practice coverage, you may refrain from paying

21   the COBRA premium for the coverage period that

22   begins when you no longer want COBRA coverage.

23            Do you see that?

24      A.    I'm sorry.

25      Q.    That's okay.

                                              142

1            ROUGH OF JESSICA ROUBERT

2       A.    Okay.  If qualified beneficiary --

3    I'm sorry can you read that again.

4       Q.    Yeah, underneath the heading

5    additional notice procedures for requests for

JessicaRoubert_Rough

6        cancellation of COBRA coverage.

7            A.      Okay.

8            Q.      Do you see that?

9            A.      Yeah.

10           Q.      So the first sentence says if you

11       are currently receiving COBRA coverage for

12       which a premium has yet to be paid and wish to

13       cancel your further COBRA coverage, you may

14       refrain from paying the COBRA premium for the

15       coverage period that begins when you no longer

16       want COBRA coverage.

17                   Did I read that correctly?

18           A.      Yes.

19           Q.      Okay.  So if you had received this

20       document and you had read it at the time you

21       would know that if you wanted to -- if you

22       elect COBRA and then you want to cancel it you

23       can cancel it just by not paying for the

24       premiums?

25                   MS. HEYSTEK:  Object to form.

                                                      143

1                    ROUGH OF JESSICA ROUBERT

2            Q.      Correct?

3            A.      One moment.

                          Page 154

JessicaRoubert_Rough

4      Q.    Sure.

5      A.    (Document review.)  Okay.  Yes.

6      Q.    And then it goes on to give an

7  example of exactly how that works and how you

8  can end your COBRA coverage sooner just by not

9  paying the premium.

10          MS. HEYSTEK:  Object to form.

11     Q.    Correct?

12     A.    Correct.

13     Q.    Okay.  Could you turn to the page

14  that's Bates labeled 84?

15     A.    Yes.

16     Q.    Do you see the heading entitled

17  switching from COBRA coverage to Marketplace

18  coverage?

19     A.    Yes.

20     Q.    And under that heading it says in

21  the first sentence if you sign up for COBRA

22  coverage, you can switch to a Marketplace plan

23  during a Marketplace open enrollment period.

24          Do you see that?

25     A.    Yes.

144

1            ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2          Q.    And so if you had received this

3     document and you had read it, you would know

4     that even if you elect COBRA coverage you can

5     switch to a Marketplace plan during the

6     Marketplace open enrollment period, correct?

7               MS. HEYSTEK:  Object to form.

8          A.    (Document review.)

9               (Reporter Clarification.)

10         A.    No, I wouldn't get that from this.

11         Q.    You wouldn't understand that you

12    could switch from COBRA to a Marketplace plan

13    during the Marketplace open enrollment period

14    if you wanted to?

15         A.    I would understand that.  I wouldn't

16    understand -- because it says if you have a

17    qualifying event.  Do you only have to have a

18    qualifying event or it's any time.  Any time

19    during Marketplace open enrollment you can

20    switch.  There doesn't have to be a marriage or

21    a birth?  Is that what it's saying?

22         Q.    You're not sure?

23         A.    Right, I'm not -- I'm not sure what

24    it's saying.

25         Q.    O?

Page 156

JessicaRoubert_Rough

♀

145

```
1              ROUGH OF JESSICA ROUBERT

2         A.    Is that what it's saying?

3         Q.    It's okay if you're not sure that's

4    fine.

5         A.    Okay.  I'm not sure.

6         Q.    So the first sentence says if you

7    sign up for a COBRA coverage, you can switch to

8    a Marketplace plan during a Marketplace open

9    enrollment period, correct?

10        A.    Right.

11        Q.    The second sense says you can also

12   end your COBRA coverage early and switch to a

13   Marketplace plan if you have another qualifying

14   event such as a marriage or birth of a child

15   through something called a special enrollment

16   period.

17              Do you see that?

18        A.    Uh-huh.

19        Q.    Is that a yes?

20        A.    Yes.  I'm sorry.  Yes.

21        Q.    That's okay.  So you can switch from

22   COBRA coverage to a Marketplace plan during a

23   special enrollment period.  And you can switch
```

JessicaRoubert_Rough

24    to a Marketplace plan from COBRA coverage

25    during a Marketplace open enrollment period.

                                                                146

 1              ROUGH OF JESSICA ROUBERT

 2              Do you see that now?

 3    A.    Yes.

 4              MS. HEYSTEK:  Object to form.

 5    Q.    Do you see the heading below that

 6    that says switching from Marketplace coverage

 7    to COBRA?

 8    A.    Yes.

 9    Q.    And under that heading it says if

10    you sign up for Marketplace coverage instead of

11    COBRA coverage, you cannot switch to COBRA

12    coverage after your election period ends under

13    any circumstances.

14              Do you see that?

15    A.    (Document review.)  I'm sorry.  Yes,

16    I see it.

17    Q.    Okay.  And so if you had received

18    this document and you had read it, you would

19    understand that if you sign up for Marketplace

20    coverage instead of COBRA, you can't then go

21    back to COBRA?

JessicaRoubert_Rough

22        A.    Yes.

23        Q.    Okay.

24              MR. BLUMENFELD:  Doriyon, could we

25        add as an exhibit the responses to the

                                              147

1               ROUGH OF JESSICA ROUBERT

2         request for admissions.  And also the

3         responses to the second set of

4         interrogatories.

5               (Document marked for

6         identification.)

7               (Document marked for

8         identification.)

9         Q.    Ms. Roubert, your responses to our

10        requests for admissions are marked as

11        deposition exhibit seven.

12              Could you pull that document up?

13        A.    Yeah.  Okay.

14        Q.    Is this a document that you're

15        familiar with?

16        A.    Yes.

17        Q.    Okay.  Great.  I would like to

18        direct your attention to our request for

19        admission number five.

JessicaRoubert_Rough

20      A.      Okay.

21      Q.      And we asked you to admit that the

22   out-of-pocket medical related expenses you paid

23   during the 18 month period following the loss

24   of plan coverage are, when added together, less

25   than your cost of COBRA coverage under the plan

♀

148

1            ROUGH OF JESSICA ROUBERT

2   for that same 18 month period.

3            Did I read that correctly?

4      A.      Yes.

5      Q.      And you denied that, correct?

6      A.      Right.

7      Q.      Now, now we also asked you in an

8   interrogatory to explain why you denied our

9   request for admissions if you denied them.  So

10   now I would like to turn to that interrogatory

11   but the interrogatory doesn't repeat the

12   question which is why I wanted to show you the

13   request for admission so you knew what it is we

14   were talking about.

15            Exhibit 8 should be your responses

16   to the second set of interrogatories.

17      A.      Uh-huh.

JessicaRoubert_Rough

18        Q.    Which includes interrogatory number

19   nine?

20        A.    Okay.

21        Q.    Nine says for each request for

22   admission that you do not admit without

23   qualification, describe in detail the basis for

24   your answer.

25              Do you see that?

                                                    149

1              ROUGH OF JESSICA ROUBERT

2         A.    Yes.

3         Q.    And at the bottom of page 6 of your

4    interrogatory responses do you see number five?

5         A.    Yes.

6         Q.    Can you read that answer to

7    yourself?

8         A.    Okay.  (Document review.)  Okay.

9         Q.    You are not actually explaining why

10   you denied that request for admission in that

11   answer, correct?

12        A.    No.

13        Q.    No meaning I'm correct or you think

14   I'm in correct?

15        A.    You're correct.

JessicaRoubert_Rough

16      Q.    Okay.

17      A.    I'm looking at number five where

18  we're talking about Susan Bacs?

19      Q.    Yes.

20      A.    Okay.  Then you're correct.  There

21  is nothing about me there.

22      Q.    So let's go back to the request for

23  admission.

24      A.    Okay.

25      Q.    Which is Exhibit 7.

                                        150

1           ROUGH OF JESSICA ROUBERT

2       A.    Right.

3       Q.    Number five.

4       A.    I saw that, yes.

5       Q.    Okay.  By my count the cost of COBRA

6   coverage for you, just you, would have been a

7   little bit less than $600 a month?

8       A.    Uh-huh.

9       Q.    For medical coverage for you and for

10  dental coverage for you, correct?

11      A.    Right.

12      Q.    And the out-of-pocket medical

13  expenses that you incurred are much less than

JessicaRoubert_Rough

14      $600 per month during those -- that time

15      period, correct?

16          A.    I'm not sure.  What I have given to

17      you is less than but I'm not sure.  I haven't

18      saved things from years ago so.

19          Q.    You don't have any evidence?

20          A.    Okay.

21          Q.    Of medical expenses out-of-pocket

22      costs that would exceed the cost of the COBRA

23      coverage?

24          A.    Okay.

25          Q.    Correct?

                                                    151

1                ROUGH OF JESSICA ROUBERT

2           A.    Correct.

3           Q.    Okay.  Ms. Roubert, when you

4       resigned your employment, you did so without

5       Mr.Ing at least in the short term to get

6       another job, correct?

7           A.    Right.

8           Q.    Were you planning to stay home and

9       take care of your son through the school year?

10          A.    I was looking for remote work or

11      something that I could do and take care of him.

JessicaRoubert_Rough

12    It's very hard.

13         Q.    Understood.  You would agree with me

14    though that there are lots of people who resign

15    their employment when they get another job,

16    correct?

17         A.    Right.

18               MS. HEYSTEK:  Object to form.

19         Q.    And those people could get another

20    job that has health insurance that is with a

21    different company but very similar to the

22    health insurance they would have had at Capital

23    One for example?

24               MS. HEYSTEK:  Object to form.  You

25               can answer if you know.

                                                   152

1                ROUGH OF JESSICA ROUBERT

2          A.    Sure.

3          Q.    And if somebody like you, right you

4    resigned your employment October 14, somebody

5    in that circumstance could start another job a

6    week later or two weeks later and between the

7    job they have at Capital One and the new job

8    they start they couldn't -- they might not miss

9    a day of health insurance coverage because they

JessicaRoubert_Rough

10    only resigned when they knew they had another

11    job that they were going to go to, correct?

12              MS. HEYSTEK:  Object to form.

13              You can answer if you know what

14         other people do.

15         A.    Correct.

16         Q.    Do you know that you're bringing

17    this action as a putative class action?

18         A.    Yes.

19         Q.    Meaning -- so you're trying to

20    represent a class of people?

21         A.    Correct.

22         Q.    Okay.  Do you understand that the

23    class you're trying to bring this case on

24    behalf of includes somebody like I was just

25    describing that is somebody who might have

                                              153

1              ROUGH OF JESSICA ROUBERT

2    resigned for example the same day that you

3    resigned but they resigned their employment

4    with Capital One because they had another job

5    that also paid for health insurance and dental

6    insurance and that gave them a raise and all

7    these other things?

                    Page 165

JessicaRoubert_Rough

8          MS. HEYSTEK:  Object to form.

9      A.    I think those people would be in a

10   very small minority.

11     Q.    Because why?

12     A.    Because it's just not that easy.

13     Q.    Sorry what's not that easy?

14     A.    Finding another job with good

15   benefits and everything working out in sync,

16   not having a child with disabilities or someone

17   else who needs your life -- it just doesn't

18   work like that.  In a perfect world, sure.

19     Q.    How would you find out -- let's say

20   there was a person that fell within the

21   definition of the class that you're trying to

22   represent in this case, how would one go back

23   finding out if that person turned down COBRA

24   coverage because they had another job lined up

25   that had very similar health insurance and that

                                              154

1          ROUGH OF JESSICA ROUBERT

2    would be much less expensive because it would

3    be subsidized by their employer?

4          MS. HEYSTEK:  Object to form.

5      A.    I'm not -- can you simplify that?

JessicaRoubert_Rough

6       Q.      Sure.  If you wanted to know whether

7    somebody who resigned their employment

8    voluntarily like you did, did so because they

9    had another job that provided health insurance

10    and dental insurance at essentially the same

11    rates, how would you go about finding out if

12    that's true or not?

13       A.      You are asking me how I would find

14    out if other people in the class -- okay.

15    Well, you could look at their attempt to apply

16    for unemployment.

17       Q.      Right.  You could --

18       A.      I would say if they applied for

19    unemployment if they -- sorry.

20       Q.      I didn't mean to cut you off.  So

21    that's one way, right.

22            You could also ask the person?

23       A.      Right.

24       Q.      Did you apply for unemployment?

25       A.      I did.

                                                    155

1            ROUGH OF JESSICA ROUBERT

2       Q.      Did you get unemployment?

3       A.      Yes, I did.

                    Page 167

JessicaRoubert_Rough

4          Q.     When you applied for unemployment,

5     did you tell them that you had voluntarily

6     resigned your employment?

7          A.     Yes, they knew.

8          Q.     But in my example if somebody had

9     another job lined up that they accepted, they

10    wouldn't apply for unemployment or qualify for

11    unemployment in that circumstance, correct?

12         A.     Correct.

13                MS. HEYSTEK:  Object to form.

14         Q.     So how would you go about figuring

15    out if that person decided they didn't need

16    COBRA coverage because they were already the

17    day after they quit their job with Capital One,

18    under the new company's health insurance?

19                MS. HEYSTEK:  Object to form.

20         A.     I'm not sure how I would go about

21    that.

22         Q.     Okay.  In some companies there is a

23    little bit of a culture of employees being

24    married to other employees.

25                Was that true at Capital One at all?

                                                   156

1                 ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2          MS. HEYSTEK:  Object to form.

3      A.    Sure.

4      Q.    And so in that circumstance,

5   somebody might lose their Capital One health

6   insurance because they lost their job or they

7   voluntarily resigned their employment but they

8   could right away switch to be covered under the

9   spouses coverage also with Capital One,

10  correct?

11     A.    I don't know.

12     Q.    You don't know.  Okay.

13           What don't you know?

14     A.    I mean, it depends on whatever rules

15  or policies there are.  They may not just

16  switch over add them on it may need to be a

17  certain type of year they might have to prove

18  they don't have other health -- I mean, I don't

19  know.  It's...

20     Q.    And if somebody resigned their

21  employment like you did?

22     A.    Uh-huh.

23     Q.    But their spouse worked for Capital

24  One and they were able to switch to being on

25  their spouses Capital One insurance instead of

JessicaRoubert_Rough

157

1              ROUGH OF JESSICA ROUBERT

2    their own, that person wouldn't need COBRA,

3    correct?

4              MS. HEYSTEK:  Object to form.

5         A.    It seems like we're making up

6    policies.  If everything aligned perfectly and

7    the policy -- and that was the policy at the

8    time and the law at the time allowed that, then

9    I guess yes, you could do that.

10        Q.    And you talked about the fact that

11   were you at least evaluating whether you should

12   get insurance through Power Design, your

13   husbands employer, correct?

14        A.    I was evaluating all my options.

15        Q.    Right.  And you would expect that

16   other employees would be evaluating their

17   options too, when they resign their employment

18   with Capital One, correct?

19        A.    Not necessarily.

20        Q.    Some might and some might not?

21        A.    Some might not.

22        Q.    How would you go about figuring out

23   who evaluated their options versus who didn't?

JessicaRoubert_Rough

24              MS. HEYSTEK:  Object to form.

25         A.    I'm not -- I'm not sure I've

♀

                                                          158

1               ROUGH OF JESSICA ROUBERT

2    given -- I haven't given that any thought.  How

3    would I -- I mean like I said they would

4    probably do things like apply for unemployment,

5    snap, they would have a Medicaid application,

6    they would have those kinds of things they

7    would be seeking assistance from somewhere, and

8    whether they gave it enough thought or not.

9         Q.    Okay.  And so if you had an

10   individual who was employed by Capital One,

11   just like you were, and then they decided they

12   were just going to stay only and either take

13   care of children or just not work anymore and

14   their husband or wife had a job that had very

15   good insurance very similar to the Capital One

16   insurance and they had the ability to switch to

17   that insurance, that person could decide I

18   don't need or want COBRA because I have better

19   insurance through my spouses employer?

20        A.    I see.

21              MS. HEYSTEK:  Object to form.

JessicaRoubert_Rough

22    Q.    Is that right?

23    A.    Are you saying this is me?

24    Q.    No, I'm not saying it's you.  I'm

25    saying that's a possibility that somebody could

                                                    159

1              ROUGH OF JESSICA ROUBERT

2    fall into that circumstance.

3              MS. HEYSTEK:  Object to form.

4    A.    I suppose.

5    Q.    And how would you go about figuring

6    out whether somebody decided they didn't want

7    COBRA because they were in the circumstance

8    that I was just describing, that is they had a

9    spouse who had very good very inexpensive

10   coverage through their spouses employer?

11             MS. HEYSTEK:  Object to form.

12             You can answer if you know?

13   A.    I don't know.

14   Q.    Okay.  You wouldn't have a way to do

15   that yourself, correct?

16             MS. HEYSTEK:  Object to form.

17   Q.    Sorry.  Let me be clear about the

18   question.  You wouldn't have a way o to figure

19   out why other people decided at that they did

JessicaRoubert_Rough

20    want COBRA or didn't want COBRA?

21              MS. HEYSTEK:  Object to form.

22        A.    I would safely assume that they are

23    applying for public assistance and they fought

24    my company on getting unemployment, that small

25    $275 check every month, that they were probably

                                                    160

1              ROUGH OF JESSICA ROUBERT

2     pretty hard up and maybe really didn't want to

3     quit their job.  Their job just made it

4     impossible for them to keep going there.

5              So look at things like that for

6     sure.

7         Q.    So when you say Capital One fought

8     you on your termination -- or you were sort of

9     hinting at that.

10             Did Capital One fight with you about

11    your entitlement to unemployment?

12        A.    Yes.

13        Q.    And what was Capital One's position?

14        A.    That I should not receive any

15    unemployment.

16        Q.    Because of what?

17        A.    Because I left to take care of my

JessicaRoubert_Rough

18    son who has a disability.

19        Q.    And what was your position?

20        A.    That I did deserve unemployment

21    because I had tried to work with Capital One

22    getting a work at home job which they were

23    advertising online trying to get people to work

24    at home and they said if I didn't have that

25    drive, it would make things exponentially

                                                    161

1              ROUGH OF JESSICA ROUBERT

2    easier for me, and they did not want to do

3    that, forced me to make hard decisions and I

4    made those decisions and there was an interview

5    as well with my last manager had to come on

6    with me and unemployment and argue why I did

7    not deserve unemployment, so.

8        Q.    And did you tell the unemployment

9    compensation bureau -- this was in Florida?

10        A.    Yes.

11        Q.    Did you tell the unemployment

12    compensation bureau in Florida that although

13    you submitted a resignation letter it really

14    wasn't voluntary by you?

15        A.    I let them know I tried to work with

JessicaRoubert_Rough

16    Capital One, but it wasn't -- I was not

17    terminated, if that's what you mean.  I could

18    have continued to work part time as long as I

19    would have driven over there, put up with the

20    loud music and all of that stuff.

21         Q.    Okay.  Do you know are there

22    employees of Capital One who retire from

23    Capital One?

24         A.    I've never met any retired

25    employees.

                                          162

1              ROUGH OF JESSICA ROUBERT

2         Q.    Okay.  You know there must be

3    employees of Capital One who are retirement

4    age?

5         A.    Okay.

6         Q.    Right?

7         A.    Sure.

8         Q.    Okay.  And those employees when they

9    retire can qualify for Medicare if they are the

10   right age, correct?

11             MS. HEYSTEK:  Object to form.

12        A.    I suppose so.

13        Q.    And do you know if those employees

JessicaRoubert_Rough

14        who qualify for Medicare might decide they

15        don't want to pay the premiums for Capital

16        One's COBRA insurance when they already qualify

17        for Medicare?

18               MS. HEYSTEK:  Object to form.

19        A.     I don't know.

20        Q.     And the way to go about finding out

21        if somebody who retired from Capital One

22        decided not to elect COBRA coverage because

23        they qualified for Medicare would be to ask

24        them, right?

25               MS. HEYSTEK:  Object to form.

                                                  163

1               ROUGH OF JESSICA ROUBERT

2         A.     You could -- you could ask them,

3         sure.

4         Q.     Am I right that you did not qualify

5         for Medicaid while you were employed by Capital

6         One?

7         A.     I don't know.  I did not apply for

8         it at the time.

9         Q.     Okay.  And when you were awarded or

10        qualified for Medicaid, was it retroactive?

11        A.     No, I've never looked into it.

JessicaRoubert_Rough

12       Q.    Okay.  So there could be somebody

13   who is working for Capital One who qualifies

14   for Medicaid because of a disability for

15   example?

16       A.    Right.

17       Q.    And that individual may qualify for

18   Medicaid and therefore decide they don't need

19   COBRA coverage from Capital One because they

20   have Medicaid?

21            MS. HEYSTEK:  Object to form.

22       A.    It's possible.

23       Q.    Okay.  And you saw from the COBRA

24   paperwork that we looked at earlier that COBRA

25   coverage can be expensive for you and your

                                                   164

1            ROUGH OF JESSICA ROUBERT

2    husband for example it would have been over

3    $1,100 a month, correct?

4        A.    Again, I wouldn't have put my

5    husband on there, but sure.

6        Q.    I understand that you personally

7    would not have done that?

8        A.    Right.

9        Q.    But somebody who elected COBRA

JessicaRoubert_Rough

10    coverage for themselves and a spouse putting

11    aside children, would have paid over $1,100 a

12    month?

13         A.    Right.

14         Q.    You can understand that somebody who

15    doesn't have financial resources might decide

16    they're not going to pay $1,100 a month for

17    COBRA insurance because they have other more

18    pressing bills they need to address?

19              MS. HEYSTEK:  Object to form.

20         A.    It's possible.

21         Q.    Okay.  And how would you go about

22    figuring out whether somebody decided not to

23    elect COBRA coverage because they couldn't

24    afford it financially?

25              MS. HEYSTEK:  Object to form.

                                                  165

1               ROUGH OF JESSICA ROUBERT

2          A.    I suppose you have to do -- ask

3     them.

4          Q.    Okay.

5               MR. BLUMENFELD:  Why don't would he

6          take a break for about ten minutes.  I'm

7          close to being finished Ms. Roubert so

                     Page 178

JessicaRoubert_Rough

8        give me a chance to talk with my team,

9        check my notes and then hopefully we will

10       wrap things up shortly thereafter.

11              THE WITNESS:  Okay.

12              THE VIDEOGRAPHER:  Okay.  The time

13       is 5 o'clock.  We're off the record.

14              (Recess taken.)

15              THE VIDEOGRAPHER:  Okay.  The time

16       is 513.  We're back on the record.

17   BY MR. BLUMENFELD:

18       Q.    Hi, Ms. Roubert, you understand

19   you're still under oath?

20       A.    Yes.

21       Q.    And you have the same obligation to

22   he will it the truth as if you were testifying

23   live in front of a judge or a jury?

24       A.    Yes.

25       Q.    Just a couple of questions I think

                                                    166

1              ROUGH OF JESSICA ROUBERT

2   you talked before about the fact that your

3   husband wasn't covered by the Capital One

4   medical insurance or dental insurance, correct?

5        A.    Right.

JessicaRoubert_Rough

6      Q.    Did that -- my understanding from

7   looking at some of the documents is that he had

8   been covered by the medical insurance and

9   dental insurance in 2017 and 2016 and even in

10   the beginning of 2018?

11      A.    Okay.

12      Q.    Is that right?

13      A.    I believe so.

14      Q.    Okay.  And did he cease to be

15   covered under the Capital One medical plan when

16   he got the job at Power Design and got coverage

17   through them?

18      A.    It was either through them or

19   someone else.

20      Q.    Well, he got the job at Power Design

21   at least according to the benefit election

22   paperwork that you submitted, on June 20 of

23   2018?

24      A.    Okay.

25      Q.    So I'm just trying to figure out

167

1           ROUGH OF JESSICA ROUBERT

2   when he stopped getting coverage under the

3   Capital One medical plan and dental plan?

JessicaRoubert_Rough

4          A.    I'm not sure.

5          Q.    Okay.  But you know that by the time

6    October rolled around of 2018 he wasn't covered

7    by either?

8          A.    Right.

9          Q.    You also mentioned that your son's

10   dentist recommended in 2018, that he get

11   orthodontia?

12         A.    Right.

13         Q.    How come you didn't get the

14   orthodontia work in 2018 while you were still

15   working for Capital One?

16         A.    I didn't feel like he was mature

17   enough for it yet, just personal reasons.

18         Q.    When did he become mature enough for

19   it?

20         A.    After -- after that summer that

21   following -- that following summer of 2019-ish

22   I want to say, after that point.

23         Q.    By that point in time he was covered

24   by Medicaid?

25         A.    Right.  I felt like he could handle

                                                    168

1                ROUGH OF JESSICA ROUBERT

                     Page 181

JessicaRoubert_Rough

2    braces, what he needed to do.

3        Q.    Got it.  Okay.  Ms. Roubert, I don't

4    have any further questions for you I want to

5    thank you very much for your time I understand

6    that your lawyer may ask you some questions

7    invariably that leads to more follow-up

8    questions for me but hopefully not and again

9    thank you for your time.

10        A.    Okay.  Thanks examination.

11            MS. HEYSTEK:  I didn't finish going

12        through my notes.  Let's take another

13        five-minute break.

14            MR. BLUMENFELD:  Okay.

15            THE VIDEOGRAPHER:  The time is 5:16.

16        We're off the record.

17            (Recess taken.)

18            THE VIDEOGRAPHER:  Okay.  The time

19        is 521 we're back on the record.

20    EXAMINATION BY

21    MS. HEYSTEK:

22        Q.    Okay.  Ms. Roubert, I wanted to ask

23    you first when were you actually declared

24    disabled by Social Security Administration?

25        A.    I want to say summer of 2020.

Page 182

JessicaRoubert_Rough

♀

169

```
1              ROUGH OF JESSICA ROUBERT

2         Q.    Okay.  So it was after you received

3    this notice?

4         A.    Yes.

5              MR. BLUMENFELD:  Objection.

6         Q.    Would it be fair to say that when

7    you received this notice, this COBRA notice,

8    you didn't know that you were disabled or you

9    hadn't applied to be disabled with Social

10   Security Administration, right?

11        A.    Right.

12             MR. BLUMENFELD:  Objection.

13        Q.    The Medicaid that you talked about

14   for your child and I don't even remember what

15   exhibit it is but there is some Exhibit where

16   you used the word my son is on Medicaid, you

17   said it was Kid Care.

18             Were you paying for that?

19        A.    Yes.

20        Q.    Okay.  So it wasn't full Medicaid it

21   was the subsidized Medicaid for children,

22   right?

23        A.    Right.
```

JessicaRoubert_Rough

24      Q.     Okay.  And he's now fully Medicaid

25   eligible, right?

                                                    170

1           ROUGH OF JESSICA ROUBERT

2       A.     Correct.

3       Q.     Go back to Exhibit 4, if you can --

4   actually let me start with Exhibit 3, just for

5   sake of consistency, does Exhibit 3 tell you

6   when COBRA coverage if you elected it would end

7   specifically on what date?

8       A.     Exhibit three?

9       Q.     Yeah, that's that one or two page?

10      A.     Right.

11      Q.     They titled it Roubert termination

12   of health and welfare termination coverage?

13      A.     No.

14      Q.     It doesn't have a spec end date for

15   coverage?

16      A.     No.

17      Q.     And then go to Exhibit 4 they have

18   titled it Roubert COBRA election notice.  It's

19   I don't know how many pages it is 12 pages

20   something like that?

21           MR. BLUMENFELD:  Sixteen.

JessicaRoubert_Rough

22          MS. HEYSTEK:  Thank you Jeremy.

23     Q.    Sixteen pages.  In this 16 page

24  document does go to the first page Bates number

25  73.  You see it has your name, election

                                              171

1          ROUGH OF JESSICA ROUBERT

2  deadline, date of notice.  In that very

3  specific information up top does it have a

4  COBRA or -- COBRA coverage end date?

5     A.    No.

6     Q.    And would you agree with me that the

7  first two pages have information that -- I'm

8  sorry the first three pages, 73 to 75 have

9  information that is specific to you, right?  It

10  has your name, date of notice, those things?

11     A.    Right.

12     Q.    All right.  And then on Bates number

13  76, the COBRA coverage election form, that has

14  information that's specific to you, right?

15     A.    Yes.

16     Q.    Does it have the coverage end date

17  for COBRA specifically month, date and year?

18     A.    No.

19     Q.    And then starting on Bates number 78

JessicaRoubert_Rough

20    through the very end of that document that

21    Mr. Blumenfeld went over with you, would you

22    agree with me that there is no information in

23    those pages that is specific to you?

24          A.    Right, there is no information here

25    that's about me.

                                                    172

1                ROUGH OF JESSICA ROUBERT

2          Q.    All right.  When you talked about

3     you were questioned about your application for

4     unemployment with DEO -- I'm sorry --

5     Department of Opportunity Economic in Florida,

6     is it your understanding that Florida has an

7     exception if you resign and you resign due to

8     disability or medical circumstances for you or

9     a dependent that you would be eligible for

10    unemployment?

11          A.    Yes.

12          Q.    And if fact after that con test

13    hearing with Capital One did the Department of

14    Economic Opportunity approve your application

15    for unemployment?

16          A.    Yes.

17          Q.    You were asked about one of your

JessicaRoubert_Rough

18    charges on your credit card statement for CVS

19    for August 13 of 2019 for Pure Relief and I

20    believe the questioning was about whether or

21    not that spec medication or that specific over

22    the counter treatment would have been approved

23    by the insurance you had with Capital One.

24          And I think you said the answer to

25    that was no.  But at the time you said you were

                                        173

1          ROUGH OF JESSICA ROUBERT

2    treating yourself for anxiety, right?

3        A.    Right.

4        Q.    Okay.  So at the time you were

5    looking for some sort of treatment related to

6    that disability, right?

7        A.    Right.

8        Q.    And you did lose your -- your

9    psychiatrist that you had been seeing through

10   your insurance with Capital One, right?

11       A.    Yes.

12       Q.    Okay.  And just -- I will tell you

13   that I have done math I'm sure Mr. Blumenfeld

14   will tell me if I'm wrong but if you were to

15   collect COBRA for yourself and you paid monthly

JessicaRoubert_Rough

16    for your husband which was the 113.29 that

17    total was $638.68 per month, I believe.  And

18    then what you were paying with PD for both of

19    you medically was 630-$630.10, right?

20         A.    Right.

21         Q.    Okay.  I'm sorry that actually

22    included your dental insurance.  So let's take

23    that out.

24              If we take out the dental insurance,

25    your monthly amount with PD would have been

                                              174

1              ROUGH OF JESSICA ROUBERT

2    $586.43.

3              So the difference between the cost

4    of COBRA for both of you and what you were

5    paying for you guys at PD was roughly $52 a

6    month, right?

7         A.    Right.

8         Q.    So for an extra $52 a month you

9    would have elected COBRA and kept your

10    psychiatrist, right?

11        A.    Right.

12        Q.    And there were ramifications to

13    losing your psychiatrist, right?

JessicaRoubert_Rough

14          A.     Right.

15          Q.     And you went off your medicine,

16    right?

17          A.     Yes.

18                 MS. HEYSTEK:   I don't have any other

19          questions.

20    FURTHER EXAMINATION

21    BY MR. BLUMENFELD:

22          Q.     Okay.   Bear with me for a moment.

23                 MS. HEYSTEK:   Ms. Roubert, I think

24          we lost your video.   There you are.

25          Q.     Ms. Roubert, can you hear me okay?

                                                   175

1                  ROUGH OF JESSICA ROUBERT

2           A.     Yes.

3           Q.     Okay.   Could you turn to -- sorry

4     let me get the right Exhibit number -- it's

5     Exhibit 8, Ms. Roubert?

6           A.     Exhibit 8.

7           Q.     Yes.

8           A.     Okay.

9           Q.     And specifically question nine which

10    starts on page 6 of the document?

11          A.     Yes.

JessicaRoubert_Rough

12      Q.    Do you have that in front of you?

13      A.    Yes.

14      Q.    And this again is you're explaining

15   the request for admissions that you denied.

16            Do you remember that?

17      A.    Yes.

18      Q.    Okay.  Could you turn to request for

19   admission number eight that you denied?

20      A.    Okay.  Yes.

21      Q.    And are you looking now at page 7 of

22   Exhibit 8?

23      A.    Yes.

24      Q.    Okay.  And in response to number

25   eight you answered, I did not elect COBRA

                                                    176

1            ROUGH OF JESSICA ROUBERT

2   coverage for a variety of reasons including

3   because of the deficiencies identified in this

4   lawsuit as to Defendant's COBRA notice and

5   because the overall health insurance offered

6   with the plan -- with the next plan I enrolled

7   in better fit my families needs at that

8   particular time.

9            Do you see that?

JessicaRoubert_Rough

10          A.    Yes.

11          Q.    You made the judgment call that the

12     overall health insurance offered with the Power

13     Design plan was a better fit for your families

14     needs at that point in time, correct?

15          A.    Right.

16          Q.    And the deficiencies in the COBRA

17     notice that you're focused on are the ones we

18     talked about earlier today, correct?

19          A.    Correct.

20          Q.    The ones that I asked you about when

21     we first started?

22          A.    Right.

23          Q.    How did you know within you made the

24     decision to collect the Power Design insurance

25     how did you know that that insurance was a

                                                         177

1               ROUGH OF JESSICA ROUBERT

2      better fit nor your family's needs at that

3      point in time?

4          A.    I -- I wasn't a hundred percent

5      sure.  I just didn't know how long the other

6      insurance was going to last.  I knew I would

7      lose it at some point.  I wasn't approximately

JessicaRoubert_Rough

8    sure when.

9              So with the information that I had

10   at that point in time that was the judgment

11   that I made, that it was just -- it would be

12   better to go with his health insurance.  I

13   didn't -- I didn't realize that my -- I was

14   going to lose my doctor who I was seeing either

15   until it was all right kind ever too late and I

16   had already enrolled in that.

17        Q.    When did you learn that you were

18   going to lose your doctor?

19        A.    When I tried to make another

20   appointment in January of 2019.

21        Q.    What time in January -- sorry what

22   day in January?

23        A.    I want to say around -- I want to

24   say the 20th.  I could be wrong.  I don't

25   remember exactly what day but I want to say

                                                178

1              ROUGH OF JESSICA ROUBERT

2    towards the end of the month.

3         Q.    And you understood that was after

4    the period that you had to elect COBRA

5    coverage?

JessicaRoubert_Rough

6        A.    Uh-huh.

7        Q.    Sorry.  Is that a yes?

8        A.    Yes.

9        Q.    Okay.  Ms. Roubert, how come you

10   didn't call anybody to find out anything about

11   COBRA?

12       A.    You mean the help line?

13       Q.    Anybody.

14       A.    I have called the insurance before

15   Aetna Blue Cross Shield before and they're just

16   not helpful.  I have spent hours on the phone

17   with them.  They don't know anything.  They are

18   just going to say go back to the paper.  They

19   don't know anything.

20       Q.    Every time you've called they --

21             (Reporter Clarification.)

22       Q.    Every time you have called the folks

23   on the Aetna line haven't been able to help you

24   at all?

25       A.    Correct.

⚥

                                                 179

1             ROUGH OF JESSICA ROUBERT

2        Q.    Getting back to Exhibit 1,

3   Ms. Roubert, your Power Design 2018 benefit

JessicaRoubert_Rough

4    open enrollment form.

5              Do you remember that document?

6    A.    Yes.

7    Q.    Do you have it in front of you?

8    A.    Yes.  Yeah, I have it.

9    Q.    This is the one that you back dated

10   to October 30 of 2018?

11   A.    Right.

12   Q.    Why did you back date it?

13         MS. HEYSTEK:  Object to form.

14         You can answer.

15   Q.    You can answer.

16   A.    Okay.  I wanted to have an earlier

17   date on there so he could hand it in at any

18   time, just so I didn't have to keep it and I

19   could just give it over to him.

20   Q.    Oh, some I right that you didn't

21   back date it.  You dated it October 30, 2018,

22   when you completed it but you didn't want to

23   put a date in November on it because you wanted

24   him to be able to walk it in October 31,

25   November 1, whatever particular day without him

                                           180

1              ROUGH OF JESSICA ROUBERT

JessicaRoubert_Rough

2    having to say that he's turning it on on

3    November 10 and it happens to be dated

4    November 15; is that right?

5         MS. HEYSTEK:  Object to form.

6         A.    I think I understand what you're

7    saying.  Right, I didn't want to date it

8    November 11, right and him turn it in on the

9    wrong -- like yeah, exactly what you're saying.

10   Yes, I understand.  I'm saying I'm getting very

11   tired.

12        Q.    No, that's okay.  This is really

13   important though.

14        A.    Okay.

15        Q.    So do you want to take a back for a

16   minute?

17        A.    No, I'm okay I just need to drink

18   some water.

19        Q.    Do that.

20        A.    Okay.  Okay.

21        Q.    So obviously you -- you were

22   concerned that if you dated it, for example,

23   December 1, he would turn it in sometime in

24   November and that would be weird but you

25   wouldn't date it before the date you filled it

JessicaRoubert_Rough

181

1              ROUGH OF JESSICA ROUBERT

2    out because you know he's not going to turn it

3    in before the date I filled it out, correct?

4         A.    Right, he is going to turn it in way

5    after and I wanted it to be in the benefits

6    enrollment time.

7         Q.    And so you competed the paperwork on

8    October 30 of 2018.  You dated it October 30 of

9    2018 but then he could turn it in any time

10   after that and that way it would be within the

11   benefits enrollment period; is that right?

12        A.    Right.  I could have filled it out

13   later than that as well but yeah that's

14   generally correct.

15        Q.    Well, you wouldn't lion the form to

16   your husbands employer?

17        A.    What do you mean by the date?

18        Q.    Correct.

19        A.    No, it doesn't matter.  It doesn't

20   matter as long as the date is in the time frame

21   of the open enrollment.  That's what human

22   resources said.

23        Q.    They said you could put any indict

JessicaRoubert_Rough

24    you want on it doesn't matter whether it's the

25    date that you actually submitted or it prepared

                                                         182

1              ROUGH OF JESSICA ROUBERT

2    it?

3         A.    Right.

4         Q.    Okay.  And so where it says right

5    above your husbands signature I believe to the

6    best of my knowledge that all information I

7    have provided is accurate, true and correct,

8    you're saying that didn't apply to the date?

9         A.    It is true and correct.  I mean,

10    it's -- I put the date on there that I wanted

11    that to be in effect for.  It may not have been

12    on that very specific day October 30, 2018, but

13    that's the date I put on there to give him

14    plenty of time to, you know, so that it

15    wouldn't be after.  So he wouldn't be -- so he

16    wouldn't give it in to HR and they would have

17    to wait however main days that it says on the

18    paper.

19         Q.    So this is what I'm trying to

20    understand.  You wouldn't need to back date it

21    then you could just date it the date that

JessicaRoubert_Rough

22    you're filling it out?

23         A.    No, if I back dated it to give them

24    enough time -- for instance let's say I give it

25    to I am this the day I'm filling it out

♀

                                                              183

1                   ROUGH OF JESSICA ROUBERT

2    answered turns it in that day and they are

3    going to have to wait however long to get it in

4    the system, I wanted them to have plenty of

5    time so there was though waiting.  And it was

6    also in the enrollment period.  I just wanted

7    to get it done.

8         Q.    I understand wanting to get it done.

9         A.    Uh-huh.

10        Q.    But if your husband is holding on to

11    the form and doesn't turn it in?

12        A.    Right.

13        Q.    You dating it October 30 or -- or

14    October 1 or September isn't going to get it in

15    any sooner?

16        A.    I understand but I wasn't exactly

17    sure when or he was or wasn't going to hand

18    things in.  So I handed it in, okay, this is

19    the date behind it's already happened.  This is

JessicaRoubert_Rough

20    the date I had quit Capital One or I wasn't

21    working for Capital One on October 30 anymore

22    so that's the date that I put in there so I

23    would be eligible and it would all line-up.

24         Q.    But you're not sure that if that's

25    the date you completed this paperwork work or

♀

                                                    184

1              ROUGH OF JESSICA ROUBERT

2     not?

3              MS. HEYSTEK:  Object to form.

4         A.    No right.

5         Q.    And you don't know when you

6     completed this?

7              MS. HEYSTEK:  Object to form?

8         A.    Not the exact day but very close in

9     that -- close to that date.

10        Q.    In the first week of November if not

11    October 30?

12        A.    When I actually wrote out the form,

13    maybe the first week of November.

14        Q.    Do you know when your husband signed

15    it?

16        A.    No, whenever he felt like it.  I

17    gave it to him and then he signed it when he

JessicaRoubert_Rough

18    signed it.  I don't know the exact day when he

19    signed it.

20         Q.    You didn't date it when he signed

21    it?

22         A.    No, I wrote in everything filled it

23    out and said sign this.

24         Q.    Okay.

25         A.    So he did that when he was able to.

                                                              185

1              ROUGH OF JESSICA ROUBERT

2         Q.    And at the time you signed this --

3    excuse me not signed this.  At the time you

4    prepared this, you had made the decision you

5    were going to get Power Design insurance, not

6    any insurance through COBRA?

7         A.    I believe so.

8         Q.    Okay.  Ms. Roubert, I don't have any

9    more questions?

10             ATTORNEY 2:  I don't either.

11             MR. BLUMENFELD:  Thank you for your

12        time.

13             MS. HEYSTEK:  She will read by the

14        way.

15             THE VIDEOGRAPHER:  Off the record.

JessicaRoubert_Rough

16        The time is 5:43.  We are off the record.

17              (Time noted:  5:43 p.m.)

18              MS. HEYSTEK:  Sorry, Bob.  I always

19        forget you there.

20              So we will order.  Can we -- Madam

21        Court Reporter, can we get just the --

22        like the rough as quickly as possible?

23        We've got a motion for class cert that's

24        due on Wednesday.

25              THE REPORTER:  Yeah, I will send the

                                                    186

1              ROUGH OF JESSICA ROUBERT

2        rough out tonight.

3              MS. HEYSTEK:  Okay.  Thank you.

4              THE REPORTER:  And, Mr. Blumenfeld,

5        Mr. Diffee had said you want a rough as

6        well?

7              MR. BLUMENFELD:  That is correct.

8              THE REPORTER:  Okay.

9

10

11

12

13

JessicaRoubert_Rough

14

15

16

17

18

19

20

21

22

23

24

25

♀