UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUSAN BACS AND**
**JESSICA ROUBERT,**

    **Plaintiffs,**

v.                                             CASE NO.: 8:21-cv-2852-TPB-TGW

**CAPITAL ONE FINANCIAL**
**CORPORATION,**

    **Defendant.**
_____/

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE AS TO**
**NAMED PLAINTIFF SUSAN BACS ONLY**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Susan Bacs, and Defendant, Capital One Financial Corporation, respectfully stipulate to a dismissal of this case with prejudice, each side to bear its own fees and costs.

However, this stipulation does not impact the claims of Named Plaintiff/Class Representative, Jessica Roubert, nor does it impact those of the class members.

Dated this 15th day of December, 2022.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Franco Bacigalupo* | By: */s/ Brandon J. Hill* |
| **FRANCO BACIGALUPO, ESQ.** | **BRANDON J. HILL, ESQ.** |
| Florida Bar No. 0119055 | Florida Bar Number: 37061 |
| **MORGAN, LEWIS & BOCKIUS LLP** | Direct No.: 813-337-7992 |
| | **LUIS A. CABASSA, ESQ.** |
| 600 Brickell Avenue, Suite 1600 | Florida Bar Number: 053643 |
| Miami, FL 33131-3075 | Direct No.: 813-379-2565 |
| Telephone: (305) 415-3304 | **WENZEL FENTON CABASSA, P.A.** |
| Facsimile: (305) 415-3001 | |
| | 1110 North Florida Ave., Suite 300 |
| *Attorneys for Defendant* | Tampa, Florida 33602 |
| | Main No.: 813-224-0431 |
| | Facsimile: 813-229-8712 |
| | Email: lcabassa@wfclaw.com |
| | Email: bhill@wfclaw.com |
| | Email: gnichols@wfclaw.com |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of December, 2022, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brandon J. Hill
**BRANDON J. HILL**